UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO: 3:18CV-2-CRS


DUSTAN HALE                                          PLAINTIFF

v.

BOYLE COUNTY, KENTUCKY, et al              DEFENDANTS


-------------------------------------

The deposition of DUSTAN HALE was taken pursuant to notice by the Defendants on September 19, 2018, at the Kentucky Department of Corrections, 3000 Ash Avenue, Pewee Valley, Kentucky; said depositions taken upon oral examination, for purposes of discovery, to be used in accordance with the Federal Rules of Civil Procedure.

**************************************
MELISSA ARNOLD, CCR# 20042129
Chuppe, Soergel, Abell & Arnold, LLC
Court Reporters & Video Services
2950 Breckenridge Lane, Suite 11A
Louisville, KY 40220
(502) 459-4000
Email:  Info@kydepo.net

Page 2

1                    I N D E X

2

3  Appearances.....................................Page    3

4  Direct Examination by Ms. Petitt................Page    4

5  Cross Examination by Ms. Zellen.................Page  141

6  Cross Examination by Mr. Smith..................Page  150

7  Redirect Examination by Ms. Petitt.............Page  158

8  Cross Examination by Mr. Bentley...............Page  159

9  Recross Examination by Mr. Smith...............Page  161

10 Reporter's Certificate..........................Page  162

11

12              *              *              *

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    A P P E A R A N C E S

 2

 3    Ms. Carol S. Petitt
      Vaughn Petitt Legal Group, PLLC
 4    7600 West Highway 146
      Suite 100
 5    Pewee Valley, Kentucky  40056
      COUNSEL FOR DEFENDANT THOMAS PENNINGTON
 6

 7    Ms. Lynn Sowards Zellen
      Kinkead & Stilz, PLLC
 8    301 East Main Street
      Suite 800
 9    Lexington, Kentucky 40507
      COUNSEL FOR BOYLE COUNTY AND ROBBINS DEFENDANTS
10

11    Mr. Bruce E. Smith
      Bruce E. Smith Law Offices, PLLC
12    201 South Main Street
      Nicholasville, Kentucky 40356
13    COUNSEL FOR MARION COUNTY DEFENDANTS

14
      Mr. Aaron Bentley
15    Craig Henry, PLC
      239 South Fifth Street
16    Suite 1400
      Louisville, Kentucky 40202
17    COUNSEL FOR PLAINTIFF

18
      Also Present:  Mr. Thomas Pennington
19

20

21              *              *              *

22

23

24

25
```

1          (Whereupon the deposition commenced at

2    10:38 a.m.)

3

4          DUSTAN HALE, called by the Defendants,

5    having been first duly sworn, was examined and testified

6    as follows:

7

8                   DIRECT EXAMINATION

9    BY MS. PETITT:

10

11         Q.    Dusti, my name is Carol Petitt.  We met

12   just before this deposition started.  And just for the

13   record, you and I agreed we could call each other by our

14   first names to cut out a little bit of the formality; is

15   that right?

16         **A.    Yes, ma'am.**

17         Q.    Okay.  I represent Tommy Pennington, who is

18   here with me today.  And I represent him in a lawsuit that

19   you have filed in Federal Court arising out of a series of

20   events that I'm here to ask you questions about today.

21         **A.    Yes.**

22         Q.    I'm sure that you have spoken with

23   Mr. Bentley about the process of this deposition.  I'm

24   going to go ahead and run over some of the ground rules

25   just to, for the most part, make it easier for

1  Mrs. Arnold, who's sitting here trying to take down the

2  words.

3          I'm going to be asking you a series of

4  questions today.  And I'm going to be looking for you to

5  give me a verbal response.  Most of the time when we're in

6  a conversation -- and a deposition is kind of a

7  conversation -- we'll fall into the habit of nodding our

8  head or saying uh-huh or huh-uh.  And if you do that,

9  you're going to find either me or probably Mr. Bentley

10  encouraging you to say yes or no.  We're not trying to

11  tell you what to say, we're just trying to get you to give

12  a verbal response for the stenographic record, okay?

13          **A.    Okay.**

14          Q.    I will be asking you a lot of questions.

15  The questions I ask you in the very beginning, a lot of

16  them are going to be very predictable.  The tendency is

17  for us to start talking over one another.  And I'm going

18  to ask that you let me finish my question completely

19  before you start answering.  That, again, is because

20  Melissa is very talented, but it makes it difficult for

21  her to take two people down talking accurately at the same

22  time.  I'll do my very best to extend that same courtesy

23  to you and let me finish talking before I start asking

24  another question, okay?

25          **A.    Okay.**

1         Q.   You have just been sworn in under oath.

2  For that reason, it is extremely important that you

3  understand the questions that I'm asking you today.  This

4  isn't anything negative about you, just sometimes lawyers

5  ask bad questions and we don't even know we do it.  So if

6  I ask a question that is in any way confusing, you just

7  don't understand what I mean, all you need to do is stop

8  me and say, please rephrase your question or I don't

9  understand your question.  And then it's my job to make a

10  better question, okay?

11         **A.   Yes.**

12         Q.   You need to take a break for any reason,

13  just let me know that.  The one thing that I do ask is

14  that if I have asked you a question, I'd like for you to

15  answer it before you leave the room.  Fair enough?

16         **A.   Yes.**

17         Q.   Please state your legal name for the

18  record.

19         **A.   Dustan Yvette Hale.**

20         Q.   Y-V-E-T-T-E?

21         **A.   Yes, ma'am.**

22         Q.   Have you ever been known by any other

23  names?

24         **A.   Yes.**

25         Q.   Tell me those, please.

1      A.   Dustan Yvette Ritchie, R-I-T-C-H-I-E.

2      Q.   Okay.

3      A.   And Walters.  And my maided name is Lay,

4   L-A-Y.

5      Q.   Okay.  So you were born Dustan Yvette Lay?

6      A.   Yes.

7      Q.   And have you been married?

8      A.   Yes.

9      Q.   How many times?

10     A.   Three.

11     Q.   Please tell me your husbands' names and

12  where you were married.

13     A.   Martin Ritchie.  Harrodsburg, Kentucky.

14     Q.   And how did that marriage end?

15     A.   In divorce.

16     Q.   Okay.  Do you know where the divorce was

17  filed?

18     A.   In Boyle County.

19     Q.   Okay.  And approximately the years that you

20  were married to Mr. Ritchie.

21     A.   2001 to 2004.

22     Q.   Okay.  Something else that I usually say

23  during my opening spiel.  If I ask you something and

24  you're not positive -- like it looks like you just were

25  giving some real thought to the years you were married to

1  Mr. Ritchie.  I'm not trying to trick you or get you to

2  say something you don't know for certain.  If you have to

3  give me an estimate -- your attorney is probably going to

4  cringe.  But if you feel like you have to give me an

5  estimate or an approximation on an answer, just tell me

6  that.  I don't know for sure, I think it's years 2001

7  through 2004.  That's fine.  Okay?

8           **A.    Okay.**

9           Q.    How about your next husband?

10          **A.    Bruce Walters.  We were married in**

11  **Lexington, 2004 to 2006.**

12          Q.    How did that marriage end?

13          **A.    Divorce.**

14          Q.    And where was the divorce filed?

15          **A.    Mt. Sterling.**

16          Q.    Montgomery County.

17          **A.    Uh-huh.**

18          Q.    Yes?

19          **A.    Yes.**

20          Q.    See?  That was my test question.

21                Okay.  Moco, you know they call it that,

22  the young people?

23          **A.    No.**

24          Q.    They call it Moco, just for the record,

25  because they can't say whole names anymore.

1          All right.  Your next husband, please?

2     **A.    Michael Hale.**

3     Q.    And where were you married to Mr. Hale?

4     **A.    Boyle County.**

5     Q.    During what years, please?

6     **A.    2010 until 2016.**

7     Q.    And you are divorced from Mr. Hale?

8     **A.    Yes.**

9     Q.    Okay.  And where was that divorce filed?

10    **A.    Boyle County.**

11    Q.    But you kept the name Hale?

12    **A.    Yes.**

13    Q.    And we don't know why you are in the KCIW

14    logs as Walters.

15    **A.    I do know.**

16    Q.    Oh, you do know.  Tell me why.

17    **A.    I was arrested in 2010 under Walters in**

18    **Boyle County.**

19    Q.    And those are the charges that you're in

20    here on?

21    **A.    Yes.**

22    Q.    Okay.  Gotcha.  Do you have any children?

23    **A.    Yes, ma'am.**

24    Q.    Tell me their names and ages please.

25    **A.    David Ritchie, 20.**

1      Q.   Where does David live?

2      **A.   Harrodsburg.**

3      Q.   Is David married?

4      **A.   No.**

5      Q.   Okay.

6      **A.   Madison Mattingly, 17.**

7      Q.   Where does Madison live and with whom?

8      **A.   Marion County with her father.**

9      Q.   Her father's name is?

10     **A.   Leonard Mattingly.**

11     Q.   I'm sorry, where did you say she lived?

12     **A.   Marion County.**

13     Q.   Marion County. That's -- well, when you

14 said Mattingly, I thought it might be that.

15     **A.   Yes.**

16     Q.   Is she still in school?

17     **A.   Yes, ma'am.**

18     Q.   Okay. Next child.

19     **A.   Nathan Walters, 14.**

20     Q.   Thank you.

21     **A.   Lincoln County.**

22     Q.   Thank you. With whom does Nathan live?

23     **A.   His father, Derek -- well, Lowell,**

24 **L-O-W-E-L-L, Baugh, B-A-U-G-H.**

25     Q.   Okay. Next child.

Page 11

1          A.    Mason Hale, 6.  And he lives with his

2    father in Danville, Kentucky, which is Michael Hale.

3          Q.    And is it safe to presume that Martin is

4    David's father?

5          A.    Yes.

6          Q.    Okay.  Next child.

7          A.    Caroline Elizabeth Hair, H-A-I-R.  Caroline

8    Hair, H-A-I-R.

9          Q.    H-A-I-R?  Like --

10          A.    Just hair, yeah.

11          Q.    Thank you.  Sometimes the simplest things,

12    they get me.  Okay.  Caroline Elizabeth.

13          A.    Yep.  She's ten months.  And she lives with

14    Kari and Robert Hair in Hustonville.

15          Q.    Have they adopted her?

16          A.    No.

17          Q.    Is her last name legally Hair?

18          A.    Yes.

19          Q.    Is that just what you gave them on the

20    birth certificate?

21          A.    Yes.

22          Q.    And what is your relation to Kari and

23    Robert Hair?

24          A.    Kari has been a really good friend of mine

25    for about 13 years.

1    Q.   Were you ever incarcerated with Kari?

2    **A.   No, she's never been incarcerated.**

3    Q.   Okay.  Any other children?

4    **A.   No.**

5    Q.   Before you were incarcerated here -- well,

6    first of all, tell me this.  When were you transferred

7    here to KCIW?

8    **A.   June 30th, 2017.**

9    Q.   Immediately prior to that, where were you?

10   **A.   Lincoln County jail.**

11   Q.   Have you resided here continually at KCIW,

12   with the exception of court appearances or what have you,

13   since June 30th of '17?

14   **A.   Yes.**

15   Q.   So you were transferred from Lincoln County

16   directly here on June 30th, 2017?

17   **A.   Yes.**

18   Q.   And do you know when you went into Lincoln

19   County?

20   **A.   April 23rd of 2017.**

21   Q.   Prior to that, where were you incarcerated?

22   **A.   In Marion County.**

23   Q.   Do you know the date that you were

24   incarcerated in Marion County immediately preceding the

25   Lincoln County incarceration?

1        **A.    November 6th of '16 until April 23rd of**

2  **'17.**

3        Q.    Okay.  Prior to the November 6th of '16,

4  where did you live?

5        **A.    Hustonville, Kentucky.**

6        Q.    With whom?

7        **A.    My husband, Michael Hale.**

8        Q.    Who filed for divorce?

9        **A.    Michael Hale.**

10        Q.    What was your address in Hustonville with

11  Michael?

12        **A.    353 Elm Loop -- E-L-M, L-O-O-P --**

13  **Hustonville, 40037.**

14        Q.    How long did you reside at the Elm Loop

15  address?

16        **A.    Approximately two years.**

17        Q.    Did you and/or Michael own that property or

18  did you rent it?

19        **A.    We were in the process of buying.**

20        Q.    Okay.

21        **A.    Yes.**

22        Q.    You didn't own it when you lived there?

23        **A.    We owned it.**

24        Q.    You did own it.

25        **A.    There was a lien on it, but we owned it.**

1      Q.    Okay.  So if I go to the property valuation
2  person and look up the title on Elm Loop, it's going to
3  say that it was you and Michael that were the owners of
4  that property?

5         **A.    At that time.**

6      Q.    Okay.  During the two years you lived at
7  the Elm Loop address, did anyone other than Michael live
8  there with you?

9         **A.    Mason Hale.**

10     Q.    During the entire two years?

11        **A.    Yes.**

12     Q.    Anyone else?

13        **A.    I have joint custody of Tanner, which was**
14 **not 18 yet at that time.  Nathan -- no, I'm sorry.**

15     Q.    Not Tanner?

16        **A.    His name is David Tanner.  They all go by**
17 **their middle names.  David and Madison were there also.**

18     Q.    Okay.  So you had joint custody of David
19 and Madison?

20        **A.    Yes.**

21     Q.    Your two oldest children?

22        **A.    Yes.**

23     Q.    And they lived there what percentage of the
24 time?

25        **A.    Fifty.**

1       Q.   Now, you confused me, because you said that

2  David -- what's his middle name?

3       **A.   Tanner.**

4       Q.   David Tanner, and then you said Nathan at

5  some point.

6       **A.   That's --**

7       Q.   So did Nathan live there with you?

8       **A.   No.  He just came on the weekends.**

9       Q.   Nathan did?

10       **A.   Yes.**

11       Q.   Okay.  You said you had joint custody of

12  David and Madison during that period of time.  Was that

13  joint with their father or someone else?

14       **A.   Their father.**

15       Q.   Or their fathers?

16       **A.   Yes.**

17       Q.   Okay.  And Nathan only came on the

18  weekends.  Did you have custody -- any type of custody of

19  Nathan?

20       **A.   Also joint.**

21       Q.   With whom?

22       **A.   His father.**

23       Q.   And that's Lowell?

24       **A.   Yes.**

25       Q.   Throughout their lives, have you always had

1  some type of custody of your children, or did you lose

2  custody of any of them temporarily or permanently?

3      **A.   I've always had joint custody.**

4      Q.   Okay.  Have you ever had a dependency or

5  neglect action brought against you with regard to any of

6  your children?

7      **A.   Right before my arrest, with Nathan Hale.**

8      Q.   In 2016?

9      **A.   Yes.**

10     Q.   Do you remember what county that was?

11     **A.   Boyle.**

12     Q.   Do you remember the nature of the

13 allegation?

14     **A.   When Michael Hale filed for divorce, I had**

15 **active warrants out of Boyle County, and I had left the**

16 **home when he filed for divorce.  That was filed also.**

17     Q.   So he -- Michael filed for divorce before

18 you became incarcerated --

19     **A.   Yes.**

20     Q.   -- in November of 2016?

21     **A.   Yes.**

22     Q.   So at the time that you became incarcerated

23 in November of 2016, were you arrested -- why were you

24 arrested?

25     **A.   I had active warrants out of Boyle County.**

1        Q.    Okay.  So it was on the warrants?

2        **A.    Yes.**

3        Q.    There's not a new charge?

4        **A.    Yes.  A possession charge also in Marion**

5   **County.**

6        Q.    So when you were arrested and incarcerated

7   in November of 2016, it was because you had multiple

8   active warrants and you also had a new charge?

9        **A.    Yes.**

10       Q.    What was the new charge?

11       **A.    Possession of controlled substance.**

12       Q.    What was it?

13       **A.    Methamphetamine.**

14       Q.    So is it your understanding that Michael

15  filed the dependency neglect action against you because

16  you had outstanding warrants, or was there some other

17  basis for it?

18       **A.    Because I had outstanding warrants.**

19       Q.    Okay.  Were you using any type of drugs at

20  that point?

21       **A.    Yes.**

22       Q.    Okay.  Do you know if that was the basis

23  for the dependency neglect action or a portion of it?

24       **A.    I wasn't around him, no.**

25       Q.    Anyone else that lived with you and Michael

1  at the Elm Loop address other than your kids during the

2  period of time that you had custody of them?

3           **A.   No.**

4           Q.   Before you lived at the Elm Loop address --

5  well, let me ask you this.  During those two years where

6  you permanently resided at that address, were you

7  incarcerated for any period of time?

8           **A.   Just for like a three-week period in May of**

9  **2016 on the same charges.  It's...**

10          Q.   And where were you incarcerated in May of

11 '16?

12          **A.   Boyle County.**

13          MR. BENTLEY:  Wait till she finishes the

14 question.

15          **A.   Okay.  Sorry.**

16          Q.   Only Boyle County?

17          **A.   Yes, ma'am.**

18          Q.   Okay.  So during those two years you lived

19 at Elm Loop, that was the only period of incarceration?

20          **A.   Yes.**

21          Q.   Before you lived at the Elm Loop address,

22 where did you live?

23          **A.   Althea Drive in Danville.**

24          Q.   Do you remember the address?

25          **A.   I do not.**

1      Q.   Was that a house or an apartment?

2      **A.   A townhome.**

3      Q.   How long did you live there?

4      **A.   Approximately two years also.**

5      Q.   With whom?

6      **A.   With the same people.**

7      Q.   Okay.  So with Michael and your kids --

8      **A.   Yes.**

9      Q.   -- when they were there?

10     **A.   Yes.**

11     Q.   During the period of time you lived at the

12  Althea Drive address, were you incarcerated for any

13  portion of that?

14     **A.   No, ma'am.**

15     Q.   Okay.  Where did you live before the Althea

16  Drive address?  I'm sorry, I'm trying to do math.  That's

17  hard for me.

18     **A.   That's okay.  Give me one second.  Trusty**

19  **Road.  I don't know the exact address in McKinney,**

20  **Kentucky.**

21     Q.   T-R-U-S?

22     **A.   T-Y.**

23     Q.   Home?  Apartment?  Some other option I

24  haven't thought of?

25     **A.   Home.**

1    Q.    How long did you live there?

2    **A.    Approximately a year.**

3    Q.    With whom?

4    **A.    With Michael Hale and his mother and her**

5    **boyfriend, Goldie Wilson.**

6    Q.    That's the mother?

7    **A.    Yes.**

8    Q.    Thank you.

9    **A.    And Mark Coleman.**

10    Q.    Did your kids live with you all or part of

11    the time when you lived at the Trusty Road address?

12    **A.    No, ma'am.**

13    Q.    They did not visit you there?

14    **A.    They visited but not lived.**

15    Q.    They did not live.  So they didn't come

16    for -- for instance, Nathan didn't come for a weekend like

17    he did before?

18    **A.    He did.**

19    Q.    So -- maybe I should just rephrase that

20    question or explain it.  When I'm saying, did your kids

21    visit you, I guess I'm saying that because you had joint

22    custody.  So they didn't live there 100 percent of the

23    time.  So describe for me the length of time or how often

24    your children were at -- visiting or living at the Trusty

25    Road address when you were there.

1        A.    Every other weekend.

2        Q.    All of them?  All three of -- the oldest?

3        A.    Not every week -- not every other --

4    sometimes two would come, sometimes all three, sometimes

5    just one.  It just depended on what was going on in their

6    lives.

7        Q.    Sure.  But they came on the weekends, not

8    during the week, correct?

9        A.    Uh-huh, yes.

10       Q.    And Mason wasn't born then?

11       A.    Right.

12       Q.    Where were you living when Mason was born?

13       A.    Trusty Road.

14       Q.    Okay.  Before living on the Trusty Road

15   address, where did you live?

16       A.    White Oak Road in Junction City.

17       Q.    White?

18       A.    White Oak, uh-huh.

19       Q.    Okay.  How long did you live there?

20       A.    Approximately three years.

21       Q.    With whom?

22       A.    With my children.

23       Q.    No one else?

24       A.    No, ma'am.

25       Q.    Did your children live there with you part

1  of the time or all of the time?

2       **A.   Nathan was there all of the time and**

3  **Shelby -- well, Madison and David were there pretty**

4  **much -- it was pretty much a 50-50 deal, kind of, whenever**

5  **they wanted to.**

6       Q.   Okay.  Have you ever lived outside of

7  Kentucky?

8       **A.   Yes.**

9       Q.   Tell me where and when.

10       **A.   I was born in Indianapolis, Indiana.**

11       Q.   See, I recognized your Social Security

12  number as an Indiana one.  Okay.

13       **A.   When I was approximately three or four, I**

14  **lived in Biloxi, Mississippi.  From the ages of five until**

15  **12, I lived in California, New Mexico.**

16       Q.   Where in California?

17       **A.   Fresno.**

18       Q.   Okay.  Is that the only place in

19  California?

20       **A.   Dunlap.  I was a child, so --**

21       Q.   Sure.  And, you know, I'm asking you to the

22  best of your knowledge.  So to the best of your knowledge,

23  in your childhood you lived in Indianapolis, Indiana;

24  Biloxi, Mississippi; Dunlap and Fresno, California.

25  Anywhere else in those three states?

1        **A.   No, ma'am.**

2        Q.   Okay.  Where in New Mexico?

3        **A.   I don't recall the town.**

4        Q.   Can you give me any type of idea where it

5 was?

6        **A.   I do not know, ma'am.**

7        Q.   Okay.  Any other states that you have lived

8 in?

9        **A.   Oklahoma.  I do not know the town.**

10       Q.   Uh-huh.

11       **A.   Palm Bay, Florida.  Lake Charles,**

12 **Louisiana.  And then back to Kentucky -- or to Kentucky.**

13       Q.   To Kentucky.  Where did you live when you

14 first moved to Kentucky?

15       **A.   Gravel Switch.**

16       Q.   And how old were you?

17       **A.   Crain School Road in Gravel Switch.  Twelve**

18 **years old.  Crain, C-R-A-I-N, School Road.**

19       Q.   Okay.  And since you moved to Gravel

20 Switch, Kentucky when you were 12 years old, have you

21 resided in Kentucky continually?

22       **A.   Yes, ma'am.**

23       Q.   What counties have you lived in?

24       **A.   Boyle, Mercer, Montgomery, and Lincoln.**

25       Q.   What are your parents' names, please?

1     A.    Linda Jean Brown.

2     Q.    Okay.

3     A.    And Mark Lay.

4     Q.    Were they married at one point?

5     A.    Yes, ma'am.

6     Q.    And I'm going to assume, based on their

7  different last names, they are no longer married?

8     A.    No.  That was my mother's maiden name.

9     Q.    Oh, okay.  Are they still married?

10    A.    No, my mom's deceased.

11    Q.    Okay.  Were they married until your mother

12 died?

13    A.    No, ma'am.

14    Q.    Okay.  Were they divorced at some point?

15    A.    Yes.

16    Q.    Okay.  Tell me how old you were when they

17 divorced.

18    A.    Approximately two.

19    Q.    And your mother is deceased?

20    A.    Yes, ma'am.

21    Q.    What year did she die?

22    A.    2002.

23    Q.    Where was she living when she died?

24    A.    Science Hill, Kentucky.

25    Q.    And is your father still living?

Page 25

1          A.    I'm unsure.

2          Q.    When's the last time you had contact with

3    your father?

4          A.    When I was an infant.

5          Q.    All right.  So here's my goal, and help me

6    out.  I'm kind of trying to follow your life path.  So you

7    were born in Indianapolis, Indiana, to Linda Jean Brown

8    and Mark Lay, correct?

9          A.    Yes.

10          Q.    Do you know how old you were when you left

11    Indianapolis?

12          A.    I moved to Biloxi, Mississippi, when I was

13    three or four with my mother.

14          Q.    Right.  Okay.  You said the last time you

15    saw your father was when you were an infant?

16          A.    Yes.  I don't recall the last time.

17          Q.    Did you have a father figure in your life

18    when you were in Indianapolis and Biloxi?

19          A.    No.

20          Q.    Did your mom have a boyfriend that you

21    remember during that period of time?

22          A.    Not at that time.

23          Q.    Do you have any siblings?

24          A.    I have a brother.

25          Q.    His name, please?

1          **A.**    **Stephen Hedrick.**

2          Q.    Spell, please.

3          **A.**    **Stephen with a P-H.**

4          Q.    Thank you.

5          **A.**    **Hedrick, H-E-D-R-I-C-K.**

6          Q.    How old is Stephen?

7          **A.**    **Thirty-two.**

8          Q.    Do you know where he lives?

9          **A.**    **Meridian, Mississippi.**

10         Q.    Is he married?

11         **A.**    **Yes.**

12         Q.    When's the last time you had contact with

13 Stephen?

14         **A.**    **Approximately four years ago.**

15         Q.    Any other siblings?

16         **A.**    **No, ma'am.**

17         Q.    At least not to your knowledge?

18         **A.**    **No.**

19         Q.    And do you know who Stephen's father is?

20         **A.**    **Steve Hedrick.**

21         Q.    Okay. And when's the last time you had

22 contact or knew the whereabouts of Steve Hedrick?

23         **A.**    **He lives in Newton, Mississippi.**

24         Q.    Was he married to your mother at one point?

25         **A.**    **No.**

1      Q.   Do you know why you-all moved to Biloxi?

2      **A.   My grandmother's job, my mom's mom.  It was**

3  **just a short thing, I think.  I was a child.  I don't**

4  **really know.**

5      Q.   That's all right.  And, you know,

6  sometimes, you know, my parents will tell me things about

7  my childhood, and that's why I asked it that way.  Do you

8  know or do you have reason to know?

9      **A.   No, not really.**

10     Q.   How old was your mom when you were born?

11     **A.   Sixteen.**

12     Q.   So when you were young, you-all lived with

13  your maternal grandmother then, correct?

14     **A.   When I was three and four, yes.**

15     Q.   Okay.  Anyone else?

16     **A.   Not at that time.**

17     Q.   Okay.  What about your grandfather, your

18  mom's dad?

19     **A.   They were divorced.  My grandmother and**

20  **grandfather were not married.**

21     Q.   And what was your grandmother's name that

22  you lived with?

23     **A.   Shirley Ellis.  I'm sorry, her maiden name**

24  **is Patterson.  Shirley Patterson.**

25     Q.   Did she go by Patterson?

1      **A.    She was Ellis when she -- she's deceased**

2  **also.**

3      Q.    Yes.  So at the time of her passing, she

4  went by the name Shirley Ellis?

5      **A.    Ellis, yes, ma'am.**

6      Q.    And I'm sorry, did you say Patterson was

7  her maiden name?

8      **A.    Uh-huh.  Yes, ma'am.**

9      Q.    All right.  So you-all moved to Biloxi,

10 Mississippi, because your mom was young.  You were an

11 infant and you were living with your grandma, right?

12     **A.    Yes, ma'am.**

13     Q.    All right.  And what kind of work was your

14 grandmother involved in?

15     **A.    Apartment management.**

16     Q.    And is it your recollection or do you have

17 reason to know at the time that you-all lived in Biloxi,

18 Mississippi, was there anyone else living with you other

19 than your grandmother, Shirley, and your mom?

20     **A.    Not that I'm aware of.**

21     Q.    And then you next moved to California; is

22 that right?

23     **A.    We next moved back to Indianapolis.**

24     Q.    Oh, back to Indianapolis.  Okay.  And do

25 you recall how long you stayed in Indianapolis, or do you

1  know?

2          **A.    I don't know.**

3          Q.    Okay.  Anybody else living with you when

4  you went back to Indianapolis other than your grandmother

5  and your mom?

6          **A.    My mother married my stepfather at that**

7  **point at some time.**

8          Q.    Okay.  And what was his name?

9          **A.    Patrick Markland.**

10         Q.    How do you spell that?

11         **A.    M-A-R-K-L-A-N-D.**

12         Q.    Do you recall how old you were when your

13  mother married Patrick Markland?

14         **A.    Approximately five.**

15         Q.    And do you know how long they stayed

16  married?

17         **A.    Until I was 15.  So ten years.**

18         Q.    And how did their marriage end?

19         **A.    In divorce.**

20         Q.    Did you then move from the second time you

21  lived in Indianapolis to California?

22         **A.    Yes.**

23         Q.    Okay.  And do you have reason to know why

24  you moved to California?

25         **A.    Patrick's job.**

1      Q.    What was Patrick's job?

2      **A.    He was an ironworker.**

3      Q.    When's the last time you had contact with

4   Patrick?

5      **A.    Approximately four years ago on Facebook.**

6      Q.    Was Stephen born before or after your

7   mother married Patrick?

8      **A.    Before.**

9      Q.    Did your mother and Patrick have any

10  children together?

11     **A.    No, ma'am.**

12     Q.    Do you have reason to know how long you

13  lived in California?

14     **A.    I'm not sure at all.**

15     Q.    Did you move directly from California to

16  New Mexico?

17     **A.    No, ma'am.**

18     Q.    Where did you move next?

19     **A.    Back to Indianapolis.  Those states were**

20  **not in order.**

21     Q.    That's okay.

22     **A.    I don't know the order.**

23     Q.    That's okay.  That's fine.  I know it was

24  during your childhood.  I'm just trying to kind of paint a

25  timeline for myself.  Do you have any idea how long you

1  stayed in Indianapolis that time?

2      **A.   I'm unsure.  His jobs were like power plant**

3  **shutdowns.  So they were a couple months at a time.  And**

4  **we would always go back to Indianapolis between jobs, so**

5  **it was a -- I really -- I was a child.  I don't know the**

6  **time line.**

7      Q.   Sure.  I understand.  Did you go back

8  directly to New Mexico from that time in Indianapolis?

9      **A.   Like I said, I'm unsure of the order of the**

10  **states.  So I don't know if I went from there to New**

11  **Mexico or to Oklahoma.  I really --**

12      Q.   Okay.

13      **A.   -- don't remember.**

14      Q.   All right.  And this is just me kind of

15  learning what you're saying.  So it's clear to you, but

16  I'm trying to just kind of sort it all out in my head.  So

17  if I get it mixed up or I don't understand what you're

18  saying, please do correct me as you just did, all right?

19          So you're not sure where you moved from

20  Indianapolis at that time.  The next time that you moved

21  out of state, were your mother and Patrick still married?

22      **A.   Yes.**

23      Q.   What did your mother do for a living?

24      **A.   She was a stay-at-home mother for the most**

25  **part.  But she also -- if we lived in cities, she drove**

1  horse carriages.  And later on after we moved to Kentucky,

2  she was a dog groomer and also bred -- a dog breeder.

3         Q.    Where were you living when Patrick and your

4  mom split up?

5         A.    Gravel Switch, Kentucky.

6         Q.    Did your mother get married again?

7         A.    No, ma'am.

8         Q.    Did she ever have a live-in boyfriend or a

9  another man that lived with you-all?

10        A.    Yes, ma'am.

11        Q.    Tell me about that person or persons.

12        A.    Johnny Buck.  And he's from Liberty,

13  Kentucky.

14        Q.    B-U-C-K?

15        A.    Yes, ma'am.

16        Q.    Do you recall how old you were when Johnny

17  Buck lived with you?

18        A.    Sixteen.

19        Q.    How long did Mr. Buck reside with you

20  and --

21        A.    I moved out of my mother's --

22              MR. BENTLEY:  Let her finish.

23        Q.    I know that -- I'm sorry, sometimes it can

24  be -- you know, you don't want to wait for me to finish my

25  question.  But if you would --

1          A.    Sorry.

2          Q.    -- I'd appreciate it.  And I am talking a

3    little slower than I normally do.  And you know why that

4    is?  So she can actually keep up with me when she's typing

5    things.  So I can talk a lot faster, but she can't type a

6    lot faster.

7                So do you know how long Mr. Buck resided

8    with -- I'm going to assume your mom and your brother were

9    still living there?

10         A.    No.

11         Q.    Okay.  Tell me about all that.

12         A.    About all what?

13         Q.    Well, I can go through twenty questions, or

14   you can tell me when Mr. Buck lived there and how long he

15   lived with what members of your family.

16         A.    With my mother.

17         Q.    Okay.

18         A.    Like I said, I moved out of my mother's.

19   So off and on until her passing, which was in 2002.

20         Q.    So you recall that you were 16 years old

21   when Mr. Buck, I assume, moved in the home where you and

22   your mom were residing?

23         A.    Yes.

24         Q.    And was Stephen living there with you-all?

25         A.    No.

1          Q.    Did Stephen ever live with you-all?

2          **A.    No.**

3          Q.    Stephen always lived with his father --

4          **A.    Yes.**

5          Q.    -- to your knowledge?

6          **A.    Yes, he did.**

7          Q.    Okay.  How often did you get to see Stephen

8 when you were growing up?

9          **A.    A week or two out of the summer usually.**

10         Q.    He would come visit you-all?

11         **A.    No, I would -- we would go on a vacation**

12 **together.**

13         Q.    Okay.  So what I understood you to say was

14 that Mr. Buck moved in with you and your mother when you

15 were approximately 16 years old.  You moved out shortly

16 thereafter, correct?

17         **A.    Yes, ma'am.**

18         Q.    Were you 16 years old when he moved in and

19 16 years old when you left?

20         **A.    Yes, ma'am.**

21         Q.    Why did you leave?

22         **A.    I moved in with my boyfriend, my child's**

23 **father.**

24         Q.    David's?

25         **A.    Yes, ma'am.**

1       Q.   Were you legally emancipated from your

2  mother at that point?

3       **A.   No.**

4       Q.   Where did you go to high school?

5       **A.   Boyle County.**

6       Q.   Did you graduate?

7       **A.   No, ma'am.**

8       Q.   What is the last grade that you completed?

9       **A.   In high school?**

10      Q.   Yes.

11      **A.   Ninth.**

12      Q.   Did you attend any portion of tenth grade?

13      **A.   No, ma'am.**

14      Q.   So you completed your ninth grade year,

15  right?

16      **A.   Yes.**

17      Q.   Okay.  And why did you not return to

18  school?

19      **A.   I started attending an adult education in**

20  **Stanford, Kentucky.  I had a young child and I had a job**

21  **and -- yeah, responsibilities.  So...**

22      Q.   Okay.  How old were you when you became

23  pregnant with David?

24      **A.   Fifteen.**

25      Q.   Was that your first pregnancy?

1      A.    Yes, ma'am.

2      Q.    So you completed your freshman year in high

3    school?

4      A.    Yes.

5      Q.    And what month was David born?

6      A.    October.

7      Q.    So I'm going to assume that David was born

8    the October that would have been the beginning of your

9    Sophomore year; is that right?

10     A.    No.

11     Q.    Okay.  He was born October of your freshman

12   year in high school?

13     A.    Yes, ma'am.

14     Q.    Yet but you finished that year?

15     A.    Yes.

16     Q.    Okay.  And did you obtain your high school

17   diploma from the adult education center?

18     A.    I did not.

19     Q.    Okay.  What is the name of the adult

20   education entity that you attended?

21     A.    Fort Logan.

22     Q.    Fort Logan what?

23     A.    Adult Education Center.

24     Q.    Do you know if it's still there?

25     A.    Yes, ma'am, it is.

1        Q.   I know this might seem silly, but what city

2  is it located in?

3        **A.   Stanford, Kentucky.**

4        Q.   Oh, well, it's not silly.  I thought you

5  were going to say Fort Logan.

6              How long did you attend Fort Logan Adult

7  Education?

8        **A.   Only a couple months.**

9        Q.   And why did you leave there?

10       **A.   Transportation.  I couldn't get there.**

11       Q.   Did you say you were working during that

12  period of time also?

13       **A.   Yes, ma'am.**

14       Q.   What were you working, doing?

15       **A.   My first job was a gas station in**

16  **Perryville, Kentucky.  And then I worked at a restaurant**

17  **right after for a couple years.  So...**

18       Q.   How old were you when you worked at the gas

19  station in Perryville?

20       **A.   Fifteen.**

21       Q.   Were you an attendant?  You took people's

22  money, things like that?

23       **A.   Yes.**

24       Q.   And why did you leave that job?

25       **A.   I started working at Golden Corral in**

1  **Harrodsburg.**

2         Q.   You left it voluntarily?

3         **A.   Yes.**

4         Q.   And you took a server job I think is what

5  you just said, or what I assume?

6         **A.   Yes.**

7         Q.   Okay.  At Golden Corral in Harrodsburg?

8         **A.   Yes.**

9         Q.   And how long did you work there?

10        **A.   Approximately two years.**

11        Q.   Did you ever obtain your high school

12 diploma or did you obtain a GED?

13        **A.   I did, a GED.**

14        Q.   Okay.  In what year?

15        **A.   Approximately 2004.**

16        Q.   And you took GED classes, correct?

17        **A.   I didn't do GED classes then.  It was -- I**

18 **just took a pretest and then the test in Montgomery**

19 **County.**

20        Q.   So the GED classes aren't mandatory, I'm

21 guessing?

22        **A.   They weren't then.**

23        Q.   Okay.  So you just took a pretest, and then

24 you went in and tested and got your GED, correct?

25        **A.   Yes, ma'am.**

1          Q.    Okay.  And you said you got it in

2    Montgomery County.  Was that through the high school or

3    what entity?

4          **A.    I'm pretty sure it was the adult education**

5    **thing through the high school.**

6          Q.    Okay.  Any type of formal education after

7    you obtained your GED?

8          **A.    I attended Bluegrass Community Technical**

9    **College in Danville.**

10         Q.    During what years?

11         **A.    One second.  Approximately 2013 until 2016.**

12         Q.    What course of study were you following?

13         **A.    Criminal justice, associate's in science.**

14         Q.    You may have just answered my next

15    question, but let me ask it.  Did you obtain any type of

16    degree or certification from --

17         **A.    I did not.**

18         Q.    -- that entity?

19         **A.    I did not.**

20         Q.    All right.  Any additional formal

21    education?

22         **A.    No, ma'am.**

23         Q.    Do you hold any type of professional

24    licenses or certifications?

25         **A.    No, ma'am.**

1          Q.    Sometimes people are licensed practical

2    nurses or they're --

3          **A.    No.**

4          Q.    -- a real estate agent or a master plumber.

5          **A.    No.**

6          Q.    No professional licenses or certifications?

7          **A.    No.  I have a STAR certification for**

8    **bartending in the state of Kentucky.  But, no.  Other than**

9    **that, no.**

10         Q.    Where did you obtain that?

11         **A.    Lexington Bartending School.**

12         Q.    Is that the name of the place?

13         **A.    Yes, ma'am.**

14         Q.    When did you attend that?

15         **A.    Approximately 2005.**

16         Q.    At that time, or if you know, did you have

17   to be licensed or certified to be a bartender in Kentucky?

18         **A.    Not everywhere.**

19         Q.    Okay.  So it's something that's nice to

20   have but you don't have to have that certification to work

21   in a bar?

22         **A.    I was employed at Keeneland racetrack, and**

23   **I had to have it for there.**

24         Q.    How long were you employed at Keeneland?

25         **A.    It was seasonal.  A couple seasons during**

1  **the sales.**

2      Q.  Well, let me ask you this.  Were you an

3  employee of Keeneland, or did you have that job through a

4  temporary service?

5      **A.  It was not through Keeneland.  It was a --**

6  **they had their own little hiring service.**

7      Q.  Do you recall the name of it?

8      **A.  I do not right off...**

9      Q.  Any type of formal vocational training?

10  Other than, I guess, the bartending might fall into that

11  category.

12      **A.  No, ma'am.**

13      Q.  I know that you, of course, talked to

14  Mr. Bentley for some period of time.  But other than

15  talking to Mr. Bentley -- and I do not want to know what

16  you talked about, okay.  Other than speaking with your

17  attorney, did you do anything else to prepare for this

18  deposition?

19      **A.  No, ma'am.**

20      Q.  Did you review any documents?

21      **A.  No, ma'am.**

22      Q.  Video or audio recordings?

23      **A.  No, ma'am.**

24      Q.  Have you ever given your deposition before

25  today?

1      **A.    No, ma'am.**

2      Q.    When you are not incarcerated, do you

3   attend any type of church regularly?

4      **A.    I have in the past.**

5      Q.    Okay.  Which churches?

6      **A.    Mitchellsburg Church of God.**

7      Q.    Okay.

8      **A.    That was it.**

9      Q.    Are you a member at Mitchellsburg Church of

10   God?

11     **A.    Not currently.**

12     Q.    Have you been?

13     **A.    Yes, ma'am.**

14     Q.    Did they revoke your membership?

15     **A.    No, we just haven't been in a long time.**

16     Q.    Okay.  I think they keep you on the member

17   roster, just for the record.

18     **A.    It's been like 15 years, so --**

19     Q.    I don't think they take away your church

20   card.  All right.  Do you attend any type of services

21   here?

22     **A.    I do.**

23     Q.    Do you know what church or volunteer group

24   conducts those services?

25     **A.    There are several.**

1          Q.   Do you attend all of them?

2          **A.   I do.**

3          Q.   Can you give me an idea of who conducts

4     some of the services that you attend?

5          **A.   We have a chaplain that does the first and**

6     **second Sunday of every month at 10:00 and 1:00 service,**

7     **which I attend both.**

8          Q.   What's your chaplain's name?

9          **A.   Kenneth Talbot.**

10         Q.   Okay.

11         **A.   And the other Sundays of the month are**

12    **outside churches that come in.**

13         Q.   Do you know the names of any of them?

14         **A.   Yes, there's several, though.**

15         Q.   Could you tell them, please.

16         **A.   Galilee Baptist Church, Spirit of Love,**

17    **Fern Creek, Redemption Road, Celebrate Recovery Program**

18    **and Whidbey Bible Study I'm in.  Good grief, there's just**

19    **different -- there's all kinds of people that come in.**

20         Q.   Is that Fern Creek Baptist or Christian

21    or --

22         **A.   I'm not sure.  It just says Fern Creek.**

23         Q.   Okay.  And you attend all of those?

24         **A.   I attend Sunday morning and night service**

25    **and also when they have it on Saturday.  Anytime I can go,**

Page 44

1  **yes, I do.**

2       Q.   What do you consider your religious

3  affiliation to be?

4       **A.   Christian.**

5       Q.   Christian as the -- like there's lots of

6  different types of Christianity.  I'm Baptist but I'm

7  still Christian.  I'm not very good at being Baptist, but

8  that is technically what I am.  Okay.  Aaron will laugh

9  because he knows I'm not good at being Baptist.

10      **A.   How about nondenominational.**

11      Q.   So there -- yeah.  And there's actually a

12  denomination that says Christian.  So you're just

13  generally a Christian?

14      **A.   Yes, ma'am.**

15      Q.   Okay.  Have you ever been involved in any

16  other lawsuits?

17      **A.   No, ma'am.**

18      Q.   And by that, I mean have you ever been sued

19  or sued anyone else?

20      **A.   No, not that I'm aware of.**

21      Q.   Okay.  Have you ever filed for bankruptcy?

22      **A.   No, ma'am.**

23      Q.   Have you ever been in the military?

24      **A.   No, ma'am.**

25      Q.   Any of your husbands in the military?

1      **A.   Yes, ma'am.**

2      Q.   Which ones?

3      **A.   Bruce Walters.**

4      Q.   Was he active duty while you were married

5    to him?

6      **A.   No, ma'am.**

7      Q.   Okay.  So you never lived with him on base

8    or traveled with him --

9      **A.   No.**

10     Q.   -- for any reason?

11     **A.   No.**

12     Q.   Okay.  You have told me about some of your

13   first jobs.  I know that you worked as a gas station

14   attendant and that you were a server at Golden Corral.

15   And you told me some of the jobs and the places that you

16   have worked over the course of the years.

17     **A.   After Golden Corral, I worked at Trim**

18   **Masters, a factory in Harrodsburg.**

19     Q.   True Masters?

20     **A.   Trim.**

21     Q.   Trim.

22     **A.   Trim Masters.**

23     Q.   Okay.

24     **A.   I worked there for approximately two years.**

25     Q.   What did you do for them?

1          **A.    It was a sewing factory.  I was just a**
2   **laborer.**
3          Q.    Do you recall how much you made?
4          **A.    Like 13-something an hour.**
5          Q.    Were you full-time?
6          **A.    Yes, ma'am.**
7          Q.    Why did you leave there?
8          **A.    I actually got fired for missing too many**
9   **days.  It was when my grandmother passed and it was her**
10  **funeral services.**
11         Q.    They fired you because your grandma died?
12         **A.    Not because my grandma died, but because I**
13  **missed too many days.**
14         Q.    How many days did you miss?
15         **A.    I'm not sure.**
16         Q.    That just seems odd to me.  So they
17  thought -- you took off for the funeral; is that why?  Or
18  did they fire you because you didn't call when you took
19  off for the funeral?
20         **A.    Like I said, I missed too many days that**
21  **were allowed.  It was a tragic deal.  My child was there.**
22  **It was just a -- it's kind of a long story.**
23         Q.    That's okay.  And you said that your
24  grandmother's -- sometimes I don't know when the questions
25  I ask are going to be emotional for you.  And I do

Page 47

1  apologize, okay?  You want to take a break?

2         **A.    Sure.**

3         Q.    That's fine.

4                (WHEREUPON A BRIEF RECESS WAS TAKEN AT THIS

5  TIME.)

6  BY MS. PETITT:

7         Q.    Dusti, right before we went off the record,

8  I was talking about your employment history, and

9  apparently I stumbled upon a sensitive subject.  So I

10  apologize about that.

11                You said there was some sort of maybe

12  unusual circumstances or trauma surrounding your

13  grandmother's death?

14         **A.    Yes, ma'am.**

15         Q.    Okay.  Could you just tell me about that,

16  please.

17         **A.    It was kind of a freak accident.  She was**

18  **ran over by a farm truck.  And my three-year-old at the**

19  **time was there.  We were alone.**

20         Q.    She was not in a vehicle?

21         **A.    No, she was outside of the vehicle and**

22  **somehow it came out of gear and -- sorry.**

23         Q.    Okay.

24         **A.    And it ran over her, and it was blunt force**

25  **trauma to the chest is what killed her.  But my**

1 **three-year-old was there at the time.**

2      Q.   Which one of your children was three at

3 that time?

4      **A.   David.**

5      Q.   So David saw it happen?

6      **A.   Yes.  He was alone with her for a few hours**

7 **until his father and I got there.**

8      Q.   And this is Shirley?  This is your

9 grandmother that you kind of grew up around, right?

10      **A.   Sorry.**

11      Q.   It's okay.  You tell me when you're ready.

12      **A.   Go ahead.**

13      Q.   Did she live long after that?

14      **A.   It was instant.**

15      Q.   Okay.  So it wasn't a situation where you

16 held vigil at the hospital and sat by her side.  She died

17 fairly quickly.  It was unexpected.

18      **A.   She was dead when I got there.**

19      Q.   Okay.  Did you see her in that state?

20      **A.   Yes, my child was the only one there.**

21      Q.   And where was she living when that

22 happened?

23      **A.   Gravel Switch.**

24      Q.   Whose piece of equipment ran over her?

25      **A.   Her own.**

1          Q.   Do you know who it was -- so it was --

2   nobody was operating it, it just kind of came undone?

3          **A.   Yes, it was turned off and parked.**

4          Q.   What kind of equipment was it?

5          **A.   It was a three-quarter-ton farm truck.  It**

6   **was a farm truck.**

7          Q.   Do you know what emergency services

8   responded to that scene that day?

9          **A.   Boyle and Marion County EMS and Fire.**

10          Q.   Did you stay and watch them try to

11   extricate her?

12          **A.   She was taken to the hospital.  We followed**

13   **them to the hospital.**

14          Q.   And who was with you?

15          **A.   Marty Ritchie and David.**

16          Q.   Were you close with your grandma?

17          **A.   Yes.**

18          Q.   How would you describe your relationship?

19   Tell me how often you saw her and talked to her.

20          **A.   She was like a second mom.  Sorry, my**

21   **emotions are like crazy right now.**

22          Q.   It's okay.  And I'm sorry that I have to

23   ask you these questions.

24          **A.   She moved to -- moved to Kentucky when I**

25   **became pregnant with David and moved into the house that**

1    **my mom had. So she was in my daily life. I mean, she was**

2    **a big part of my life.**

3         Q.   Okay.  So that explains why it was so

4    incredibly difficult for you to see her in that situation.

5         **A.   Yes.**

6         Q.   Okay.  I know why you're still upset about

7    it today.  That's understandable.

8         Do you recall where you worked after Trim

9    Masters?

10         **A.   The gentlemen's club in Lexington,**

11    **Kentucky.**

12         Q.   Okay.  I'm going to call it what it is.

13    You worked at a strip place?

14         **A.   I worked at a gentlemen's club, yes, ma'am.**

15         Q.   All right.  So what was the name of the

16    gentlemen's club?

17         **A.   Cowboys Entertainment Center.**

18         Q.   What did you do for them?

19         **A.   I was an exotic dancer.**

20         Q.   Was that full nudity or partial?

21         **A.   Partial.**

22         Q.   What's the most naked you could get at

23    Cowboys?

24         **A.   Everything except your underwear.**

25         Q.   I'm sorry, where did you say that was

1  located?

2       **A.   Lexington.**

3       Q.   Is it still open?

4       **A.   As far as -- as far as I know.**

5       Q.   Where was it located?

6       **A.   Off New Circle Road.**

7       Q.   There's a lot of stuff located off New

8  Circle Road.  Where more specifically, please.

9       **A.   It's right by the Greyhound Bus Station.**

10 **I'm not sure what that road is.**

11      Q.   Okay.  Well, I think there's --

12      **A.   Broadway.  Maybe West Broadway is the**

13 **crossing road, I think, closest to there.**

14      Q.   That is helpful.  Thank you.  During what

15 period of time were you a dancer at Cowboys?

16      **A.   I was 20 years old.  For approximately six**

17 **months.**

18      Q.   Was that a full-time job?

19      **A.   I didn't have a schedule.  I just kind of**

20 **worked when I wanted to.**

21      Q.   Okay.  How much did you work?

22      **A.   Maybe six hours at a time two or three days**

23 **a week.**

24      Q.   How much money would you make?

25      **A.   It varied.**

1       Q.   Was it good money?

2       **A.   Sometimes.**

3       Q.   Okay.  Well, give me a range.

4       **A.   Anywhere from 300 a shift to $1200.**

5       Q.   Most of that cash?

6       **A.   Yes.**

7       Q.   All of it cash?

8       **A.   All of it cash.**

9       Q.   Why did you stop working there?

10      **A.   I met my second husband and got married**

11 **and...**

12      Q.   Did you work -- where did you meet your

13 second husband?

14      **A.   At Cowboys.**

15      Q.   He was a client?

16      **A.   Well, I met him and didn't work after the**

17 **first day that I met him.  So I wouldn't call him a**

18 **client, but I did meet him there.**

19      Q.   He came in to partake in the entertainment?

20      **A.   Yes.**

21      Q.   He was not working there?

22      **A.   No.**

23      Q.   He was a patron.  That's a good word.  He

24 was a patron of Cowboys, that's how you met him?

25      **A.   Yes.**

Page 53

1          Q.   And remind me of your second husband's name

2     again.

3          **A.   Bruce Walters.**

4          Q.   Thank you.  Did you ever work as a dancer

5     at any other strip joints or gentlemen's clubs, whatever

6     you want to call them?

7          **A.   Yes.**

8          Q.   Okay.

9          **A.   Solid Platinum.**

10         Q.   Where's that located?

11         **A.   In Lexington.  Camelot East in Lexington.**

12         Q.   Is that still over there in that strip

13    mall?

14         **A.   I don't think it's open anymore.  But, no,**

15    **that's it.  That was Camelot West.**

16         Q.   Thank you.  Okay.

17              MR. BENTLEY:  You got to get up on your

18    gentlemen's clubs.

19              MS. PETITT:  I haven't lived in Lexington

20    in -- I couldn't even tell you how long.

21         Q.   However you can quantify it for me or tell

22    me, during what period of time did you work for Solid

23    Platinum?

24         **A.   That was not during that time.  That was**

25    **after Bruce and I divorced.  So 2006 approximately.**

1    Q. For how long?

2    **A. Not long. Just like I said, when I needed**

3 **to make some money, I would go work. So it wouldn't be**

4 **like a daily thing. You don't have to have a schedule**

5 **there, you just kind of come in if you want to. So off**

6 **and on for a few years. You know, it was just...**

7    Q. Did you work there about as often as you

8 did at Cowboys, you said, maybe six hours every -- two or

9 three days a week?

10    **A. Yes.**

11    Q. That about right?

12    **A. Probably less at Solid Platinum.**

13    Q. Do you know if Solid Platinum is still in

14 existence?

15    **A. It is.**

16    Q. And is it still called Solid Platinum?

17    **A. As far as I know.**

18    Q. And whereabouts was that located?

19    **A. On New Circle by Quantrell Cadillac. It's**

20 **been a while for me, too, so I don't remember the roads.**

21    Q. So maybe 2006, 2008, somewhere in there --

22    **A. Yes, ma'am.**

23    Q. -- off and on at Solid Platinum?

24    **A. Yes.**

25    Q. Okay. And the only position you held there

1  was a dancer?

2          A.   Yes.

3          Q.   All right.  Do you recall who your manager

4  or who you reported to at Cowboys was?

5          A.   **The owner was Warren King.**

6          Q.   Warren King?

7          A.   **Yes.**

8          Q.   Who did you report to at Solid Platinum?

9          A.   **I'm not sure.**

10         Q.   What was your stage name?

11         A.   **Morgan.**

12         Q.   Everywhere?

13         A.   **Yes.**

14         Q.   Cowboys, Solid Platinum, Camelot East,

15  always Morgan?

16         A.   **Yes.**

17         Q.   All cash at Solid Platinum?

18         A.   **Yes.**

19         Q.   During what period of time were you a

20  dancer at Camelot East?

21         A.   **During the same time.**

22         Q.   Oh, same time you worked for Solid Platinum

23  you also worked for Camelot East?

24         A.   **Yes.**

25         Q.   Okay.  So I understand you told me you

Page 56

1  worked less at Solid Platinum than you did at Cowboys.

2  But what I didn't understand when you told me that was you

3  were working two different places.  So combined at Solid

4  Platinum, Camelot East, you think you were working the six

5  hours two to three times a week?

6           **A.   Yes.**

7           Q.   So about the same as at Cowboys, just

8  splitting your time between two different places, right?

9           **A.   Yes.**

10          Q.   Were you still making between 300 and $1200

11 cash a shift?

12          **A.   No.  Maybe 200 to 500 at that time.**

13          Q.   Which is the nicer place, Cowboys, Solid

14 Platinum or Camelot East at the time you worked at them?

15          **A.   The nicer one?  Solid Platinum, I assume.**

16          Q.   Okay.  Well, you know what I mean.  Some of

17 the places are nicer, they bring in clients that have more

18 money, et cetera.  So Solid Platinum you think is the

19 nicer of the three?

20          **A.   Like I said, if you want to call them a**

21 **nicer one, sure.  Different times of the year, there's --**

22          Q.   Were they all equally crappy?

23          **A.   Yeah.  I guess, yeah, Platinum was the**

24 **nicer --**

25          Q.   If the answer to the question is, all three

1   of them are the same, none of them are nicer, that's fine

2   too.

3          **A.   If you mean were the clients better clients**

4   **or was it a cleaner place?  I don't really understand your**

5   **question.**

6          Q.   Here's what led to that question.  Let me

7   help you with my weird thought process.  When you were

8   working at Cowboys, you said you'd make anywhere between

9   300 and $1200 a shift cash.  And then you started working

10  at Solid Platinum or Camelot East, and you say, I'm making

11  200 to $500 a shift cash.  That tells me that maybe these

12  places weren't as nice.

13         **A.   Well, it told me there was a change in the**

14  **economy and a change in the quality of girls that were**

15  **working and the people that were being -- yeah, that were**

16  **coming in there.  There was just a lot of difference in**

17  **when I very first started and when I went back.**

18         Q.   Solid Platinum, Camelot East, were those

19  both full or partial nudity?

20         **A.   Either or.**

21         Q.   Could you get fully naked at Solid

22  Platinum?

23         **A.   You could, but I did not.**

24         Q.   You chose not to.  What's the most naked

25  you got at Solid Platinum?

1      **A.    Everything except my underwear.**

2      Q.    What about Camelot East?

3      **A.    The same.**

4      Q.    How many kids did you have when you started

5   working at Solid Platinum and Camelot East?

6      **A.    Three.**

7      Q.    When you worked at Cowboys, how many kids

8   did you have?

9      **A.    Two.**

10      Q.    So 20 years old.  You started working at

11   Cowboys maybe in 2002-ish?

12      **A.    Yes.**

13      Q.    So between 2002 and 2006, were you employed

14   elsewhere?

15      **A.    My husband was a business owner, which I**

16   **did all the bookkeeping and also worked with -- I just**

17   **worked with him with his business.**

18      Q.    Okay.  This might sound rude, but this is

19   trying to keep me from having to flip back in my notes.

20   Which husband is that?

21      **A.    Bruce Walter.**

22      Q.    Okay.  Thank you.  And what was the

23   business that Bruce owned?

24      **A.    Lawn Masters.**

25      Q.    Was the bookkeeping -- was your job there,

1   was that a full-time kind of deal?

2           **A.   Yes.  It was our business, so it was --**

3   **yes.**

4           Q.   Did you draw a salary from that?

5           **A.   No.**

6           Q.   It was just you-all were married, you owned

7   the business and you took -- I guess he took money from

8   it, and that's how he supported the family?

9           **A.   Yes.**

10          Q.   Did you do that continually between 2002

11  and 2006?

12          **A.   Yes.**

13          Q.   Bruce is the guy, yeah, that came into

14  Cowboys and you left with him?

15          **A.   Yes.**

16          Q.   And then once you and Bruce split, what --

17  were you-all separated for a period of time before the

18  divorce?

19          **A.   Just a few months.**

20          Q.   Okay.  Why did you-all split up?

21          **A.   There was just some problems in the**

22  **marriage, and I just decided I didn't want to be there**

23  **anymore.**

24          Q.   Uh-huh.  What kind of problems in the

25  marriage?

1          A.   He was ex-military and he had a lot of

2    PTSD, and he just wasn't who I wanted to be with.

3          Q.   Uh-huh.  Was he ever physically or verbally

4    abusive to you?

5          A.   No.

6          Q.   Were any of your husbands ever physically

7    or verbally abusive to you?

8          A.   Michael Hale.  We had an altercation or two

9    that he became physical towards the end.  But other than

10   that, no.

11         Q.   To your knowledge, did any of your husbands

12   have issues with substance abuse?

13         A.   Michael Hale drinks.  But he holds a job

14   and, you know, he's responsible.  But I consider him an

15   alcoholic but he doesn't.

16         Q.   That was my next question.

17         A.   Yes.

18         Q.   So you consider Michael an alcoholic?

19         A.   Yes.

20         Q.   Do you believe -- or would you have

21   considered him an alcoholic throughout the entirety of

22   your relationship?

23         A.   Yes.

24         Q.   The incidents in which he became -- the

25   incidents in which there were physical altercations

1  between the two of you, was he intoxicated during those

2  incidents?

3        **A.   Yes.**

4        Q.   Was he intoxicated nearly all the time?

5        **A.   No.**

6        Q.   Sometimes people drink so much that it

7  becomes hard to differentiate.  When I ask, was he

8  intoxicated during the fights, some people look at me and

9  say, he was always intoxicated.  So, yeah.

10        Tell me, were there two incidents that

11  there were physical altercations with you and Michael or

12  more?

13        **A.   Two or three over a six-year period.**

14        Q.   Okay.  Well, tell me what you recall about

15  each of those.

16        **A.   The first time was on Trusty Road.  He spit**

17  **in my face, and then pushed me down in the garage on the**

18  **concrete floor and threw my stuff outside, and I had to**

19  **leave.**

20        Q.   Okay.  Is that the extent of the physical

21  contact?

22        **A.   That time, yes.**

23        Q.   Okay.  And you told me you were married to

24  Bruce between 2004 and 2006.  Did you-all have a

25  relationship --

1        **A.    We didn't get married in 2002.  No, I**
2  **didn't say that, I don't think.**
3        Q.    Okay.  Well, I wrote it down as you were
4  saying it, that you were married to him between 2004 and
5  2006.  And I could be wrong, but you said you got divorced
6  from Martin in 2004.  And then you said you married Bruce
7  in 2004.
8        **A.    Yes.**
9        Q.    Okay.  So was there a period of time that
10  you were not married to Bruce but you were involved in a
11  relationship with him?
12        **A.    No.  2004 is correct, not 2002.**
13        Q.    So what I'm asking is, sometimes people are
14  involved in a relationship and they aren't married to each
15  other.  Did you-all have any type of dating or romantic
16  relationship before you got married?
17        **A.    Yes, for approximately nine or ten months.**
18  **I'm not sure.  Not that long.**
19        Q.    All right.  Did you-all live together
20  during that nine or ten months?
21        **A.    Yes.**
22        Q.    All right.  Tell me about the other
23  incidents that were physical altercations involving you
24  and Bruce.
25        **A.    This was not Bruce.  This is Michael Hale.**

1    **That's why my years are getting confused too.**

2         Q.   You're going to have to help me.  Because

3    sometimes I -- this is where if I ask a bad question,

4    you're going to have to stop me, okay?

5         **A.   Okay.**

6         Q.   All right.

7         **A.   Michael Hale was the only one physical.**

8    **That's what you asked me.**

9         Q.   Yeah, I had Bruce written right about here

10   because we were talking about Lawn Masters, which is where

11   that got into my head.

12        **A.   Okay.**

13        Q.   Okay.  So Michael Hale you were married to

14   from 2010 to 2016, correct?

15        **A.   Yes.**

16        Q.   Were you involved in a relationship with

17   Michael Hale before you were married to him?

18        **A.   Only about four months.**

19        Q.   Did you live together during those four

20   months?

21        **A.   Yes, he lived with me.**

22        Q.   Tell me about the other incidents involving

23   physical altercations with Mr. Hale.

24        **A.   After we moved into our home in**

25   **Hustonville, my last address, he was intoxicated and we**

1   got into an argument.  He picked me up by my throat and

2   threw me across our living room onto the couch, which

3   flipped over and almost landed on our child.  He continued

4   to chase me around the couch in the living room.  And I

5   finally called 911, and he was arrested for assault.

6          Q.   Do you know if he was convicted or pled

7   guilty?

8          A.   I really don't know what was the outcome

9   with that, actually.

10          Q.   Did you ever go to court?

11          A.   No, I did not.  I don't -- maybe he wasn't

12   charged.  He was arrested that night, but maybe -- I don't

13   know.  He didn't get any kind of jail time or anything

14   like that.  So I know there was some stuff we dealt with

15   with social services because our child was there.  There

16   was a DVO, or whatever, that's the only time I've ever had

17   anything like that.  So I'm not quite sure of the

18   language.  There was some sort of order he wasn't allowed

19   home for a few weeks until the court.  I wasn't allowed

20   contact with him, so I don't know what happened with that,

21   honestly.

22          Q.   You said there were two or three incidents,

23   and you told me about two.  Was there a third?

24          A.   There was another time around the first

25   time that he actually shoved me out of a moving vehicle.

1         Q.    Where did that occur?

2         **A.    Also around the same Trusty Road in**

3    **McKinney.**

4         Q.    So near your home?

5         **A.    Yes.**

6         Q.    Did you sustain any physical injuries as a

7    result of any of these incidents?

8         **A.    Nothing major, no.**

9         Q.    Did you seek medical treatment as a result

10   of any of these incidents?

11        **A.    No.**

12        Q.    Didn't go get checked out anywhere?

13        **A.    No.**

14        Q.    I know you told me your child was present

15   during one of the incidents.  Were there witnesses to the

16   incident where he spit in your face and pushed you?

17        **A.    Yeah, his mother and sister with there.**

18        Q.    And what are their names, please?

19        **A.    Goldie Wilson and Angela Hale.**

20        Q.    Do you know if Angela still goes by Hale?

21        **A.    She does.**

22        Q.    Do you know where Goldie Wilson and Angela

23   Hill currently live?

24        **A.    In Danville on Alton Avenue, but I'm not**

25   **sure of the house number.  A-L-T-O-N.**

1          Q.   Any other witnesses to the spitting
2    incident?
3          **A.   No.**
4          Q.   The incident where he picked you up by the
5    throat and threw you into the couch, I know you said your
6    child was there.  Which child was that?
7          **A.   Mason.**
8          Q.   How old was Mason at the time?
9          **A.   Approximately three.**
10         Q.   Were there any other witnesses to that?
11         **A.   No.**
12         Q.   The incident where he shoved you out of a
13   moving vehicle, were there any witnesses to that?
14         **A.   There were, yes, there were a couple people**
15   **with us.**
16         Q.   Who?
17         **A.   Kat and Andrew Connor.**
18         Q.   Who?
19         **A.   Katrina and Andrew Connor.**
20         Q.   Katrina with a K?
21         **A.   Yes.**
22         Q.   C-O-N-N-O-R or E-R?
23         **A.   I'm not sure.**
24         Q.   I assume they're married?
25         **A.   They were, yes.**

1       Q.   They are no longer married?

2       **A.   Not that I'm aware of.**

3            **I think it's O-R now that I see it wrote.**

4       Q.   Okay.  You can read that?  Good job.

5            MR. BENTLEY:  I wondered what you do with

6    these later.

7            MS. PETITT:  I have associate attorneys

8    who'll walk up to me and say, What does that say?  And

9    that's what I do with them.

10           Q.   To your knowledge, Katrina and Andrew

11   Connor were the only witnesses to the incident where

12   Mr. Hale shoved you out of the vehicle?

13      **A.   Yes, ma'am.**

14           Q.   The only time -- what I assumed, based on

15   what you told me, the only time any type of law

16   enforcement was called or a complaint was made is with

17   regard to the incident where Mason was a witness to it?

18      **A.   Yes.**

19           Q.   Okay.  And he shoved you out of the car.

20   You never called police?

21      **A.   No.**

22           Q.   What precipitated him shoving you out of a

23   moving vehicle?

24      **A.   He was drunk and he just kind of -- he just**

25   **gets violent.  I don't know.**

1        Q.   Were you-all arguing?

2        **A.   Not really, no.**

3        Q.   What kind of vehicle?

4        **A.   4Runner.  Toyota 4Runner.**

5        Q.   That sits up a little bit high, doesn't it?

6        **A.   Yeah.  We were on the back road.  We**

7 **weren't going very fast but enough to scare the hell out**

8 **of me and get a little road rash.**

9        Q.   What happened?  They come pick you back up?

10 Or where'd you go after that?

11        **A.   No, I walked home.**

12        Q.   So you walked home to the Trusty Road

13 house?

14        **A.   Yes.**

15        Q.   Was anyone there when you got there?

16        **A.   His mother and sister, yes.**

17        Q.   Did you talk to them about the incident?

18        **A.   Well, I was upset, obviously.**

19        Q.   Sure.

20        **A.   But I got some clothes and had someone come**

21 **and pick me up.**

22        Q.   And you left?

23        **A.   Yes.**

24        Q.   Who came and picked you up?

25        **A.   A friend of mine, Pamela Whitis.**

1          Q.   Spell the last name, please.

2          **A.   W-H-I-T-I-S.**

3          Q.   I assume you talked to her about the

4    incident?

5          **A.   Yes.**

6          Q.   What did the mom and the sister say to you

7    when you walked in the house and I assume told them that

8    their son and brother had shoved you out of a moving

9    vehicle?

10         **A.   Not much.**

11         Q.   Were they -- did they blame you?

12         **A.   No.   It was just not really discussed.   It**

13   **was kind of like it was not that big of a deal.**

14         Q.   Okay.   Anybody else that you had talked to

15   about the shoving out of the vehicle incident?

16         **A.   Not that I'm aware of.**

17         Q.   Do you know what police agency or law

18   enforcement agency showed up to the picking up by the

19   throat and throwing you incident?

20         **A.   Lincoln County Sheriff's Department.**

21         Q.   Did you know any of the officers that

22   responded?

23         **A.   I did not.**

24         Q.   To your knowledge, is Lincoln County

25   Sheriff's Office the only agency that responded?

1          **A.     Yes, ma'am.**

2          Q.     What about emergency medical services?  Did

3     anyone respond?

4          **A.     No.**

5          Q.     No ambulance showed up that day?

6          **A.     No.**

7          Q.     Okay.  I asked you about instances of

8     physical and mental abuse by your spouses, but let me

9     expand that.  Have you ever been the victim of physical or

10    mental abuse other than the men you were married to or the

11    man you were married to?

12         **A.     Besides why we're here, no.**

13         Q.     Well, so I call that sexual abuse.  That's

14    what you have called it in your lawsuit.  So I'm talking

15    about only mental or physical abuse.

16         **A.     No.**

17         Q.     Excluding the allegations that you've made

18    in this lawsuit, have you ever been sexually abused?

19         **A.     No.**

20         Q.     By no one?

21         **A.     No.**

22         Q.     Okay.  Have you ever had any type of mental

23    health counseling or treatment?  And included in that

24    could be social worker, psychiatrist, psychologist,

25    anything of that nature.  Have you ever engaged in

1  counseling or therapeutic sessions?

2      **A.   No.  I saw my family doctor for anxiety**

3  **issues, but not counseling, no.**

4      Q.   What family doctor is that?

5      **A.   Doctor Sims.**

6      Q.   Two M's or one?

7      **A.   Not sure.  Don't remember, sorry.**

8      Q.   Male or female?

9      **A.   Male.**

10     Q.   First name?

11     **A.   Not sure.  It's in Stanford, Kentucky.**

12     **And Doctor Hendrickson in Danville.**

13     Q.   Spell Hendrickson, please.

14     **A.   H-E-N-D-R-I-C-K-S-O-N.**

15     Q.   First name?

16     **A.   I can't remember.**

17     Q.   Male or female?

18     **A.   Male.  It's Danville Family Physicians.**

19     Q.   During what period of time was Doctor Sims

20  your primary care physician?

21     **A.   2012 until 2016.  Actually, until 2017,**

22  **because I was seen by them with my last pregnancy before I**

23  **was shipped here.**

24     Q.   So they saw you, what, when you were at the

25  Lincoln County Jail?

1    A.    Yes, ma'am.

2    Q.    Do you recall the name of Dr. Sims'

3    practice or if it has a name?

4    A.    It does, but I don't know.  Bates, Miller &

5    Sims.

6    Q.    Do you know during what years or period of

7    time Danville Family Physicians or Doctor Hendrickson were

8    your primary care physicians?

9    A.    Up until 2012.  All my adult life.

10   Q.    You're going to make me do math?  You're

11   going to tell me when you became an adult?

12   A.    Say from -- just go 1998, approximately.

13   Q.    Okay.

14   A.    The only counseling I've ever experienced

15   was here in the SAP program.

16   Q.    Are you currently in the SAP program?

17   A.    No, ma'am.  I just graduated.

18   Q.    Congratulations.

19   A.    Thanks.

20   Q.    Not everybody gets there.

21   What type of anxiety issues did you seek

22   treatment from Doctor Sims with regard to?

23   A.    Nathan was in a car accident right before

24   he turned three.  And it was just a really bad thing.  And

25   after that, like I would not be able to breathe.  Like I

1    would just freak out anytime he was in a vehicle.  I know

2    that sounds weird.

3          Q.   No, it doesn't, actually.

4          A.   I just couldn't catch my breath.  Like I

5    didn't even know what it was for a few months.

6          Q.   Tell me about the car accident in which

7    Nathan was involved.

8          A.   He was with his grandmother in Stanford,

9    Kentucky.  A semi ran a red light, T-boned them.  And it

10   involved seven cars, but they were the one that was

11   actually hit by the semi truck.  So it was like a -- yeah.

12         Q.   And he was two years old?

13         A.   He was a month from being three, yes, he

14   was almost three.

15         Q.   What's the name of the grandmother?

16         A.   Connie Oaks.

17         Q.   O-A-K-S or O-C-H-S?

18         A.   O-A-K-S.

19         Q.   What were his injuries?

20         A.   A double mandible fracture.  And he had

21   blood on his brain.  They kept him sedated for about four

22   weeks.  But luckily he just needed a little hardware in

23   his face and that was it.

24         Q.   Okay.  Did he fully recover from that?

25         A.   Yes, ma'am.

1          Q.    Is that approximately 2006 when that

2   occurred?

3          **A.    Yes.**

4          Q.    See, I tried to do math for you.

5   Everybody, round of applause.

6          **A.    A lot of this stuff I haven't thought of in**

7   **a long time, so it's kind of hard for me.**

8          Q.    It's okay.  It's just fine.

9                And so -- I mean, that's understandable,

10  your two-year-old being in that type of a situation

11  causing you some anxiety.  So is that the only issue

12  that -- that's enough.  But is that the only issue for

13  which you sought treatment for anxiety with Doctor Sims?

14         **A.    Yes, that's -- I never had it until then.**

15         Q.    What type of treatment did Doctor Sims give

16  you for the anxiety?  I mean, there's several different

17  options.  One is medicine, of course.

18         **A.    Just medicine.**

19         Q.    Okay.  Didn't refer you for any type of

20  talk therapy or anything like that?

21         **A.    No.**

22         Q.    What pharmacy did you use -- well, just

23  tell me this.  In your adult life, what pharmacies have

24  you used?

25         **A.    Kroger in Danville.  Well, when I was 18,**

1  19, probably Kroger in Harrodsburg too.  But for the most

2  part, Danville.  Possibly CVS in Danville too.

3          Q.    Any other ones?

4          A.    I lived in Mount Sterling for a couple

5  years.  So -- but, I mean, I'm pretty healthy, so --

6  unless it was maybe an antibiotic or something.  I haven't

7  had to use the pharmacy that much.

8          Q.    If you used a pharmacy in Mount Sterling,

9  which one would it have been?

10          A.    I have no idea.  Assuming Kroger maybe.

11  It's been 12 years ago.

12          Q.    So in your adult life, you've used no other

13  pharmacies other than Kroger and maybe CVS.  Have you ever

14  used Wal-Mart or Walgreens?

15          A.    No, ma'am.

16          Q.    Sometimes they're small pharmacies near

17  where we live.  Were any of those small pharmacies?

18          A.    I think Danville had a Rite Aid at one

19  point.  This is my whole life history here.  I'm not

20  saying that I've never used another one, no.  But those

21  are the ones that I would have most likely used.

22          Q.    Okay.  During the period of time 2012 to

23  2017, did you see any other doctors other than Doctor

24  Sims?

25          A.    No.  Hendrickson.  I mean, Sims was my OB

 1   **doctor with my pregnancy with Mason. And -- but**

 2   **Hendrickson was my family doctor. So one of those two.**

 3   **Those were the only two.**

 4         Q.   Did you say Henderson or Hendrickson?

 5         **A.   Hendrickson.**

 6         Q.   Thank you.

 7         All right. So did I misunderstand you? I

 8   thought your family doctor from 1998, approximately, to

 9   2012 was Hendrickson and then you switched over to Sims in

10   2012. Did I just misunderstand you?

11         **A.   No. You just asked me what doctors had**

12   **seen me. I saw Sims for my pregnancy and my postpartum**

13   **care and maybe a time or two after that. But I eventually**

14   **went back to my family doctor. Sims was Mason's doctor.**

15   **But Hendrickson has always been my family doctor. He was**

16   **just my gynecologist and OB-GYN.**

17         Q.   Sims?

18         **A.   Yes.**

19         Q.   Any other doctors that you've seen besides

20   Sims and Hendrickson?

21         **A.   During those years, no.**

22         Q.   During your adulthood.

23         **A.   I've seen other OB-GYNs, yes.**

24         Q.   Okay. Who?

25         **A.   Doctor Alexander in Danville delivered**

1  **David.**

2        Q.   Is that who gave you your pre and postnatal

3  care?

4        **A.   Yes.**

5        Q.   Doctor Alexander a male or a female?

6        **A.   A male.**

7        Q.   Thank you.  Who else?

8        **A.   Doctor Ackerman in Lebanon delivered**

9  **Madison.**

10        Q.   And Ackerman also gave you pre and

11  postnatal care?

12        **A.   Yes.**

13        Q.   And Doctor Ackerman is a male or a female?

14        **A.   A male.**

15        Q.   Do you know either first names of Alexander

16  or Ackerman?

17        **A.   I do not.  Alexander is with the Danville**

18  **Women's -- whatever it's called.**

19        Q.   Okay.  What other doctors?

20        **A.   This is 20 years ago.  I don't know the**

21  **name of the doctor that I saw in Mount Sterling.  But I**

22  **drove to Lebanon from Mount Sterling for most of my**

23  **prenatal care with Nathan.  But right at the very end, I**

24  **went to the OB doctor in Mount Sterling, but I don't know**

25  **their names.**

1          Q.   Is it a practice or an individual?

2          **A.   It was probably a practice, I'm not sure.**

3    **Because he was delivered in Lexington.**

4          Q.   Which one was delivered in Lexington?

5          **A.   Nathan, in Mount Sterling.  I was**

6    **transported from Mount Sterling Hospital to Lexington**

7    **because of preterm labor.  And I do not remember the lady**

8    **that delivered him right off.**

9          Q.   Is it a lady?

10         **A.   It was a high-risk doctor at St. Joseph**

11   **East.  I don't know.**

12         Q.   Okay.  So are those the only doctors during

13   your adulthood that you can recall treating with?

14         **A.   An ear, nose and throat doctor, Doctor**

15   **Parell.  I mean, you're wanting every doctor I've ever**

16   **seen in my life, right?  Okay.**

17         Q.   Spell Parell, please.

18         **A.   P-E-R-R-E-L-L (sic).**

19         Q.   Okay.  Well, if you want to come talk to

20   me --

21         **A.   Performed a rhinoplasty.**

22         Q.   You'll come back and talk to me a second

23   time and we can do it again.  But let's just get it all on

24   here.

25         **A.   No, that's okay.  I'm just being clear**

1  **on --**

2        Q.    Uh-huh.

3        **A.    Okay.**

4        Q.    Okay.  Was the rhinoplasty for aesthetic

5  reasons or for medical reasons?

6        **A.    Medical.**

7        Q.    Okay.  And approximately what year was that

8  performed?

9        **A.    2004.**

10       Q.    All right.  What other doctors have you

11 seen?

12       **A.    No one.  I would have went back to**

13 **Danville -- to Hendrickson after Mount Sterling.  So...**

14       Q.    Okay.

15       **A.    That should be all.**

16       Q.    What hospitals have you been a patient in?

17 Yes, I'm talking about your entire adulthood.

18       **A.    Danville.  Ephriam McDowell in Danville.**

19       Q.    Okay.

20       **A.    Fort Logan in Stanford.  Spring View, I**

21 **think, in Lebanon.  St. Joseph East in Lexington.  And**

22 **then Norton Suburban in St. Matthews here.**

23       Q.    Yep.

24       **A.    Okay.  Yeah.  And the rhinoplasty, it was**

25 **at the Lexington Surgery Center.  So that's not a**

1    **hospital, I don't think.**

2        Q.   Is it an outpatient Surgery center I am

3    going to presume?

4        **A.   Yes.  Okay.**

5        Q.   All right.  During that period of time that

6    you were working at Solid Platinum, Camelot East and

7    Cowboys, did you work anywhere else?

8        **A.   Yes.  I had another serious boyfriend,**

9    **Rodney Finn, in Danville, which owned Finn's Kenpo**

10   **Karate --**

11       Q.   Please spell Finn.

12       **A.   F-I-N-N.**

13       Q.   Thank you.

14       **A.   -- where I also did some bookkeeping and**

15   **kind of like a fight promoter.  Just all different kinds**

16   **of stuff with that.**

17       Q.   Did you train in Kenpo?

18       **A.   No, I trained in Muay Thai and kickboxing.**

19   **I don't have the memory for the cottas.**

20       Q.   Kenpo is pretty intense.

21       **A.   Yes.  He did, though.**

22       Q.   Okay.  So did you earn any belts, or did

23   they do that in that discipline?

24       **A.   No.  They do, I just didn't compete.  I**

25   **just trained.**

1    Q.   How long did you train in that discipline?

2    **A.   Approximately two years.**

3    Q.   Okay.  Pretty good?

4    **A.   Maybe not now.**

5    Q.   Can you defend yourself based on that

6  training?

7    **A.   Yes, probably so.**

8    Q.   Okay.  All right.

9    **A.   Not as young as I once was.**

10    Q.   Well, don't talk to me about that, lady,

11  because I'm a lot older than you.

12         All right.  So that's the only place that

13  you can recall working during that period of time?

14    **A.   Yes.**

15    Q.   And after you finished working at the adult

16  entertainment industry, did you work anywhere after that?

17    **A.   Like I said, it was kind of a "if I had to"**

18  **thing, you know, over the years, I worked at another**

19  **factory, Timberland, in Danville.**

20    Q.   Timberland?

21    **A.   Yes.**

22    Q.   Thank you.

23         How long did you work there?

24    **A.   Only a few months.  It was just kind of a**

25  **seasonal thing.**

1          Q.   Was it through a temporary agency or

2   through the actual factory?

3          **A.   It was through a temp agency.**

4          Q.   Do you recall the name of the temp agency?

5          **A.   I do not.  They are kind of stationed there**

6   **at Timberland and Danville.  Staffmark maybe, I want to**

7   **say.  I don't know.**

8          Q.   So it's one of those temporary agencies

9   that all they do is staff that particular factory?

10         **A.   Yes.  Yes.**

11         Q.   Okay.  I gotcha.

12              So after -- I've got that you left the

13   adult entertainment industry in approximately 2008; is

14   that correct?

15         **A.   No.  Like I said, it's -- you know, I might**

16   **have went and worked a week out of a year.  Or it was just**

17   **kind of a "if I had to" kind of thing to fall back on.**

18         Q.   Sure.  It's nice to have something you know

19   you can fall back on and pick up a quick buck, right?

20         **A.   Yes.**

21         Q.   Okay.  When is the last time that you

22   worked as a dancer?

23         **A.   In 2016.**

24         Q.   And where did you work then?

25         **A.   Solid Platinum.  I also worked in Daytona,**

1 **Florida, at Lollipops.**

2       Q.  Was your stage name still Morgan?

3       **A.  Yes.**

4       Q.  During what period of time did you work at

5 Lollipops?

6       **A.  It was a seasonal during the Biketoberfest**

7 **and the bike week.  So February and October.**

8       Q.  How many times did you do that?  Or over

9 what period of years?

10       **A.  Over the years, I don't know, several**

11 **times.**

12       Q.  Okay.  So I have that you worked in some

13 capacity either regularly or sporadically as a dancer in

14 the adult entertainment industry from 2002 to 2016.

15       **A.  Yes.  Periodically.**

16       Q.  Yeah, sure.  And that's why I said

17 sometimes more than others, yeah.

18       What's Lollipops?  Is that full or partial

19 nudity?

20       **A.  It is partial.**

21       Q.  How partial?

22       **A.  They're a lot more strict than Kentucky.**

23 **You have to wear pasties on your nipples.  Never panties**

24 **off that I'm aware of.  Yeah.**

25       Q.  Is that a cash -- you got paid in cash

1 there too?

2         **A.   Yes.**

3         Q.   Any other adult entertainment jobs that we

4 haven't discussed today?

5         **A.   No, ma'am.**

6         Q.   I'm assuming that you did lap dances at all

7 those places?

8         **A.   Yes.**

9         Q.   Okay.  That's how you make the good money,

10 right?

11         **A.   Yeah.**

12         Q.   It wasn't an option to say, no, I'm not

13 doing lap dances?

14         **A.   No.**

15         Q.   Okay.

16         **A.   And my last and final job, Michael Hale**

17 **does floor covering -- he works in a factory, but he also**

18 **has like a small floor covering business.  So that's what**

19 **I did the last few years before my incarceration too.**

20         Q.   What did you do for that business?

21         **A.   Floor installation, tile and hardwood,**

22 **whatever.**

23         Q.   Other than Trim Masters, have you ever been

24 fired or involuntarily terminated from a job?

25         **A.   No.**

1          Q.   Have you ever applied for any type of

2     disability?

3          A.   No, ma'am.

4          Q.   Have you ever been determined by a medical

5     doctor that you are unable to work?

6          A.   No, ma'am.

7          Q.   You told me about some of the jails --

8     maybe all of them -- in which you've been incarcerated.

9          A.   Uh-huh.

10         Q.   Lincoln County, Marion County, here.  Have

11    you been incarcerated at any other correctional entities

12    or facilities other than the ones you've already told me

13    about?

14         A.   I was in Frankfort, whatever their jail is,

15    for a DUI.

16         Q.   Franklin County Regional Jail.

17         A.   Okay.  Yeah.  I wasn't like -- I just kind

18    of got booked in and then right out.  And then Lexington,

19    Fayette County, I assume, for a PI.  But I was just right

20    in and right out.

21         Q.   Okay.  Any other jails or prisons in which

22    you have been incarcerated or booked in?

23         A.   No.  Boyle, Lincoln, Marion, Fayette and

24    Frankfort.

25         Q.   And here, obviously?

1          A.    Yes, obviously.

2               MS. PETITT:  You watching my time?

3               MR. BENTLEY:  Yeah.  I got you at about 15

4     more minutes.  I'm going to ask you to take a break.

5               MS. PETITT:  Well, why don't we just go

6     ahead and take a break now, because I'm at a logical

7     stopping point.

8               (WHEREUPON A BRIEF RECESS WAS TAKEN AT THIS

9     TIME.)

10    BY MS. PETITT:

11         Q.    Dusti, before the deposition started, I

12    told you that I represent Tommy Pennington.

13         A.    Yes.

14         Q.    Do you remember that?

15         A.    Yes.

16         Q.    Okay.  Is this Tommy Pennington?  Do you

17    recognize him sitting next to me today?

18         A.    Yes.

19         Q.    Okay.  When did you first meet Tommy?

20         A.    Approximately the first week of January of

21    2017.

22         Q.    How did you meet him?

23         A.    He was transporting me from Marion County

24    Detention Center to Boyle County.

25         Q.    You didn't know him before that?

1    **A.    No, ma'am.**

2    Q.    Had you ever seen him -- well, at that

3    time, he was a deputy sheriff, correct?

4    **A.    Yes.**

5    Q.    Okay.  Had you ever seen him before when he

6    was transporting you that first week of January?

7    **A.    No.**

8    Q.    Not a court appearance or anything like

9    that?

10    **A.    Not that I'm aware of.**

11    Q.    Did you know his wife?

12    **A.    No.**

13    Q.    Do you know her name?

14    **A.    No, I do not.**

15    Q.    Did you ever report to a drug testing

16    facility to do periodic drug testing?

17    **A.    Yes.**

18    Q.    Which facility is that?

19    **A.    I don't recall the name of it.**

20    Q.    Was there more than one?

21    **A.    I don't think so.  I think it's the only**

22    **one -- or it was the only one in Danville.**

23    Q.    Okay.  And what charge was that related to?

24    **A.    These are the only charges I've ever had.**

25    **So the drug testing place that I'm referring to was**

1  **probably for social services.  And then --**

2  Q.  Things having to do with your kids?

3  **A.  Yes.**

4  Q.  What kinds of things having to do with your

5  kids would you have to report to the drug testing place

6  for?

7  **A.  When I was arrested in 2010, I reported to**

8  **Pretrial Services for drug screens when I was on bond**

9  **conditions.**

10  Q.  Okay.

11  **A.  And then also to this place for social**

12  **services.  It was just a case plan I had to work because**

13  **of the charges that I got.**

14  Q.  So you had to do that so you could keep

15  seeing your kids?  Is that what you're telling me?

16  **A.  Well, they were never taken from me.  It**

17  **was just a case plan that I had to work, I guess, to show**

18  **that I wasn't using drugs.**

19  Q.  And who developed that case plan?  Was that

20  in regard to a dependency negligent action, or was that

21  one of your criminal charges?

22  **A.  It stemmed from my criminal charges, I**

23  **assume, because it was a possession charge and DUI.**

24  Q.  Okay.  So is it your understanding that was

25  a court-imposed case plan?

Page 89

1       A.    Yes.

2       Q.    Fair enough.  Did you ever have discussions

3  with folks on how to falsify a urine drug screen?

4       A.    No.

5       Q.    No one?

6       A.    Not that I recall, no.

7       Q.    Other inmates or people that you met in

8  jail?

9       A.    I mean, there's common ways, I'm sure,

10  that -- but, no, I've never like had a conversation about

11  it, no.

12       Q.    You never tried to educate anybody on it is

13  what you're telling me?

14       A.    No.

15       Q.    What are the common ways?

16       A.    Well, there's stuff that you can drink.

17       Q.    Such as?

18       A.    Such as -- I don't know, just test-clean

19  stuff that you can buy at health food stores or head shops

20  or whatever.

21       Q.    Any other ways of cheating a drug test that

22  you know?

23       A.    Not that I'm aware of, no.

24       Q.    When you first met Tommy, was anyone else

25  present?

1          **A.    Yes.  The staff at Marion County Detention**

2    **Center.**

3          Q.    Do you recall who?

4          **A.    I do not.**

5          Q.    You said that when you first met Tommy in

6    the first week in January 2017 that he was transporting

7    you, correct?

8          **A.    Yes.**

9          Q.    To where was he transporting you?

10         **A.    To Boyle County Detention Center.**

11         Q.    Was anybody else transported with you?

12         **A.    Not the first time, no.**

13         Q.    And how long did you stay at Boyle County

14   Detention Center that first time that you met Tommy?

15         **A.    Approximately three or four days.  Two or**

16   **three, I don't -- honestly, I don't remember exactly.**

17         Q.    That's fine.

18         **A.    A couple days.**

19         Q.    A couple days, three or four days, that's

20   fine.

21               Who picked you up to bring you back to

22   Marion County?

23         **A.    Mr. Pennington.**

24         Q.    And when you were taken back to Marion

25   County Detention Center by Tommy, did anyone -- was there

1      anyone else who was transported with you?

2              **A.    We later picked up a male in Taylor County.**

3              Q.    Do you recall who that person was?

4              **A.    I don't know his name.**

5              Q.    Can you describe him for me?

6              **A.    Tall, dark hair and in a jumpsuit.  I don't**

7      **know the guy.**

8              Q.    Was he black?  Was he white?  Was he Asian?

9              **A.    No, he was white.**

10             MR. SMITH:  I'm sorry, white?

11             **A.    White.**

12             Q.    About how old?  About how old.

13             **A.    Maybe mid 30s.**

14             Q.    You didn't know him?

15             **A.    No.**

16             Q.    Did you ever subsequently learn who he was?

17             **A.    I possibly might have heard his name in the**

18     **car.  But, no, I didn't care to know him.**

19             Q.    Do you recall the name that you heard in

20     the car?

21             **A.    I do not.**

22             Q.    Thank you.  You said you picked him up in

23     Taylor County.  I'm assuming at the jail --

24             **A.    Yes.**

25             Q.    -- is that correct?

1          Was that the only other person that was in

2    the vehicle with you and Tommy on the trip back from --

3    that first trip back from Boyle County?

4          **A.    Yes.**

5          Q.    When Tommy first transported you that first

6    time to the Boyle County Detention Center, where did he

7    put you in the car?

8          **A.    In the back seat.**

9          Q.    So you're by yourself back there, right?

10          **A.    Yes.**

11          Q.    On the trip back, where did you ride?

12          **A.    In the back seat until Hustonville, and**

13   **then I was put in the front seat.**

14          Q.    That's when you picked up the male inmate?

15          **A.    No.**

16          Q.    Okay.  So you were in the back seat until

17   Hustonville, and then you were put in the front seat?

18          **A.    Yes.**

19          Q.    Tell me how that happened.

20          **A.    We stopped at the gas station in**

21   **Hustonville where he went in to buy soft drinks while I**

22   **was in the car running.  And when he returned, he pulled**

23   **to the side of the parking lot and asked, you won't do**

24   **anything stupid if I put you in the front, will you?**

25   **And --**

1        Q.   I'm sorry, what did you say?

2        **A.   He pulled to the side of the parking lot of**

3  **the gas station and asked if -- he said, you won't do**

4  **anything stupid if I put you in the front, will you?  And**

5  **I said, no.  When he got to the back door, he opened the**

6  **door and put me in the front in the car and buckled me in,**

7  **and we pulled out of the gas station.**

8        Q.   Okay.  Were you restrained in handcuffs

9  and/or foot shackles during one or both of these trips?

10       **A.   Handcuffs.**

11       Q.   Not leg shackles?

12       **A.   No.**

13       Q.   Handcuffed in the front or the back?

14       **A.   In the front.**

15       Q.   You got into the front seat of the vehicle

16  in Hustonville, you said?

17       **A.   Yes, ma'am.**

18       Q.   That was before you picked up the white

19  male in Taylor County?

20       **A.   Uh-huh, yes.**

21       Q.   How long before?

22       **A.   Approximately an hour, hour and a half.**

23       Q.   What type of conversations, if any, did you

24  have with Tommy during the first trip on the way to the

25  Boyle County Detention Center?

1      **A.    He asked me how I got myself into so much**

2   **trouble, because I had four felony warrants out of Boyle**

3   **County.  I explained that my marriage was the shits and I**

4   **had started using cocaine again, and I failed a drug test**

5   **with three months left of my pretrial diversion and --**

6   **yeah.  My diversion was being revoked.  He kind of**

7   **agreed -- when I said, my marriage is the shits, he goes,**

8   **oh, I know how that goes.  It was just a friendly**

9   **conversation, pretty much, about how, I guess, I got**

10  **myself in trouble, you know.  Because on paper, it looked**

11  **pretty bad.**

12      Q.    Okay.  So a friendly conversation on the

13  way there.  And then, I mean, I assume you recognized him

14  when he picked you up.  It was the same guy that brought

15  me here, right?

16      **A.    Yes.**

17      Q.    Okay.  And what type of conversations did

18  you have on the way back, that first trip?

19      **A.    Can you be more specific?**

20      Q.    No.  Do you recall what kind of

21  conversations you had, if any?

22      **A.    Well, it was probably a couple hours, so we**

23  **talked quite a bit.**

24      Q.    Do you recall anything that you talked

25  about?

1        A.   Yes.  When he turned right out of Boyle

2    County Detention Center to go towards the way that you

3    would go to Marion County, I asked him if he had anyone

4    else to pick up, and he said, yes, another person in

5    Taylor County.  And in jail, you don't get to see daylight

6    very much.  It was a sunny day.  I said, well, you should

7    let me ride with you.  And he said, well, I would but I

8    have to go through Marion County to get to Taylor County.

9    And I said, well, not if you go the back way.  And he then

10   did a U-turn and went towards Hustonville.

11       Q.   Okay.  So what I just heard you say -- and

12   I'm summarizing this, and you tell me if I'm wrong or

13   right, okay?

14       A.   Okay.

15       Q.   What I heard you say was, I'm in jail, it

16   was a pretty day, I wanted to stay out a little bit

17   longer --

18       A.   Yes, ma'am.

19       Q.   -- and I asked him if I could?

20       A.   Yes.

21       Q.   And you suggested that he take the long way

22   so you could see more daylight?

23       A.   Yes.

24       Q.   And he was nice and he did that?

25       A.   Yes.

1          Q.    Okay.  All right.  So he took the long way

2     to Taylor County --

3          **A.    Yes.**

4          Q.    -- so you could see more daylight.  And

5     what kind of conversations did you have on the way to

6     Taylor County?

7          **A.    Well, after this gas station, we were**

8     **going -- it's a two-lane highway, but it's kind of out in**

9     **the country.  He took his handcuff key out of his pocket**

10    **and said, let me see your hands.  And I held them up and**

11    **he uncuffed me and said, you're in control now.  I wasn't**

12    **quite sure what that meant, but beings that he was a man**

13    **and I was a girl, I kind of insinuated maybe he was**

14    **insinuating something sexual.**

15              **There had been a running joke out at Marion**

16    **County jail with an inmate for a few weeks.  And this is**

17    **embarrassing.**

18         Q.    I'm going to assure you that everyone in

19    this room has probably heard worse.

20         **A.    Well, it's still embarrassing.**

21              **So I said -- because I was unsure of what**

22    **he meant by you're in control now -- this is so**

23    **embarrassing.  I looked at him and said, I'll suck your**

24    **dick if you're cool with it.  I said, I'm just kidding**

25    **kind of.  I said, a girl in my cell has been saying that,**

1  but it was kind of like a -- I don't know, kind of feel

2  him out, see what that comment meant.  And he didn't

3  respond with any words.  He was smiling.  And I said,

4  well, find a back road.  I don't think he knew the area

5  well either, neither of us did.  So we pulled off on a

6  couple of little roads and turned around a time or two.

7  We finally found a little field to pull into where --

8  yeah.

9           So I think we were both kind of nervous.

10  And I really wasn't sure what was about to happen and I

11  don't think he was either.  We started kissing and

12  eventually his pants were undone.

13           Q.   Who undid his pants?

14           A.   He did.  And I performed oral sex on him.

15           Q.   Did he ejaculate in your mouth?

16           A.   Yes.

17           Q.   Okay.  Did you swallow that?

18           A.   I did not.

19           Q.   Okay.  What did you do?

20           A.   I opened my door and spit out -- it out of

21  the car.

22           Q.   Okay.  You said when he pulled in -- and

23  this is the first trip in January, first trip you had ever

24  taken with him?

25           A.   The first trip back, correct.  Not the

 1 | **first trip with him but the first trip back.**

 2 |     Q.   Right.  Okay.  And I guess I'm kind of

 3 | lumping in two and from as one trip and it's got two

 4 | parts.

 5 |     **A.   Okay.**

 6 |     Q.   Okay.  So the first week in January, this

 7 | is the second time that you've met Tommy.

 8 |     **A.   Yes.**

 9 |     Q.   You offered to perform oral sex on him?

10 |     **A.   Yes.**

11 |     Q.   Did he ever deny you?  Did he ever say no?

12 |     **A.   No.**

13 |     Q.   So you offered to perform oral sex on

14 | Tommy.  I am assuming that means you were a voluntary

15 | participant?

16 |     **A.   Yes.**

17 |     Q.   Did Tommy ever force you or use force

18 | during this trip back that first week in January?

19 |     **A.   No.**

20 |     Q.   You voluntarily performed oral sex on him?

21 |     **A.   Yes.**

22 |     Q.   So you said that you were kissing.  I'm

23 | assuming that means lips to lips?

24 |     **A.   Yes.**

25 |     Q.   During this incident where you performed

1    oral sex on Tommy, obviously his pants were removed to

2    some extent.  Were you naked at any point?

3            **A.    I was in a sports bra and my underwear.**

4            Q.    Okay.  So you had taken off your jail

5    clothes?

6            **A.    Yes.**

7            Q.    But the sports bra and underwear stayed on?

8            **A.    Yes.**

9            Q.    So after you performed oral sex and spit

10   the semen out the door, right --

11           **A.    Uh-huh.**

12           Q.    -- in the grass?

13           **A.    Uh-huh.**

14           Q.    Do you know where this was?

15           **A.    I do not.  I wasn't familiar with the area.**

16           Q.    Can you describe the area for me?

17           **A.    It was somewhere off the -- whatever the**

18   **road is from Casey County to Taylor County.  Like I said,**

19   **I don't know the area.  It was just a big open field that**

20   **we went down a little drive through an entrance -- the**

21   **fence had an entranceway.**

22           Q.    Yeah.

23           **A.    No.  I don't --**

24           Q.    Did you stay in the front seat while you

25   performed oral sex on him?

1    A.    Yes.

2    Q.    Didn't get in the back seat of the car at

3  any time during this return trip?

4    A.    No.

5    Q.    And so after you performed oral sex on

6  Tommy, then what happened, after you spit the stuff out

7  the door?

8    **A.    He stood up out of the car.  Got his shirt**

9  **tucked back in, pants back on.  Got back in the car and we**

10  **pulled out and commenced to Taylor County.**

11    Q.    Did you put your clothes back on?

12    **A.    Yes, I did.  While he was standing up**

13  **fixing hisself, I got dressed too.**

14    Q.    Did you get dressed outside the car or

15  inside the car?

16    **A.    Inside the car.**

17    Q.    Did you have your handcuffs put back on at

18  any point?

19    **A.    When we pulled into Taylor County jail.**

20    Q.    But not until then?

21    **A.    Right.**

22    Q.    Did you remain in the front seat once the

23  male inmate got in the car?

24    **A.    Yes, ma'am.**

25    Q.    Did you think there was anything wrong with

1    you being in the front while there was a male inmate in

2    the back seat?

3         **A.    No.**

4         Q.    Had you been transported either by a jail's

5    or sheriffs deputies before January of 2017?

6         **A.    Only in December.**

7         Q.    Of 2016?

8         **A.    Yes, ma'am.**

9         Q.    What agency transported you in December of

10   2016?

11        **A.    Boyle County Sheriff's Department.**

12        Q.    But not Tommy?

13        **A.    Right.**

14        Q.    How many times did Boyle County Sheriff's

15   Office transport you in December of '16?

16        **A.    One trip to Boyle and one trip back to**

17   **Marion.**

18        Q.    Do you know which deputy transported you?

19        **A.    Yes, ma'am.  Mr. Jim Gies.**

20        Q.    Okay.  Did you offer to perform any sexual

21   favors for Mr. Gies?

22        **A.    I did not.**

23        Q.    Why is that?

24        **A.    Well, I was treated as an inmate on that**

25   **trip, I guess.  And -- yeah.**

1    Q.   You didn't get the feeling that he would be
2  receptive to you offering to perform sexual acts on him?
3    **A.   Correct.  I don't just offer that to**
4  **anyone.**
5    Q.   So Tommy was being nice and you thought he
6  might be receptive?
7    **A.   Sure.  Yes.**
8    Q.   Okay.  I don't have a good -- I'm down in
9  that area not infrequently, but I don't have a good idea
10  of how long it takes to get from wherever you-all were
11  pulled off the side of the road to the Taylor County jail.
12  Do you know how long it took?
13    **A.   I'm going to guess maybe 30 to 45 minutes,**
14  **approximately.**
15    Q.   Okay.
16    **A.   Because I don't know exactly where we were**
17  **when we were pulled off.**
18    Q.   Did you have any additional conversations
19  with Tommy after the oral sex?
20    **A.   Yes.**
21    Q.   What did you all talk about?
22    **A.   He asked me, please don't tell anyone that**
23  **this happened.  Which he stated, you know, he couldn't**
24  **believe that it happened.  I couldn't either.  And I said**
25  **I wouldn't tell anyone.  I mean, I'm sure we talked about**

1    **other stuff but I don't -- nothing significant that I**

2    **remember.**

3          Q.   Did you continue talking, having

4    conversations when you picked the male inmate up in Taylor

5    County?

6          **A.   Probably not personal like we had.  But,**

7    **yeah, just casual with the guy, I'm sure.  Mr. Pennington**

8    **allowed us to smoke cigarettes.  So, you know, we passed a**

9    **cigarette back to the guy probably or a lighter or**

10   **whatever, yeah.**

11         Q.   Okay.  When's the next time that you saw

12   Tommy?

13         **A.   February.  Around about the first week of**

14   **February.**

15         Q.   So about a month later?

16         **A.   Yes.**

17         Q.   And what circumstances did you see him

18   then?

19         **A.   The same.  To be transported to Boyle**

20   **County for --**

21         Q.   So he picked you up at Marion County to

22   take you to Boyle County?

23         **A.   Yes, ma'am.**

24         Q.   Both of the jails?

25         **A.   Yes.**

1      Q.   Were you alone or did Tommy have anybody

2   else with him during the trip there?

3      **A.   When he picked me up, it was just him and**

4   **I.**

5      Q.   Okay.  At any point during the trip there,

6   did you have someone else with you?

7      **A.   Yes.**

8      Q.   Tell me what type of conversations you had

9   with Tommy during that trip there.

10      **A.   When we pulled out of the Marion County**

11   **Detention Center, he uncuffed me immediately at the stop**

12   **sign of the jail and asked me if I was ready to go for a**

13   **ride.  I said yes.  And we proceeded to go towards Pulaski**

14   **County, the back way kind of -- well, I don't know.  It**

15   **might be the only way from Lebanon.  I'm not familiar.**

16   **But we went through Columbia, I think.**

17      Q.   Did you object or tell -- did you object to

18   Mr. Pennington transporting you after the first week in

19   January?

20      **A.   I did not.**

21      Q.   Did you tell anyone at the Marion County

22   Detention Center or the Boyle County jail that you didn't

23   want to be transported by Tommy?

24      **A.   I did not.**

25      Q.   You did want to be transported by Tommy; is

1  that fair?

2          A.    Yes.

3          Q.    He let you have more freedom than others?

4          A.    Yes.

5          Q.    Thank you.  So when he came to pick you up

6  the first week of February at the Marion County Detention

7  Center, you didn't object to that, right?

8          A.    Right.

9          Q.    Did you have any more talks of a sexual

10  nature or did any sex acts occur during this trip to Boyle

11  County?

12          A.    Yes, ma'am.

13          Q.    Okay.  Tell me about that.

14          A.    We stopped at a gas station off the bypass

15  of Columbia, where he again left me in the car.  He went

16  in to get something to drink, I think.

17          Q.    Were you uncuffed and in the front seat

18  when he went into the gas station?

19          A.    Yes.

20          Q.    He didn't handcuff you back?

21          A.    No.

22          Q.    Okay.

23          A.    We, again, found -- turned on a side road

24  off the bypass and found a field that we pulled pretty far

25  off.

1        Q.    Let me stop you for a second.  Did he buy

2    you anything when he went into the gas station?

3        **A.    Just a soft drink.**

4        Q.    Did you ask him for it?

5        **A.    Yes.**

6        Q.    Told him what you wanted?

7        **A.    Yes.**

8        Q.    Was he letting you smoke?

9        **A.    Yes.**

10       Q.    How did this pulling off into the field

11   thing occur during the second trip?  Whose idea was it?

12       **A.    I think it was probably mutual.  I really**

13   **honestly don't remember the conversation of, let's go.**

14   **But we were holding hands up until this point.  I probably**

15   **I had kissed on his neck and -- yeah, up until --**

16       Q.    Okay.  So you left Marion County Detention

17   Center.  Is it fair to say you were voluntarily holding

18   hands with Tommy?

19       **A.    Yes.**

20       Q.    You were voluntarily kissing on his neck?

21       **A.    Yes.**

22       Q.    Any other types of physical affection or

23   acts of a sexual nature that you voluntarily did before

24   you got to the field?

25       **A.    That was -- he was driving, so that was --**

1  yeah, that was it.

2          Q.   Okay.  All right.  Once you -- was it the

3  same field?

4          A.   No.  It was -- I had no clue where we were

5  and I'm pretty sure he didn't either.  This time was dark

6  so -- yeah.

7          Q.   Was it dark because it was late at night or

8  early in the morning?

9          A.   No, it was late at night this time.

10          Q.   Approximately what time?

11          A.   He probably picked me up about 9:30-ish or

12  so, I'm not exactly sure.  But it was dark.

13          Q.   Well, it's winter, so it was good and dark?

14          A.   Yes.

15          Q.   All right.  About how long after the gas

16  station stop for a drink did you-all pull off into the

17  field?

18          A.   As soon as we pulled out of there, we

19  turned off on a side road.  And, again, we didn't know

20  that area, so it took us a place or two to -- I think we

21  pulled in a driveway and turned around, you know, the

22  driveway of a barn or something and saw lights maybe or --

23  I don't even know.  But we tried another spot, and

24  eventually we found another field that we pulled down in.

25  He turned around, turned off the lights, and we then had

1  **sex in the front seat.**

2       Q.   Okay.  And let me rewind just for a little

3  bit.  Because you said this a lot.  We weren't familiar

4  with the area and we were looking for a spot.  We pulled

5  in here.  Was it -- is it fair for me to assume from that

6  that it was a joint effort, you were both looking for a

7  place to pull off so you could have some sort of sex?

8       **A.   Yes.**

9       Q.   You were not objecting to that.  You

10  engaged voluntarily in that act?

11      **A.   Yes.**

12      Q.   Okay.  So you finally found a place and it

13  was dark.  And you said you had sex in the front seat of

14  the car?

15      **A.   Yes, ma'am.**

16      Q.   Okay.  Was that vaginal intercourse?

17      **A.   Yes.**

18      Q.   And you know what I mean by that?

19      **A.   Yes, ma'am.**

20      Q.   Tommy's penis penetrated your vagina?

21      **A.   Yes.  This is so embarrassing.**

22      Q.   Well, and I'm sorry.  It's being typed down

23  word for word.  So I have to make sure I'm clear.

24      **A.   Yeah.**

25      Q.   And I also apologize if I seem pretty

1   clinical about it.  I take depositions like this a lot.

2   Okay?

3            So what position did you-all use to achieve

4   this vaginal intercourse?

5            **A.   He was in his -- the driver's seat.  And so**

6   **missionary kind of.  It was kind of a hard thing to**

7   **accomplish, but I was on top of him.**

8            Q.   So my understanding of missionary, which is

9   what you just said, is usually the woman is lying down

10  flat and the man's on top of her.

11           **A.   Oh, no, I was -- sorry.**

12           Q.   Well, let's make sure we're talking about

13  the same thing.

14           **A.   I was on top of him, facing him.**

15           Q.   Okay.  So you're sitting on top of him?

16           **A.   Kind of, yeah.**

17           Q.   Was he still in the driver's seat?

18           **A.   Yes.**

19           Q.   Did he push the seat back?

20           **A.   Well, he's pretty tall.  It's probably back**

21  **as far as it goes.  Plus there was like a cage behind**

22  **there, so the seat didn't recline.  Like I said, it was**

23  **kind of a tough thing to...**

24           Q.   Yeah.  Yeah, I'm trying to picture the

25  mechanics of it.  Yeah, that would have been kind of

1  difficult.  Okay.  So --

2  **A.    This is so embarrassing.**

3  Q.    At what point of -- to the extent it makes

4  you feel better, I don't care.  You ask Aaron how many

5  times I ask questions like this in any given month.

6  What preceded the vaginal intercourse?  Was

7  there any other type of acts of a sexual nature?  Did you

8  perform oral sex on him before the vaginal intercourse?

9  Was there kissing?  Was there touching?

10  **A.    Yes, we were kissing and touching.  I**

11  **honestly don't recall if that specific time there was oral**

12  **on either part.  There was throughout, so it's possible**

13  **that it happened that time.**

14  Q.    Okay.  Okay.  What level of naked was

15  anybody during this?  Did anybody -- did you-all both get

16  all the way naked or --

17  **A.    I was completely naked.  He had his shirt**

18  **on probably pants just pulled down and -- yes.**

19  Q.    Okay.  At any point, did you represent to

20  Tommy that you were incapable of getting pregnant?

21  **A.    No.**

22  Q.    You never told him you'd had a tubal

23  ligation?

24  **A.    No.**

25  Q.    Do you know what that is?

1        **A.   Yes.**

2        Q.   What is it?

3        **A.   Your tubes tied or -- yeah.**

4        Q.   You never told him that you'd been burnt,

5 you couldn't have any more kids?

6        **A.   No.**

7        Q.   Okay.  And I am assuming, but please

8 correct me if I'm wrong, that this vaginal intercourse was

9 unprotected?

10       **A.   Yes.**

11       Q.   No condom was used?

12       **A.   No.**

13       Q.   Did he ejaculate inside your body or

14 afterwards -- outside your body?

15       **A.   Inside.**

16       Q.   Okay.  You were not on any type of

17 contraception at that point?

18       **A.   No.**

19       Q.   Were you fully aware at the time you

20 engaged in vaginal intercourse with Tommy in the first

21 week of February in 2017 that you could become pregnant?

22       **A.   Yes, but I wasn't aware that he would do**

23 **that inside of me.  It was kind of a heat of the moment**

24 **thing, I think, and -- yeah.**

25       Q.   I am not trying to be flippant, but you did

```
1   have four children before that.

2           A.    Yes.

3           Q.    So you knew how that happened?

4           A.    Yes.

5           Q.    Okay.  All right.  And you voluntarily had

6   vaginal intercourse?

7           A.    Yes, I did.

8           Q.    Okay.  And were you aware at that time that

9   a man doesn't have to ejaculate in you for you to get

10  pregnant?

11          A.    Yes.

12          Q.    Okay.  So you knew you could get pregnant

13  by having vaginal intercourse?

14          A.    Yes.

15          Q.    All right.  After vaginal intercourse

16  completed this first week of February, tell me what

17  happened next.

18          A.    Well, I got out of the car, popped a squat,

19  peed in a field.

20          Q.    Uh-huh, yeah, I've peed in a field.  I know

21  how you do it.  Yeah.

22          A.    I got my clothes back on.  He got hisself

23  back together, got his belt back on.  Which he did pull

24  down the visor, I guess, to look in the mirror, and there

25  was a condom there, kind of fell down in his lap.  And he
```

1    was like, oh, a little too late for that.

2              Q.   Did you ever ask him to use a condom?

3              A.   I did not.

4              Q.   Okay.  So everybody got theirselves back

5    together and then you-all went on down the road?

6              A.   Yes.

7              Q.   Did you pick up anybody else before you got

8    to Boyle County?

9              A.   Yes.

10             Q.   Who?

11             A.   Amanda Phillips, I believe, that time.

12             Q.   Where was she?

13             A.   Pulaski County.

14             Q.   Okay.  Did you know Ms. Phillips before

15   that day?

16             A.   No, I did not.

17             Q.   How is it you remember her name?

18             A.   She's actually here.

19             Q.   Okay.  So at what point did you recognize

20   this female that you picked up in Pulaski County was

21   Amanda Phillips?

22             A.   Well, I mean, I'd heard her name, you know,

23   that night when he asked for her.  And then we took her

24   back the next time.  So her name kind of stuck in my head.

25   But last summer when I was here pregnant and she got here,

1    **she looked familiar.  And I asked her, how do I know you?**

2    **And she said, you and that transporter guy picked me up in**

3    **Pulaski County.  And I was like, holy crap, okay.  Yeah.**

4         Q.   All right.  She's the only one that you-all

5    picked up on that trip to the Boyle County jail; is that

6    correct?

7         **A.   Yes, ma'am.**

8         Q.   Did she go to Boyle County jail with you,

9    or do you know she went somewhere else?

10        **A.   No, she went there.**

11        Q.   Okay.  Did you-all both have court

12   appearances in Boyle County?

13        **A.   Yes.**

14        Q.   How long did you stay in the Boyle County

15   jail that time?

16        **A.   A few days.  Like I said, I don't know**

17   **exactly every time.  I was there for at least two or three**

18   **nights.**

19        Q.   Okay.  And you didn't complain or tell

20   anybody at the Boyle County jail that you were having sex

21   with Tommy?

22        **A.   I did not.**

23        Q.   Okay.  And so I don't have to ask this

24   every single time, let's just be clear.  You never

25   complained or told anybody about having sex with Tommy

1  because you did that voluntarily, right?

2  **A.   I did.  It was, I thought, like kind of**

3  **more than sex.  It was -- I mean, I did know he was**

4  **married, but --**

5  Q.   You did not know he was married?

6  **A.   I did know he was married.**

7  Q.   Okay.

8  **A.   But he expressed concern for me and**

9  **interest in me, yeah, so I was very comfortable with him**

10  **and I trusted him.  And I feel like he probably did me**

11  **too.**

12  Q.   Okay.

13  **A.   So -- yeah.**

14  Q.   So that's why you didn't complain to

15  anybody.  It's like you had a boyfriend on the outside of

16  the jail?

17  **A.   Yes.**

18  Q.   Okay.  He never forced you to do anything,

19  and you enjoyed his company, and you enjoyed the sexual

20  encounters you had?

21  **A.   Yes.**

22  Q.   Okay.  Good, now I don't have to ask that

23  every singe time.  That makes things shorter.

24  **A.   Okay.**

25  Q.   Okay.  So is Tommy the transport officer

1  that came back to get you from Boyle County?

2          **A.    He was.**

3          Q.    Did anybody else accompany you on that trip

4  back?

5          **A.    No.**

6          Q.    Amanda did not go with you?

7          **A.    No.**

8          Q.    Did you-all have any sex on the return

9  trip?

10          **A.    We did.**

11          Q.    Okay.  What kind?

12          **A.    Well, before -- this trip was a little**

13  **different.**

14          Q.    Okay.

15          **A.    I had told a girl in Boyle County.  And**

16  **evidently a girl that was -- he had transported a day or**

17  **two before me, I'm not sure when, that was sleeping, I**

18  **thought, beside where I was talking to this girl overheard**

19  **the conversation.**

20          Q.    You got to tell me their names.  Why don't

21  you go ahead and tell me.

22          **A.    I don't know the lady that was sleeping.**

23  **It was somebody that he had transported from northern**

24  **Kentucky.  But the girl that I told was Crystal Stevens.**

25          Q.    What did you tell Crystal?

1          A.    That I had had sex with the guy that was

2    transporting me.

3               MR. SMITH:   This was in Boyle County?   I'm

4    sorry.

5          A.    Yes, sir.

6          Q.    Did you know Crystal from before?

7          A.    Just from jail.   Like I didn't know her,

8    know her.

9          Q.    Jail friend?

10          A.    Yeah.   Sometimes you meet people that

11    you're just kind of drawn to, you know.   She was just --

12    yeah.

13          Q.    And your understanding is the female that

14    you do not know her name that you thought she was

15    sleeping, Tommy had transported her a few days prior from

16    some jail in northern Kentucky?

17          A.    Yes.   To Boyle.   Between -- before he

18    picked me up, he took her back where she --

19          Q.    The northern Kentucky girl?

20          A.    Yes.   I want to say her name was maybe

21    Linda, but I'm not positive, so --

22          Q.    Do you know what jail he took her back to?

23          A.    I do not.   It was just northern Kentucky.

24          Q.    You were there, though?

25          A.    No, I did not -- no.

1          Q.    Tommy took her back, but you were on that

2    trip?

3          A.    No, I was not.

4          Q.    Okay.

5          A.    I was still at Boyle County.

6          Q.    Okay.

7          A.    But she evidently told him that she

8    overheard me telling Crystal that we had had sex.  So when

9    we pulled out of the jail -- first of all, when he put me

10   in the car, he wasn't very friendly.  He didn't say

11   anything.

12         Q.    On the return trip from Boyle County?

13         A.    Yes.

14         Q.    In February?

15         A.    Yes.  The other times, he immediately

16   uncuffed me once I got in the car.  This time he did not.

17         Q.    Put you in the front seat?

18         A.    He did.  And we turned onto 34, which is

19   like kind of a back way, not the normal way that you would

20   go from Boyle County Detention Center to Marion.

21         Q.    Okay.

22         A.    We went just kind of a back road, 34, where

23   he was driving really fast and he was pissed off.

24         Q.    Why do you think he was pissed off?

25         A.    He asked me why in the hell did I tell.

1   Which I -- my first response was, I didn't, because I was
2   scared at this point.  Like I said, every other time he
3   had uncuffed me.  This time he did not uncuff me.
4           Q.   Well, he said, why did you tell, and you
5   said you didn't.  But you did.
6           A.   Well, I'm not finished.
7           Q.   Okay.
8           A.   My first response was, I didn't tell.  And
9   he said, I just took so-and-so back.  She heard you saying
10  this, blah, blah, blah.  And I said -- because she said
11  that I told her.  I said, okay, I told my friend Crystal
12  but I did not tell this lady.  I thought she was asleep.
13  I did not mean for any -- you know, I didn't -- Crystal
14  promised she wasn't going to tell.  And I trusted her that
15  she wouldn't tell, which she hasn't, to my knowledge.
16          Q.   So the question he asked you was, why did
17  you tell Linda or whoever?
18          A.   Yes.
19          Q.   And you said, I didn't tell Linda?
20          A.   Yes.
21          Q.   Okay.
22          A.   But I did say, oh, my gosh, I'm sorry.
23  Like I told Crystal and -- she was asleep, her mat was
24  beside Crystal's, and she must have not been asleep and
25  overheard it.  Which I said, I'm sorry, you know.  Which

1 he was freaking out.  I was like -- you know, I didn't

2 know what to do at this point.  He said, well, would you

3 be willing to take a pregnancy test?  And I said, yes.

4               So when we got to the end of 34 where it

5 meets 68, there's a little -- it's called Union Cemetery

6 Road.  It's between Perryville and Gravel Switch there.

7 There's a little pull-off right as soon as you turn onto

8 the little road.  Which he then uncuffed me.  He opened

9 his dash.  Behind the dash, like if you open the dash, the

10 dash pocket, you know, there's a little bitty crack behind

11 it.  There was a pregnancy test box back there, which he

12 tried to get out, he couldn't.  So my hand is smaller, I

13 got it out.  I open the pregnancy test, got out of the

14 car, peed on the stick.  It said negative.  I showed him.

15 And we started kissing and had sex again.

16          Q.   Vaginal sex?

17          A.   Yes, in the driver's seat.  I'm pretty

18 positive we both performed oral sex on each other before

19 we had sex.

20          Q.   Okay.

21          A.   Afterwards we got dressed and -- which we

22 were only 10, 15 minutes from Marion County Detention

23 Center this time.  So I assured him that I wouldn't tell

24 anyone else and that if anybody asks, I would say it

25 wasn't true.

1      Q.    Did you ever tell anyone else?

2      **A.    Yes, later.**

3      Q.    Okay.

4      **A.    But at this point, no one else except for**

5  **Crystal and then the lady that overheard.**

6      Q.    Okay.  And the second time, did you ask him

7  to use any form of protection?

8      **A.    I did not.**

9      Q.    So it was unprotected vaginal sex the first

10  week in February?

11      **A.    Yes.**

12      Q.    How many times all told did you have

13  unprotected vaginal sex with Tommy?

14      **A.    Six.**

15      Q.    So we already talked about two.

16      **A.    Uh-huh, yes.**

17      Q.    When did you find out that you were being

18  sentenced to ten years?

19      **A.    My pretrial diversion that I was on from --**

20  **that started in two -- well, I got put on the diversion**

21  **February of 2011.**

22      MR. BENTLEY:  The question is, when did you

23  find out you were getting sentenced to ten years?

24      **A.    Well, I had nine years pending over my head**

25  **for the six years prior.  I didn't know that I was getting**

1    **my ten years until the day I was final sentenced.**

2    Q.   When was that?

3    **A.   April the 4th of 2017.**

4    Q.   At some point before that, did you have

5    reason to know you were going to be sentenced to the ten

6    years?

7    **A.   I was going through a revocation, so it was**

8    **possible.  But, no, I didn't know.**

9    Q.   Okay.  All right.  Did you have vaginal

10   intercourse with Tommy every time that he transported you

11   after that first time in February?

12   **A.   After the first time in January --**

13   Q.   Well, the first time in January, you told

14   me you only performed oral sex on him.  So my question is

15   specifically with regard --

16   **A.   Oh, yes.**

17   Q.   -- to vaginal intercourse.  So in February

18   of 2017, during that trip to and from --

19   **A.   Yes.**

20   Q.   -- you had vaginal intercourse twice?

21   **A.   Yes.**

22   Q.   And so all told, you had it about six

23   times?

24   **A.   Five, sorry.**

25   Q.   Five times?

1          A.    First time was just oral, yes.

2          Q.    Okay.  So is that a firm number?  You know

3   that you had vaginal intercourse exactly five times?

4          A.    Yes.

5          Q.    Okay.  So after the two times in February,

6   when did you -- tell me when you had the next three

7   vaginal intercourses with Tommy.

8          A.    March, there and back.  And to Boyle in

9   April.

10          Q.    Why didn't you have it on the way back in

11   April?

12          A.    Because he didn't transport me.

13          Q.    When's the last time you saw Tommy

14   Pennington until today?

15          A.    The last trip he transported me to Boyle

16   County.

17          Q.    Did you ever have Tommy's cellphone number?

18          A.    I did.

19          Q.    When did you get that?

20          A.    I'm pretty positive the first -- when we

21   picked Amanda Phillips up on the way from Pulaski County

22   to Boyle County.

23          Q.    And how often did you call -- I assume you

24   called Tommy on his cellphone?

25          A.    I did.

1          Q.    How often did you do that?

2          **A.    While I was in county jail, I called him, I**

3   **don't know, a handful of times just to ask what day he was**

4   **coming to transport me.**

5          Q.    Did you ever call him without using your

6   pin number and your account?

7          **A.    I did.**

8          Q.    How did you manage to do that?

9          **A.    I had someone else call from theirs.**

10         Q.    Did you ever use just a phone out in the

11  jail where you didn't have to put any pin number in, like

12  at the booking desk or somewhere like that?

13         **A.    Not that I'm aware of.**

14         Q.    If there is going to be evidence that shows

15  that you did, would you disagree?

16         **A.    No, I would not.  It's possible.  But like**

17  **I said, I don't recall but, I mean, I could have.**

18         Q.    During the period of time that you were

19  incarcerated before you came here, so December of 2016

20  through whatever -- June -- August --

21         **A.    June.**

22         Q.    -- of 2017?

23         **A.    Yes.**

24         Q.    June, okay.  Did you have vaginal

25  intercourse with anyone else?

1    A.    I did not.

2    Q.    I remember that you said the way the oral

3 sex happened in January was you said, I'll suck your dick

4 if you're cool with it.

5    A.    Yes.

6    Q.    Are those the exact words you used?

7    A.    Yes.

8    Q.    You ever said those words to anyone else?

9    A.    No.  Like I said, it was kind of a -- I

10 know it's not too funny in here.  It's kind of an ongoing

11 joke this girl in our cell has been saying.  So we were

12 all kind of just going around saying, suck your dick if

13 you're cool with it.  It was just kind of a -- no, that's

14 not something that I commonly said.

15    Q.    There was a girl in your cell at Marion

16 County that would say that phrase?

17    A.    Yes.

18    Q.    That exact phrase?

19    A.    Yes.

20    Q.    Who did she say it to?

21    A.    Everyone, anyone coming and going.

22    Q.    I assume she didn't say --

23    A.    It was just kind of a joking manner.

24    Q.    I assume she didn't say it to your cell

25 mates because they don't have penises?

1          **A.    No, it was --**

2          Q.    Okay.  Or they're not supposed to.

3          **A.    There was another word she used to the**

4     **girls.**

5          Q.    Okay.  So what did she say to the girls?

6          **A.    Eat that pussy if you're cool with it.**

7     **Like I said, it's not funny in here.  So embarrassing.**

8          Q.    It is a little bit funny, just for the

9     record.

10         **A.    Well, right now it doesn't feel funny.**

11         Q.    It might not be funny for you.

12         **A.    It was funny at the time.**

13         Q.    I can picture somebody saying that.  I am

14    going to make an assumption based on what you told me,

15    that this cellmate said this to male jail employees?

16         **A.    Yes.**

17         Q.    Because I assume they're the only ones with

18    penises that she could say that to?

19         **A.    Yes.**

20         Q.    Okay.  Do you recall specifically which

21    deputy jailers at the Marion County Detention Center she

22    said that to?

23         **A.    I do not.  It was usually when they were**

24    **like walking out of the hallway or -- you know, it wasn't**

25    **like she just walked right up, because obviously she could**

1   have probably got in trouble for that.  But it was just a

2   running joke.  Obviously she had said this to somebody on

3   the streets, and when she got in there, you know, was

4   talking about it and we thought it was funny.  So it was

5   like a -- yeah.

6         Q.    What's her name?

7         A.    Patricia McNear.

8         Q.    Spell the last name, please.

9         A.    I don't know how to spell her last name.

10        Q.    Do you know where she's from?

11        A.    Lebanon.

12        Q.    Do you know if she went by any other names?

13        A.    I don't know.

14        Q.    Do you know a lady named Vicki Latham?

15        A.    Vicki Lanham?

16        Q.    Lanham.  Thank you.

17        A.    I do.

18        Q.    Okay.  How do you know her?

19        A.    She was in my cell for months in Marion

20   County.

21        Q.    Did you ever say that phrase to anybody

22   other than Tommy Pennington, I'll suck your dick if you're

23   cool with it?

24        A.    Probably in my cell.  You know, like I

25   said, it was a running joke.  We had just been joking.

1  **But as a serious gesture, no.**

2       Q.   So you never said that to deputy jailers,

3  male deputy jailers in Marion County Detention Center?

4       **A.   No.**

5       Q.   Never?

6       **A.   Never.**

7       Q.   If there's testimony that you did, that

8  person would be lying?

9       **A.   Yes.**

10       MR. BENTLEY:  Carol, I just want to maybe

11  call Kentuckiana and tell them that we're not going to be

12  there at 2:00.

13       MS. PETITT:  Oh.

14       MR. BENTLEY:  It just occurred to me that

15  they don't know.

16       (WHEREUPON A BRIEF RECESS WAS TAKEN AT THIS

17  TIME.)

18  BY MS. PETITT:

19       Q.   You've been convicted of attempting to

20  escape from jail, correct?

21       **A.   A disciplinary write-up, yes.**

22       Q.   Okay.  Tell me about that.

23       **A.   Four days before I had my baby, I was**

24  **transported to the hospital, because the nurses had hooked**

25  **me to monitors, said I was in labor.  As I was being**

1    transported, the officer that was transporting me, I asked

2    her in conversation where is KSR located.  I explained to

3    her that I was unfamiliar with the area that I'm at

4    besides -- I knew I was close to Louisville.  And that

5    when I was brought here from Lincoln County jail, the

6    officer that was transporting us got lost and we came in

7    on LaGrange Road.  So I assumed LaGrange prison would be

8    close.  She then explained to me that there was one piece

9    of property with three men's prisons but that it was about

10   45 minutes from here.  Like I said, to me, it was just a

11   casual kind of conversation.  I was a little nervous

12   thinking I'm going to have a baby.

13              We got to the hospital.  I was there for

14   approximately an hour, hour and a half.  My contractions

15   weren't normal, so they sent me back.  Okay.  Let me back

16   up.

17        Q.   The disciplinary write-up was because of

18   that incident.  Is that what you're talking about?

19        A.   Yes, but I did not attempt to escape.

20   Evidently I asked too many questions.  And 12 days after

21   the trip, I was wrote up for this, which was escape.  I

22   was convicted of it January -- or December 20th.  I wasn't

23   even aware I had the write-up for approximately five weeks

24   until I was called to operations where they read it to me

25   and convicted me of it.

1         Q.   Have you ever made plans to escape --

2         **A.   No, I have not.**

3         Q.   -- from a jail or a prison? Can you please

4 let me finish for Melissa's sake? You have never made

5 plans to escape from a jail or a prison?

6         **A.   No.**

7         Q.   Do you know Michael Padgett?

8         **A.   I do.**

9         Q.   Did you make plans with him to escape from

10 jail?

11         **A.   I did not.**

12         Q.   You did not. Did you make plans to use

13 your sexual relationship with Tommy to escape from jail?

14         **A.   I did not.**

15         Q.   Do you have any reason to know why

16 Mr. Padgett would think you did?

17         **A.   I do not.**

18         Q.   You never told anybody about those plans?

19         **A.   I didn't have those plans.**

20         Q.   Okay. Did you ever have sex with Michael

21 Padgett?

22         **A.   I have not.**

23         Q.   Did you ever offer to?

24         **A.   I was attracted to him. It might have been**

25 **in a conversation, but I don't know the exact**

1   conversations we had.

2          Q.    Okay.  Did you tell him that you wanted to

3   have sex with him?

4          A.    Possibly.

5          Q.    Do you ever tell him that you loved him?

6          A.    I loved him as a person, not as --

7   probably, yes.

8          Q.    Did you ever tell -- well, let me clarify

9   this.  Did you ever tell him you loved him because of a

10  sexual attraction or more than a friend?

11         A.    Well, I don't think -- I probably didn't

12  define it when I said, I love you, no.

13         Q.    I'm not asking if you defined it to him.

14         A.    No.

15         Q.    I'm asking how you meant it.

16         A.    I already answered that.  As a friend I

17  loved him.  I cared about him as a person, yes.

18         Q.    You were not sexually attracted to him?

19         A.    I was sexually attracted to him.  I already

20  said that.  Yes.

21         Q.    Did you ever have any type of romantic

22  relationship with him?

23         A.    No.  I've been incarcerated since I met

24  him.

25         Q.    And where did you meet him?

Page 132

1          A.    Marion County Detention Center.

2          Q.    Is that the first time you met him?

3          A.    Yes, ma'am.

4          Q.    How did you get to know him in Marion

5     County Detention Center?

6          A.    Every time we went to court, we rode the

7     same because bus, van, whatever it was, that took us to

8     court every time.  I didn't know him, know him, until he

9     was released we had several phone conversation.

10         Q.    Uh-huh.  And just so I'm clear.  From the

11    time you were incarcerated in December of 2016 until --

12    well, let's just say the present date, you have not

13    offered to engage in any type of sex with anyone other

14    than Tommy Pennington?

15         A.    I've never said that.  I have, yes.

16         Q.    Okay.  Well, tell me about that, please.

17         A.    Well, can you be more specific?  Like --

18         Q.    Who have you offered to have sex with or

19    any type of sexual contact with other than Tommy

20    Pennington since December of 2016?

21         A.    A couple people.  My ex-husband, for one.

22         Q.    Which one?

23         A.    Michael Hale.  Another friend or two that I

24    have.

25         Q.    Who?

1        **A.    Kevin Fister.  Teddy Mills.**

2        Q.    Okay.  Anyone else?

3        **A.    Possibly, but not that I can think of right**

4  **now, no.**

5        Q.    Okay.  And since December of 2016, is Tommy

6  Pennington the only individual with whom you have had any

7  type of sexual contact?

8        **A.    Yes, ma'am.**

9        Q.    Male or female?

10       **A.    Yes, ma'am.**

11       Q.    So you did not plan any of the sexual

12  encounters with Tommy so that you could escape; is that

13  what you're telling me?

14       **A.    No.  Yes, ma'am.**

15       Q.    Did you plan them so you could sue him for

16  money?

17       **A.    No, I didn't plan them at all.**

18       Q.    Did you ever save your underwear after your

19  sexual encounters with Tommy Pennington?

20       **A.    Save them?  The last trip when we had sex**

21  **the very last time --**

22       Q.    Yeah.

23       **A.    -- at Boyle County, my laundry wasn't done**

24  **there.  I was then transported back to Marion County --**

25       Q.    Yeah.

1          A.    -- on a Wednesday, I believe.  My

2     laundry -- that was Monday.  My laundry wasn't washed.  I

3     found out I was pregnant on that Saturday night.  So the

4     underwear that I had on that day, yes, I didn't send them

5     to laundry.

6          Q.    Why did you think Tommy didn't come back to

7     pick you up that last time?

8          A.    Well, Derek Robbins said that him and

9     whoever the other guy that was with him had a meeting at

10    Marion County Detention Center and that they were just

11    going to take me back as they went to the meeting.  And

12    they actually weren't sure where the jail was, so they had

13    me direct them there.

14         Q.    Uh-huh.

15         A.    But I wasn't sure why.

16         Q.    Okay.  Do you think Tommy was mad at you?

17         A.    No.

18         Q.    Did you think you were in trouble?

19         A.    No.  I honestly thought he was just kind of

20    pulling a bitch move and not going to say bye.  That was

21    my last trip, and that's what I honestly thought.

22         Q.    Is that what you still think?

23         A.    No.  No.

24         Q.    When's the first time that you told anybody

25    about the sexual encounters with Tommy other than Crystal

1    Stevens?

2           A.    Well, I told two other inmates in Marion

3    County.

4           Q.    Okay.  Who?

5           A.    Dana Staley and Vicki Lanham.

6           Q.    Do you know somebody named Dana Collins?

7           A.    I do not.

8           Q.    Okay.  This Dana, was she ever pregnant and

9    obtained some sort of early release because of that?

10          A.    No.  She was in there the whole entire time

11   with me.  There was lots of girls in and out of Marion

12   County.  So whoever Dana Collins is -- I'm not saying I

13   never seen her before, but I don't remember anyone named

14   Dana Collins.

15          Q.    Did you make plans to become pregnant while

16   you were incarcerated because you thought you would get

17   out of prison or jail earlier?

18          A.    Absolutely not.

19          Q.    Did you keep your undergarments after the

20   sexual encounters -- and by that, I mean sexual

21   intercourse -- with Tommy for purposes of evidence?

22          A.    Like I said, after I found out I was

23   pregnant, I did keep those panties, because I thought

24   nobody's ever going to believe this.  So, yes, I did.

25          Q.    So you retained those panties because you

1   thought they had Tommy's DNA material on them, correct?

2       **A.    Yes.**

3       Q.   Did you ever give them to anyone?

4       **A.    Months later, yes, I did.  I gave them to**

5   **the state police from Lincoln County Detention Center.**

6       Q.   Did you keep those panties that you thought

7   had Tommy's DNA on them because you had intentions of

8   making allegations of rape against him?

9       **A.    I learned I was pregnant, which had to be**

10  **by Tommy Pennington.  I knew that his DNA would be on**

11  **them.  And I thought that it would be best if I kept them**

12  **to prove that that's who I had had sex with, yes.**

13      Q.   You didn't think your baby was going to

14  prove that?

15      **A.    Well, miscarriages happen, things happen.**

16  **So like I told you earlier, my major was criminal justice,**

17  **so I'm not an idiot.  I kept them because I knew that that**

18  **was my proof that this is who I pregnant by, yes.**

19      Q.   Why did you need proof of who you were

20  pregnant by?

21      **A.    Because I had been incarcerated for six**

22  **months and I'm now pregnant.**

23      Q.   Why did it matter who it was?

24      **A.    Well, there were no females in my cell.  So**

25  **unless -- what do you mean why would it matter?  It**

1  **matters a lot.**

2        Q.   So here's why lawyers think -- people think

3  lawyers ask stupid questions sometimes.  I don't

4  understand why you thought it was important, and this is

5  why I'm asking you that question.  Because I can assume

6  why you thought it was important.  But unless I actually

7  ask you, I don't know.

8             So why is it that you thought it was

9  important to prove who the father was?

10       **A.   Like I said, when I found out I was**

11  **pregnant, I thought to myself, well, no one's going to**

12  **believe that I'm pregnant by this guy that's transporting**

13  **me to and from court, so maybe I should hang on to these**

14  **panties with the proof just in case something were to**

15  **happen during this pregnancy.**

16       Q.   Okay.  So that's why you held on to them?

17       **A.   Yes.**

18       Q.   Because you felt it was important to prove

19  that Tommy Pennington was the one that was the father of

20  your child?

21       **A.   At that point in time, that was my**

22  **thinking, yes.**

23       Q.   At some point in time, did it change?

24       **A.   No.  Like I said, I wasn't positive that**

25  **this pregnancy was going to go full term.  You know,**

1  things can happen.  So once this came out, you know, and I
2  said that I've had sex with this guy, yes, that's -- I
3  thought that would be an important thing to have.

4        Q.   Why did you tell or -- when did you tell
5  the two other -- your two other cellmates, Dana and Vicki,
6  that you had had sex with Tommy Pennington?

7        A.   Probably the trip back, February.  When I
8  got back in February.

9        Q.   Okay.  So you told them before you found
10  out you were pregnant?

11        A.   Yes.

12        Q.   And what was your motivation for telling
13  them?

14        A.   Like I said earlier, I felt like there were
15  some kind of feelings there.  They were the closest people
16  around me.  You know, that's who I was with 24 hours a day
17  for months.  And the -- Crystal, you know, she knew, and
18  the other lady already knew that I had told.  So I now
19  felt like I could tell someone, I guess.

20        Q.   Okay.  And here's where I'm going to draw
21  an assumption again.

22        A.   Okay.

23        Q.   You said you felt like there was something
24  there, so you wanted to tell somebody.  What I hear you
25  saying -- and believe it or not, I understand what love

1    is.  So -- I knew he'd find that one funny.  What I heard

2    you say was, I was excited I had feelings for someone.  I

3    felt like he had feelings for me.  I wanted to tell

4    somebody about it.

5    **A.    Yes.**

6    Q.    Okay.  So that's why you told the folks you

7    were in a cell with?

8    **A.    Yes.**

9    Q.    All right.  Fair enough.

10    Did you ever make a statement to one of

11    your cellmates to the effect of -- referring to Tommy --

12    he's married and he's probably going to lose his family

13    and his kids and his job, you can't help it, you have to

14    do something for yourself.

15    **A.    Maybe after I found out I was pregnant.**

16    **Like I said, earlier, he asked me not to tell.  I told him**

17    **I wasn't going to tell.  Even when I found out I was**

18    **pregnant, I did not want to tell.  I'm sorry.**

19    Q.    That's okay.

20    **A.    Knowing that he's married, has children,**

21    **like my goal wasn't to ruin his life, you know.  I might**

22    **have said something to that extent, you know.  At that**

23    **point that I found out I was pregnant, like, okay, now, I**

24    **am pregnant with a child and I'm on my way to prison, you**

25    **know.  So I tried to call him for months, actually, and no**

1  **answer.  I actually didn't contact Mr. Bentley until I was**
2  **about six months pregnant in hopes that, you know,**
3  **something -- I didn't know what I was going to do with**
4  **this baby.  So, yes, I probably did make the statement**
5  **about he's married and has children.  And I'm a very**
6  **big-hearted person and I would never want to cause**
7  **problems in anyone's life or especially, you know,**
8  **children and -- yeah, so possibly.**
9       Q.   Okay.  All right.  Did you ever tell
10  anybody that you left a hair tie -- I notice you got
11  elastic hair bands around your wrist.  Did you ever tell
12  anybody that you left a hair band at the scene of where
13  you-all had sex so you could prove you were there?
14       **A.   I left my shoe on accident on one of the**
15  **trips, and we went back to get my shoe.  And, yes, I did**
16  **leave a hair tie.**
17       Q.   My question was -- yeah.  So -- okay.  So
18  you left a hair band or tie there?
19       **A.   Yes.**
20       Q.   Did you ever tell anyone you did that for
21  evidentiary purposes so you could prove you were there?
22       **A.   No.  That wasn't the reason that I did it.**
23  **But I did, after the fact of finding out I was pregnant,**
24  **probably tell somebody that, hey, my shoe was there, we**
25  **went back to get my shoe and I dropped my hair tie, yes.**

1       Q.   Okay.

2               MS. PETITT:   Well, I'm -- are you-all going

3       to have any questions?

4               MS. ZELLEN:   I have a few.

5               MS. PETITT:   Okay.   I'm going to go ahead

6       and let these other attorneys ask their questions, and I

7       know I'm going to have probably a few more.   But let's

8       keep it moving.


10              *               *               *

11

12                        CROSS-EXAMINATION

13      BY MS. ZELLEN:

14

15      Q.   Ms. Hale, my name is Lynn Zellen, and I

16      present Boyle County and Boyle County Sheriff Derek

17      Robbins.   We didn't have a chance to meet before.   I

18      apologize for that.   And I do have a few questions for you

19      that -- and I apologize if I go back over something.

20      There may just be something I missed, I'm not sure they've

21      already been covered.

22              I believe you testified earlier that you

23      never complained to anyone about the fact that you had had

24      sex with Mr. Pennington; is that right?

25      **A.   Yes.**

1          Q.    And you had agreed with him that you would
2     not tell anyone.  But you did tell Crystal, Linda
3     overheard it, and you told Dana and Vicki; is that right?
4          **A.    Yes.**
5          Q.    Did you ever tell -- prior to finding out
6     that you were pregnant, did you ever tell anyone else
7     other than those three women plus the one who overheard?
8          **A.    No.  No one with authority, no.**
9          Q.    So you never told anybody at either
10    detention center, Marion County or Boyle County?
11         **A.    No, ma'am.**
12         Q.    And never told anyone else with the Boyle
13    County Sheriff's Office; is that right?
14         **A.    Right.**
15         Q.    You said on your last return trip from
16    Boyle County to Marion County that Sheriff Robbins and
17    someone else transported you; is that right?
18         **A.    Yes.**
19         Q.    Do you know who the other person was in the
20    vehicle with Sheriff Robbins?
21         **A.    I do not.  I'd never seen him before.**
22    **There was also a dog, so it -- I don't know.  In the back**
23    **with me.**
24         Q.    Did you tell Sheriff Robbins at that point
25    that you had had a sexual relationship with

1   Mr. Pennington?

2           **A.    I did not.**

3           Q.    Do you have any reason to believe that

4   Sheriff Robbins knew about your relationship with

5   Mr. Pennington prior to that date?

6           **A.    Not at that time.**

7           Q.    Do you have any reason to believe now that

8   he knew prior to that day about your relationship with

9   Mr. Pennington?

10          **A.    After finding out I was pregnant -- which,**

11  **as I said before, they stated they were going to Marion**

12  **County for a meeting.  I later learned that, I guess, in**

13  **the meantime from him dropping me off to them picking me**

14  **up, someone had told and that the meeting was actually**

15  **about this.  But at the time that he picked me up, no, I**

16  **didn't know.**

17          Q.    So you learned that someone had told --

18  between the time that Mr. Pennington transported you from

19  Marion County to Boyle County and the time that Sheriff

20  Robbins transported you back from Boyle County to Marion

21  County, somebody had told?

22          **A.    Yes, but I didn't find that out until I was**

23  **back in Marion County.**

24          Q.    Okay.  Do you have any reason to believe --

25  as we sit here today, any reason to believe that Sheriff

1 Robbins knew about your relationship with Mr. Pennington

2 prior to the time Mr. Pennington transported you from

3 Marion County to Boyle County?

4      **A.   Well, I would suspect that city, county**

5 **state officials would be trained in detecting this kind of**

6 **stuff.  It was taking hours from -- to get from one place**

7 **to the other.  I was picked up at odd hours.  One time I**

8 **think I was picked up at 2:30 in the morning.  I don't**

9 **know for certain that they knew.  But to me, it would be**

10 **kind of suspicious, you know, the time it was taking from**

11 **one place to the other, yeah.**

12      Q.   Do you know if Sheriff Robbins knew at that

13 point how long it was taking for those transports or what

14 time they were occurring?

15      **A.   Well, from my knowledge on the transport**

16 **order, they -- and even the radio, I think he might have**

17 **called in and said, I'm leaving the county -- you know,**

18 **there's different ways, I think, that they're documenting**

19 **it.  Their mileage, the times that they get there, I don't**

20 **know.**

21      Q.   Okay.  Did you ever file a grievance either

22 with the Marion County Detention Center or the Boyle

23 County Detention Center about your relationship with

24 Mr. Pennington?

25      **A.   I did not.**

1      Q.   Do you have any complaints about the
2  treatment you received while you were an inmate at Boyle
3  County Detention Center?
4      **A.   That's another --**
5      Q.   Okay.  Are you making any claims about any
6  of the treatment you received by the Boyle County
7  Detention Center?
8      **A.   No.  It's just not my favorite place to be,**
9  **let me tell you.**
10      Q.   Had you met Sheriff Robbins prior to the
11  time that he transported you?
12      **A.   I did not.  He introduced himself when he**
13  **picked me up.  That's the only reason I knew who he was.**
14      Q.   Okay.  You've alleged in this lawsuit that
15  Sheriff Robbins personally and directly participated in
16  your mistreatment.  How did he personally and directly
17  mistreat you?
18      **A.   Well, to my understanding, he is over the**
19  **sheriff's department, which would mean he would monitor**
20  **what his deputies are doing.**
21      Q.   You've also alleged that you were
22  transported without -- transported by Mr. Pennington
23  without a nondetainee woman present, and you've alleged
24  that that was a violation of policy.  Other than the
25  allegations about sexual misconduct that we've already

1  talked about, did you suffer any harm as a result of that

2  being transported without a nondetainee female?

3          **A.    I'm really kind of confused with the**

4  **question.  But, no.**

5          Q.    Okay.  I guess it was a very long oddly

6  phrased question.  Other than being transported without a

7  nondetainee woman creating -- arguably creating an

8  opportunity for this relationship to transpire, did that

9  cause any harm to you?

10         **A.    No.**

11         Q.    And same question about being kept in

12  custody, kept in -- being with Mr. Pennington for longer

13  than necessary, did that cause you any harm?

14                MR. BENTLEY:  Other than what we've already

15  talked about?

16         Q.    Other than what we've talked about with the

17  allegations in this lawsuit.

18         **A.    No.**

19         Q.    And, in fact, you wanted to be out in the

20  car and out and about longer than necessary; is that

21  right?

22         **A.    Yes.**

23         Q.    And then same question with respect to

24  being kept in custody while picking up inmates in other

25  counties and having to go to other county jails.  Other

1  than the allegations that we've already talked about, did

2  that cause any harm to you?

3      **A.    No.**

4      Q.    I know we've covered the fact that you

5  never complained to anyone or reported to anyone your

6  relationship with Mr. Pennington other than the four

7  fellow inmates that you talked to about it.  Did you ever

8  complain to anyone about these alleged policy violations,

9  transportation without another nondetainee female, being

10  kept in custody longer than reasonable and being taken to

11  other county jails to pick up inmates?

12      **A.    I did not.**

13      Q.    Are you aware of any other alleged -- or

14  allegations of sexual assault committed by employees of

15  the Boyle County Sheriff's Office?

16      **A.    Not that I'm aware of.  Actually, I take**

17  **that back.  I'm pretty sure that the first time Pennington**

18  **picked me up, I asked him what happened to Mr. Jim Gies.**

19  **I'm pretty sure that there might have been allegations**

20  **that he had stopped at his home with a female inmate and**

21  **that she had maybe -- I think he came on to her or**

22  **something of that nature.  And I think he said he took an**

23  **early retirement or -- it was something of that nature.**

24  **He was no longer there with the sheriff's department or**

25  **something.**

1          Q.    Speaking of Mr. Gies, you've identified him
2     as -- or your lawyer has identified him as someone who may
3     have knowledge about this case.  You said that he did
4     not -- I think there were no suggestions of sexual
5     relations between the two of you when he transported you.
6     Was that the only time that you've ever met Mr. Gies?
7          **A.    Yes, ma'am.  He had transported me to and**
8     **from.  So those two trips.  But, yes.  And there was also**
9     **the male that we picked up in Taylor County was with -- on**
10    **that trip with Mr. Gies.**
11         Q.    And you're talking about the male that you
12    picked up on your first trip with Mr. Pennington?
13         **A.    Yes, but I don't know his name.**
14         Q.    To your knowledge, would Mr. Gies have any
15    knowledge about your relationship with Mr. Pennington?
16         **A.    Not to my knowledge, no.**
17         Q.    Do you know whether Linda, Crystal, Dana or
18    Vicki -- prior to the time when Sheriff Robbins
19    transported you back to Marion County, do you know whether
20    any of those -- let me start over.
21              Prior to the last time Mr. Pennington
22    transported you from Marion County to Boyle County, do you
23    know whether any of those four women had reported your
24    relationship with Mr. Pennington to any officials at
25    either detention center or with the sheriff's office?

1          A.    Not that I'm aware of.

2          Q.    Who is Tonya Davis?  Do you know a Tonya

3    Davis?

4          A.    I have a cousin.  A long-lost cousin named

5    Tonya Davis in Indiana.  But, no, I don't know...

6          Q.    To your knowledge, your long-lost cousin

7    doesn't know anything about this lawsuit, does she?

8          A.    No, she's -- no.

9          Q.    Okay.  Do you know who Monet Reed is?

10         A.    Yes, ma'am.

11         Q.    Did you ever tell her about your

12   relationship?

13         A.    No.

14         Q.    How do you know Ms. Reed?  Is it Ms.,

15   female?

16         A.    Yeah, we picked her up in Casey County, and

17   she went to Boyle County jail with me.

18         Q.    What about Matt Rose?

19         A.    He also was someone that we picked up the

20   very last trip in Casey County.

21         Q.    But you never told Mr. Rose about --

22         A.    No.

23         Q.    -- your relationship?

24         A.    No.

25               MS. ZELLEN:  I don't have any further

Page 150

1    questions for you.  Thank you, Ms. Hale.

2

3              *              *              *

4

5                    CROSS-EXAMINATION

6    BY MR. SMITH:

7

8         Q.   Ms. Hale, my name is Bruce Smith.  I

9    represent the Marion County Detention Center and jailer up

10   there, Barry Brady.  Just a few questions.  Ms. Zellen has

11   covered some of the areas that I wanted to talk to you

12   about.

13              Can you tell me any reason why the Marion

14   County Detention Center would be interested in how long

15   the trips that you took going from -- to and from there?

16   Why would they be interested in how long those trips took?

17        A.   Well, considering I was being housed in

18   their jail, and to my knowledge, most of the employees at

19   that jail also worked at MAC, the prison that had closed.

20   So they were actually more strict on our attire, you know,

21   like the previous stuff.  Like Boyle County Jail, that's

22   not an issue.  Marion County was -- it was even asked,

23   Becky Streble, her husband works at Casey County.  One of

24   the female guards one time did ask, is there not anyone

25   else with you.  Because I think they kind of thought it

1  was odd that there wasn't a woman transporting since it

2  was just him and I.  But like I said earlier, I would

3  think it would be like standard training that, you know,

4  it shouldn't take three hours to get 30 minutes down the

5  road.  So, yeah.

6        Q.    But was the Marion County Detention Center

7  advised of the other pick-ups that may or may not have

8  been made during a trip between the two detention centers?

9        A.    I'm not sure.

10       Q.    Who is Becky Streble?

11       A.    A guard at Marion County.

12       Q.    In your complaint, you've alleged that

13 Barry Brady personally and directly participated in your

14 mistreatment.  What's the factual basis for that

15 statement?  How did Barry Brady personally and directly

16 participate in your mistreatment?

17             MR. BENTLEY:  Object.  Calls for a legal

18 conclusion.

19       A.    Assuming that he is over his deputies at

20 the jail, he's responsible for their negligence, their

21 actions.

22       Q.    Have you ever met him personally?

23       A.    I have.

24       Q.    You have?

25       A.    Yes.

1          Q.    When was that?

2          A.    While I was incarcerated there, he did walk

3    through, I think at Christmas they came in.  And just

4    periodically they did like walk-throughs through the jail.

5    Or there were different groups that they actually brought

6    back to show the detention center.  I don't know who the

7    people were, but -- and he would be with them.

8          Q.    So you saw him?

9          A.    Yes.  And I have met him.  He came in my

10   cell.  Like I said, I think it was Christmastime.  Came in

11   and asked how we all were.  And they passed out -- I don't

12   even remember now.  They passed something out from the

13   jail, and I'm pretty sure he was with them.

14         Q.    So how did his deputies personally and

15   directly participate in your mistreatment?

16               MR. BENTLEY:  Same objection.

17               You can answer.

18         A.    Well, they should have probably suspected

19   something was not right when he was picking me up at one

20   place and taking three hours to get 30 minutes down the

21   road.

22         Q.    Your answer supposes that they were keeping

23   track of the time line, correct?

24         A.    Yes.  There was transport orders that they

25   would make copies of from Pennington and they were turned

1  in at both jails.

2      Q.   Right.  Was there anything in those

3  transport orders that addressed the timing of the

4  transport?

5      **A.   Yes.  He would make a log of the time and**

6  **the mileage of when he left anyplace, any stop he made.**

7      Q.   And he -- when you say he --

8      **A.   Pennington.**

9      Q.   Mr. Pennington?

10     **A.   Yes, sir.**

11     Q.   But Mr. Pennington didn't work for the

12  Marion County Detention Center, did he?

13     **A.   No, sir.**

14     Q.   He worked for the Boyle County Sheriff's

15  Department?

16     **A.   Yes.**

17     Q.   Okay.  And as far as you know, the Marion

18  County Detention Center didn't have any access to his

19  logs, did they?

20     **A.   Well, he would provide them with -- yes,**

21  **they would make a copy.**

22     Q.   Of his logs?

23     **A.   Of when he -- I don't -- I'm not sure the**

24  **policy -- I don't know what they did, the procedure.  But**

25  **I know he would give them the transport order, they would**

1    **make a copy.  I'm not sure, honestly.  I don't know.**

2           Q.    You're not making any claims about

3    mistreatment at the Marion County Detention Center, are

4    you?

5           **A.    No.**

6           Q.    At one point when Mrs. Petitt was

7    questioning you, there was some talk -- or there was some

8    testimony that you called from the jail by using another

9    person's pin number.  Which jail were you calling from at

10   that time?

11          **A.    Marion.**

12          Q.    Marion.  And when you were calling with

13   somebody else's pin number, whose system were you calling

14   on?  Whose phone were you using?

15          **A.    Marion County.**

16          Q.    This was a phone that inmates had access

17   to?

18          **A.    Yes.  The phone in the cell.**

19          Q.    You also, I think you said, made something

20   about a call from the front desk.  Was that at the Marion

21   County jail?

22          **A.    She asked me if I had, and I said I'm**

23   **unsure.  I don't -- they did let me use the phone a time**

24   **or two, I know, to call my children.  So I'm not denying**

25   **that I ever did, but I don't recall calling him from that**

1    **phone.**

2          Q.    All right.  And as I understand your

3    testimony here today, it is that you never told any

4    official deputy, employee of the Marion County Detention

5    Center about this sexual relationship with Mr. Pennington?

6          **A.    No.  Not till after my I found out I was**

7    **pregnant.  And I still don't think I told Marion County**

8    **much.  I talked to a state trooper.**

9          Q.    To your knowledge, when did the Marion

10   County Detention Center first learn or have any suspicion

11   about you having a sexual relationship with

12   Mr. Pennington?

13          MR. BENTLEY:  I'm going to object.  She

14   can't know when they had suspicion.

15          You can answer, though.

16          **A.    When I found out I was pregnant, I asked to**

17   **call an attorney from the nurses station.  I called Eph**

18   **Helton, which he asked if it was Tommy Pennington.  And I**

19   **asked him, how do you know that?  And he said that**

20   **Pennington had called his office -- or his wife had called**

21   **his office the day before that, which was Friday, wanting**

22   **representation.  And I assumed the jail probably was**

23   **listening to the phone calls.  So that would probably be**

24   **the first time that I know of that they knew, at that time**

25   **anyway.**

1      Q.   So the pregnancy test was administered at
2  the Marion County Detention Center?
3          **A.   Yes.**
4      Q.   You may have answered this question.  But
5  did you ever make a request to anyone that a nondetainee
6  female accompany you on any of these trips with
7  Mr. Pennington?
8          **A.   No, sir.**
9      Q.   Have you ever made any trips directly from
10  Marion County to Boyle County or vice versa, from Boyle
11  County to Marion County Detention Center, vehicle trips,
12  trips in a car?
13         **A.   Other than -- what do you mean?**
14     Q.   Other than the trips with Mr. Pennington?
15         **A.   Just the one with Mr. Gies.**
16     Q.   How long did that take?
17         **A.   Twenty-five to thirty minutes.**
18     Q.   Well --
19         **A.   Straight from point A to point B.**
20     Q.   Do you know how many miles it is between
21  the two detention centers?
22         **A.   Probably about 25 would be my guess.  I
23  don't know.  I'm from that area.  I've drove it many
24  times.  It doesn't take that long.  To be exact, I think
25  it's about 30; 12 from Perryville, and 18 from Perryville**

1  to Marion County maybe.

2          Q.   And if you remember, how long were the

3  stops that you made with Mr. Pennington between the two

4  detention centers?  How long did you stop for sexual

5  activity?

6          A.   It varied.  The very first encounter wasn't

7  very long.  A couple minutes, probably.

8          Q.   Okay.

9          A.   Like I said, it varied.  Anywhere from

10  probably 20 minutes to 45 to an hour.  I'm not exactly

11  sure.  It was several times.

12              MR. SMITH:  I think that's all the

13  questions I've got.

14              MS. PETITT:  Do you have any, Aaron?

15              MR. BENTLEY:  I just got one or two.

16              MS. PETITT:  Okay.  If you can give me 30

17  to 60 seconds, just step outside, maybe we can just...

18              (WHEREUPON A BRIEF RECESS WAS TAKEN AT THIS

19  TIME.)

20

21          *              *              *

22

23

24

25

1                    REDIRECT EXAMINATION
2      BY MS. PETITT:

3

4          Q.   So did you only use one other person's pin
5      number to make the phone calls from Marion County?
6          **A.   Probably more.**
7          Q.   Can you tell me whose pin numbers you
8      used --
9          **A.   I cannot.**
10              MR. BENTLEY:  Let her finish the questions.
11         Q.   You don't know the names of any of the
12     individuals whose pin number you used?
13         **A.   Again, there were people in and out all the**
14     **time.  Dana Staley would probably be one.  She was a**
15     **friend.  There's no telling.  Honestly, I really don't**
16     **know.  There was -- I was there for five months, so...**
17         Q.   Those were people -- is it fair to say the
18     only pin numbers that you used were your cellmates' pin
19     numbers?  So it would have been somebody that was in the
20     cell with you?
21         **A.   Yes.**
22         Q.   Okay.  You didn't just get random pin
23     numbers from the people in the jail and use them?
24         **A.   No.**
25         Q.   Fair enough.

1      MS. PETITT:  That's it.

2

3            *            *            *

4

5                  CROSS-EXAMINATION

6  BY MR. BENTLEY:

7

8      Q.   Dusti, you said something about Becky

9  Streble making a comment to you.  What was that comment?

10     **A.   I don't know if that was the time that he**

11 **picked me up -- he picked me up at like 2:30 in the**

12 **morning.  And her husband worked at Casey County.  And she**

13 **just made a comment that it was odd that he had picked me**

14 **up in the middle of the night.  She's like, why is he**

15 **picking you up?  And then she, when I returned, said, my**

16 **husband -- did you see my husband?  Because he works at**

17 **Casey County jail, which that was the time I went in**

18 **barefooted.  So, yeah.  But she just made a comment about**

19 **it was odd that I was being picked up at 2:30 in the**

20 **morning, and she told me that her husband had seen me.**

21     Q.   What all jails do you recall going into

22 other than Marion and Boyle?

23     **A.   Pulaski County, Taylor County, and Casey**

24 **County.**

25     Q.   You said you went into Casey County

1  barefooted.  What happened?

2         A.    The first trip to Casey County, we had

3  stopped in Gravel Switch and we had both been out of the

4  car at different points.  And which I had on jail --

5  orange jail shoes, which I had removed for the whole stop.

6  So when we got to -- into Casey County almost to the jail,

7  I realized I only had one shoe.  We pulled over, he got

8  out.  We were both looking all over the car for this other

9  shoe, which we never found.  I realized I must have left

10 it there.  So I threw the other one out and I went in the

11 jail barefooted.  One of the guards kept looking at my

12 feet.  So Pennington made the comment that I decided I

13 didn't want to wear shoes when I got ready to leave the

14 jail.

15         MR. BENTLEY:  Okay.  Those are all the

16 questions I have.

17         MS. PETITT:  Do you-all have anything else?

18         MS. ZELLEN:  Nothing further.

19

20         *              *              *

21

22

23

24

25

1                    RECROSS-EXAMINATION

2    BY MR. SMITH:

3

4          Q.    So the comment that Ms. Streble made to you

5    had to do with the pick-up time?

6          **A.    Yes.**

7          Q.    Did the Marion County Detention Center have

8    any control over when deputies pick up inmates under order

9    of the court?

10          MR. BENTLEY:  To the extent you know, you

11    can answer.

12          **A.    I would assume not, no.**

13          Q.    Pardon me?

14          **A.    I would assume no.**

15          MR. SMITH:  That's it.

16          MS. PETITT:  All done.

17

18          (Whereupon the deposition concluded at 2:24

19    p.m.)

20

21          *              *              *

22

23

24

25

1  STATE OF KENTUCKY        )

2                           )  SS:

3  COUNTY OF JEFFERSON      )

4           I, Melissa M. Arnold, a Notary Public

5  within and for the State at Large, my commission as such

6  expiring 25 March 2019, do hereby certify that the

7  foregoing deposition of

8                        DUSTAN HALE

9       Was taken before me at the time and place and for

10 the purpose in the caption stated; that the witness was

11 first duly sworn to tell the truth, the whole truth and

12 nothing but the truth; that the deposition was reduced by

13 me to shorthand writing in the presence of the witness;

14 that the foregoing is a full, true and correct transcript

15 of said deposition so given; that there was no request

16 that the witness read and sign the deposition; that the

17 appearances were as stated in the caption.

18      I further certify that I am neither of counsel nor

19 of kin to the parties to this action, and am in no way

20 interested in the outcome of said action.

21          Witness my hand this 28th day of September,

22 2018.

23

24      _____

25          Notary Public, State at Large

**A**

**A-L-T-O-N**
 65:25
**a.m** 4:2
**Aaron** 3:14 44:8
 110:4 157:14
**Abell** 1:22
**able** 72:25
**Absolutely**
 135:18
**abuse** 60:12 70:8
 70:10,13,15
**abused** 70:18
**abusive** 60:4,7
**access** 153:18
 154:16
**accident** 47:17
 72:23 73:6
 140:14
**accompany**
 116:3 156:6
**accomplish**
 109:7
**account** 124:6
**accurately** 5:21
**achieve** 109:3
**Ackerman** 77:8
 77:10,13,16
**act** 108:10
**action** 16:5
 17:15,23 88:20
 162:19,20
**actions** 151:21
**active** 16:15,25
 17:8 45:4
**activity** 157:5
**acts** 102:2
 105:10 106:23
 110:7
**actual** 82:2
**additional** 39:20
 102:18
**address** 13:10,15
 14:7 18:1,4,6

18:21,24 19:12
 19:16,19 20:11
 20:25 21:15
 63:25
**addressed** 153:3
**administered**
 156:1
**adopted** 11:15
**adult** 35:19
 36:17,19,23
 37:6 39:4 72:9
 72:11 74:23
 75:12 81:15
 82:13 83:14
 84:3
**adulthood** 76:22
 78:13 79:17
**advised** 151:7
**aesthetic** 79:4
**affection** 106:22
**affiliation** 44:3
**agencies** 82:8
**agency** 69:17,18
 69:25 82:1,3,4
 101:9
**agent** 40:4
**ages** 9:24 22:14
**ago** 26:14 30:5
 75:11 77:20
**agreed** 4:13 94:7
 142:1
**ahead** 4:24
 48:12 86:6
 116:21 141:5
**Aid** 75:18
**al** 1:8
**alcoholic** 60:15
 60:18,21
**Alexander** 76:25
 77:5,15,17
**allegation** 16:13
**allegations** 70:17
 136:8 145:25
 146:17 147:1

147:14,19
**alleged** 145:14
 145:21,23
 147:8,13
 151:12
**allowed** 46:21
 64:18,19 103:8
**altercation** 60:8
**altercations**
 60:25 61:11
 62:23 63:23
**Althea** 18:23
 19:12,15
**Alton** 65:24
**Amanda** 113:11
 113:21 116:6
 123:21
**ambulance** 70:5
**and/or** 13:17
 93:9
**Andrew** 66:17
 66:19 67:10
**Angela** 65:19,20
 65:22
**answer** 6:15 8:5
 56:25 140:1
 152:17,22
 155:15 161:11
**answered** 39:14
 131:16 156:4
**answering** 5:19
**antibiotic** 75:6
**anxiety** 71:2
 72:21 74:11,13
 74:16
**anybody** 29:3
 69:14 89:12
 90:11 104:1
 110:15,15
 113:7 114:20
 114:25 115:15
 116:3 120:24
 127:21 130:18
 134:24 140:10

140:12 142:9
**anymore** 8:25
 53:14 59:23
**anyone's** 140:7
**anyplace** 153:6
**anytime** 43:25
 73:1
**anyway** 155:25
**apartment** 19:1
 19:23 28:15
**apologize** 47:1
 47:10 108:25
 141:18,19
**apparently** 47:9
**appearance** 87:8
**appearances** 2:3
 12:12 114:12
 162:17
**applause** 74:5
**applied** 85:1
**appreciate** 33:2
**approximately**
 7:19 13:16
 19:4 20:2
 21:20 22:13
 24:18 26:14
 29:14 30:5
 34:15 38:10,15
 39:11 40:15
 45:24 51:16
 53:25 62:17
 66:9 72:12
 74:1 76:8 79:7
 81:2 82:13
 86:20 90:15
 93:22 102:14
 107:10 129:14
 129:23
**approximation**
 8:5
**April** 12:20 13:1
 122:3 123:9,11
**area** 97:4 99:15
 99:16,19 102:9

107:20 108:4
 129:3 156:23
**areas** 150:11
**arguably** 146:7
**arguing** 68:1
**argument** 64:1
**arising** 4:19
**Arnold** 1:21,22
 5:1 162:4
**arrest** 16:7
**arrested** 9:17
 16:23,24 17:6
 64:5,12 88:7
**Ash** 1:14
**Asian** 91:8
**asked** 6:14 27:7
 63:8 70:7
 76:11 92:23
 93:3 94:1 95:3
 95:19 102:22
 104:12 113:23
 114:1 118:25
 119:16 129:1
 129:20 139:16
 147:18 150:22
 152:11 154:22
 155:16,18,19
**asking** 5:3,14,23
 6:3 22:21
 62:13 131:13
 131:15 137:5
**asks** 120:24
**asleep** 119:12,23
 119:24
**assault** 64:5
 147:14
**associate** 67:7
**associate's** 39:13
**assume** 24:6
 33:8,21 36:7
 38:5 56:15
 66:24 69:3,7
 85:19 88:23
 94:13 108:5

123:23 125:22
125:24 126:17
137:5 161:12
161:14
**assumed** 67:14
129:7 155:22
**assuming** 75:10
84:6 91:23
98:14,23 111:7
151:19
**assumption**
126:14 138:21
**assure** 96:18
**assured** 120:23
**attempt** 129:19
**attempting**
128:19
**attend** 35:12
37:6 40:14
42:3,20 43:1,4
43:7,23,24
**attendant** 37:21
45:14
**attended** 36:20
39:8
**attending** 35:19
**attire** 150:20
**attorney** 8:3
41:17 155:17
**attorneys** 67:7
141:6
**attracted** 130:24
131:18,19
**attraction**
131:10
**audio** 41:22
**August** 124:20
**authority** 142:8
**Avenue** 1:15
65:24
**aware** 28:20
44:20 67:2
69:16 83:24
87:10 89:23

111:19,22
112:8 124:13
129:23 147:13
147:16 149:1

**B**

**B** 156:19
**B-A-U-G-H**
10:24
**B-U-C-K** 32:14
**baby** 128:23
129:12 136:13
140:4
**back** 23:12
28:23,24 29:4
30:19 31:4,7
57:17 58:19
68:6,9 76:14
78:22 79:12
82:17,19 90:21
90:24 92:2,3,8
92:9,11,12,16
93:5,13 94:18
95:9 97:4,25
98:1,18 100:2
100:9,9,9,11
100:17 101:2
101:16 103:9
104:14 105:20
109:19,20
112:22,23,23
113:4,24 116:1
116:4 117:18
117:22 118:1
118:19,22
119:9 120:11
123:8,10
129:15,15
133:24 134:6
134:11 138:7,8
140:15,25
141:19 142:22
143:20,23
147:17 148:19

152:6
**bad** 6:5 63:3
72:24 94:11
**band** 140:12,18
**bands** 140:11
**bankruptcy**
44:21
**Baptist** 43:16,20
44:6,7,9
**bar** 40:21
**barefooted**
159:18 160:1
160:11
**barn** 107:22
**Barry** 150:10
151:13,15
**bartender** 40:17
**bartending** 40:8
40:11 41:10
**base** 45:7
**based** 24:6 67:14
81:5 126:14
**basis** 17:17,22
151:14
**Bates** 72:4
**Baugh** 10:24
**Bay** 23:11
**Becky** 150:23
151:10 159:8
**beginning** 5:15
36:8
**beings** 96:12
**believe** 60:20
102:24 113:11
134:1 135:24
137:12 138:25
141:22 143:3,7
143:24,25
**belt** 112:23
**belts** 80:22
**Bentley** 2:8 3:14
4:23 5:9 18:13
32:22 41:14,15
53:17 67:5

86:3 121:22
128:10,14
140:1 146:14
151:17 152:16
155:13 157:15
158:10 159:6
160:15 161:10
**best** 5:22 22:22
22:22 136:11
**better** 6:10 57:3
110:4
**Bible** 43:18
**big** 50:2 69:13
99:19
**big-hearted**
140:6
**bike** 83:7
**Biketoberfest**
83:6
**Biloxi** 22:14,24
25:12,18 27:1
28:9,17
**birth** 11:20
**bit** 4:14 68:5
94:23 95:16
108:3 126:8
**bitch** 134:20
**bitty** 120:10
**black** 91:8
**blah** 119:10,10
119:10
**blame** 69:11
**blood** 73:21
**Bluegrass** 39:8
**blunt** 47:24
**body** 111:13,14
**bond** 88:8
**booked** 85:18,22
**booking** 124:12
**bookkeeping**
58:16,25 80:14
**born** 7:5 21:10
21:12 22:10
25:7 27:10

30:6 36:5,7,11
**box** 120:11
**boyfriend** 20:5
25:20 32:8
34:22 80:8
115:15
**Boyle** 1:8 3:9
7:18 9:4,10,18
16:11,15,25
18:12,16 23:24
35:5 49:9
85:23 86:24
90:10,13 92:3
92:6 93:25
94:2 95:1
101:11,14,16
103:19,22
104:22 105:10
113:8 114:5,8
114:12,14,20
116:1,15 117:3
117:17 118:5
118:12,20
123:8,15,22
133:23 141:16
141:16 142:10
142:12,16
143:19,20
144:3,22 145:2
145:6 147:15
148:22 149:17
150:21 153:14
156:10,10
159:22
**bra** 99:3,7
**Brady** 150:10
151:13,15
**brain** 73:21
**break** 6:12 47:1
86:4,6
**breath** 73:4
**breathe** 72:25
**Breckenridge**
1:23

bred 32:2
breeder 32:2
BRIEF 47:4
  86:8 128:16
  157:18
bring 56:17
  90:21
Broadway 51:12
  51:12
brother 25:24
  33:8 69:8
brought 16:5
  94:14 129:5
  152:5
Brown 24:1 25:7
Bruce 3:11,11
  8:10 45:3 53:3
  53:25 58:21,23
  59:13,16 61:24
  62:6,10,24,25
  63:9 150:8
buck 32:12,17
  32:19 33:7,14
  33:21 34:14
  82:19
buckled 93:6
burnt 111:4
bus 51:9 132:7
business 58:15
  58:17,23 59:2
  59:7 84:18,20
buy 89:19 92:21
  106:1
buying 13:19
bye 134:20
bypass 105:14
  105:24

**C**

C 3:1
C-O-N-N-O-R
  66:22
C-R-A-I-N
  23:18

Cadillac 54:19
cage 109:21
California 22:15
  22:16,19,24
  28:21 29:21,24
  30:13,15
call 4:13 8:21,24
  46:18 50:12
  52:17 53:6
  56:20 70:13
  123:23 124:5,9
  128:11 139:25
  154:20,24
  155:17
called 4:4 54:16
  64:5 67:16,20
  70:14 77:18
  120:5 123:24
  124:2 129:24
  144:17 154:8
  155:17,20,20
calling 154:9,12
  154:13,25
calls 151:17
  155:23 158:5
Camelot 53:11
  53:15 55:14,20
  55:23 56:4,14
  57:10,18 58:2
  58:5 80:6
capacity 83:13
caption 162:10
  162:17
car 67:19 72:23
  73:6 91:18,20
  92:7,22 93:6
  97:21 100:2,8
  100:9,14,15,16
  100:23 105:15
  108:14 112:18
  118:10,16
  120:14 146:20
  156:12 160:4,8
card 42:20

care 71:20 72:8
  76:13 77:3,11
  77:23 91:18
  110:4
cared 131:17
Carol 3:3 4:11
  128:10
Caroline 11:7,7
  11:12
carriages 32:1
cars 73:10
case 1:2 88:12
  88:17,19,25
  137:14 148:3
Casey 99:18
  149:16,20
  150:23 159:12
  159:17,23,25
  160:2,6
cash 52:5,7,8
  55:17 56:11
  57:9,11 83:25
  83:25
casual 103:7
  129:11
catch 73:4
category 41:11
cause 140:6
  146:9,13 147:2
causing 74:11
CCR 1:21
Celebrate 43:17
cell 96:25 125:11
  125:15,24
  127:19,24
  136:24 139:7
  152:10 154:18
  158:20
cellmate 126:15
cellmates 138:5
  139:11
cellmates'
  158:18
cellphone 123:17

  123:24
Cemetery 120:5
center 36:17,23
  50:17 79:25
  80:2 86:24
  90:2,10,14,25
  92:6 93:25
  95:2 104:11,22
  105:7 106:17
  118:20 120:23
  126:21 128:3
  132:1,5 134:10
  136:5 142:10
  144:22,23
  145:3,7 148:25
  150:9,14 151:6
  152:6 153:12
  153:18 154:3
  155:5,10 156:2
  156:11 161:7
centers 151:8
  156:21 157:4
certain 8:2 144:9
certificate 2:10
  11:20
certification
  39:16 40:7,20
certifications
  39:24 40:6
certified 40:17
certify 162:6,18
cetera 56:18
chance 141:17
change 57:13,21
  137:23
chaplain 43:5
chaplain's 43:8
charge 17:3,4,8
  17:10 87:23
  88:23
charged 64:12
charges 9:19
  18:9 87:24
  88:13,21,22

Charles 23:11
chase 64:4
cheating 89:21
checked 65:12
chest 47:25
child 10:18,25
  11:6 22:20
  27:3 31:5
  35:20 46:21
  48:20 64:3,15
  65:14 66:6,6
  137:20 139:24
child's 34:22
childhood 22:23
  27:7 30:24
children 9:22
  12:3 14:21
  16:1,6 20:24
  21:22,25 30:10
  48:2 112:1
  139:20 140:5,8
  154:24
chose 57:24
Christian 43:20
  44:4,5,7,12,13
Christianity
  44:6
Christmas 152:3
Christmastime
  152:10
Chuppe 1:22
church 42:3,6,9
  42:19,23 43:16
churches 42:5
  43:12
cigarette 103:9
cigarettes 103:8
Circle 51:6,8
  54:19
circumstances
  47:12 103:17
cities 31:25
city 21:16 37:1
  144:4

**Civil** 1:17
**claims** 145:5
  154:2
**clarify** 131:8
**classes** 38:16,17
  38:20
**cleaner** 57:4
**clear** 31:15
  78:25 108:23
  114:24 132:10
**client** 52:15,18
**clients** 56:17
  57:3,3
**clinical** 109:1
**close** 49:16
  129:4,8
**closed** 150:19
**closest** 51:13
  138:15
**clothes** 68:20
  99:5 100:11
  112:22
**club** 50:10,14,16
**clubs** 53:5,18
**clue** 107:4
**cocaine** 94:4
**Coleman** 20:9
**College** 39:9
**Collins** 135:6,12
  135:14
**Columbia**
  104:16 105:15
**combined** 56:3
**come** 20:15,16
  21:4 34:10
  43:12,19 54:5
  68:9,20 78:19
  78:22 134:6
**comfortable**
  115:9
**coming** 57:16
  124:4 125:21
**commenced** 4:1
  100:10

**comment** 97:2
  159:9,9,13,18
  160:12 161:4
**commission**
  162:5
**committed**
  147:14
**common** 89:9,15
**commonly**
  125:14
**Community**
  39:8
**company** 115:19
**compete** 80:24
**complain** 114:19
  115:14 147:8
**complained**
  114:25 141:23
  147:5
**complaint** 67:16
  151:12
**complaints**
  145:1
**completed** 35:8
  35:14 36:2
  112:16
**completely** 5:18
  110:17
**concern** 115:8
**concluded**
  161:18
**conclusion**
  151:18
**concrete** 61:18
**conditions** 88:9
**condom** 111:11
  112:25 113:2
**conducts** 42:24
  43:3
**confused** 15:1
  63:1 146:3
**confusing** 6:6
**Congratulations**
  72:18

**Connie** 73:16
**Connor** 66:17,19
  67:11
**consider** 44:2
  60:14,18
**considered**
  60:21
**considering**
  150:17
**contact** 25:2
  26:12,22 30:3
  61:21 64:20
  132:19 133:7
  140:1
**continually**
  12:11 23:21
  59:10
**continue** 103:3
**continued** 64:3
**contraception**
  111:17
**contractions**
  129:14
**control** 96:11,22
  161:8
**controlled** 17:11
**conversation** 5:6
  5:7 89:10 94:9
  94:12 106:13
  116:19 129:2
  129:11 130:25
  132:9
**conversations**
  93:23 94:17,21
  96:5 102:18
  103:4 104:8
**convicted** 64:6
  128:19 129:22
  129:25
**cool** 96:24 125:4
  125:13 126:6
  127:23
**copies** 152:25

**copy** 153:21
  154:1
**Corral** 37:25
  38:7 45:14,17
**correct** 21:8
  25:8 27:13
  31:18 34:16
  38:16,24 62:12
  63:14 82:14
  87:3 90:7
  91:25 97:25
  102:3 111:8
  114:6 128:20
  136:1 152:23
  162:14
**correctional**
  85:11
**Corrections** 1:14
**cottas** 80:19
**couch** 64:2,4
  66:5
**counsel** 3:5,9,13
  3:17 162:18
**counseling** 70:23
  71:1,3 72:14
**counties** 23:23
  146:25
**country** 96:9
**county** 1:8 3:9
  3:13 7:18 8:16
  9:4,10,18 10:8
  10:12,13,21
  12:10,15,19,22
  12:24,25 16:10
  16:15,25 17:5
  18:12,16 35:5
  38:19 39:2
  49:9 69:20,24
  71:25 85:10,10
  85:16,19 86:23
  86:24 90:1,10
  90:13,22,25
  91:2,23 92:3,6
  93:19,25 94:3

95:2,3,5,8,8
96:2,6,16
99:18,18
100:10,19
101:11,14
102:11 103:5
103:20,21,22
104:10,14,21
104:22 105:6
105:11 106:16
113:8,13,20
114:3,5,8,12
114:14,20
116:1,15 117:3
118:5,12,20
120:22 123:16
123:21,22
124:2 125:16
126:21 127:20
128:3 129:5
132:1,5 133:23
133:24 134:10
135:3,12 136:5
141:16,16
142:10,10,13
142:16,16
143:12,19,19
143:20,21,23
144:3,3,4,17
144:22,23
145:3,6 146:25
147:11,15
148:9,19,22,22
149:16,17,20
150:9,14,21,22
150:23 151:6
151:11 153:12
153:14,18
154:3,15,21
155:4,7,10
156:2,10,10,11
156:11 157:1
158:5 159:12
159:17,23,23

159:24,25
160:2,6 161:7
162:3
**couple** 31:3 37:8
37:17 40:25
66:14 75:4
90:18,19 94:22
97:6 132:21
157:7
**course** 39:12
41:13 45:16
74:17
**court** 1:1,22
4:19 12:12
64:10,19 87:8
114:11 132:6,8
137:13 161:9
**court-imposed**
88:25
**courtesy** 5:22
**cousin** 149:4,4,6
**covered** 141:21
147:4 150:11
**covering** 84:17
84:18
**Cowboys** 50:17
50:23 51:15
52:14,24 54:8
55:4,14 56:1,7
56:13 57:8
58:7,11 59:14
80:7
**crack** 120:10
**Craig** 3:15
**Crain** 23:17,18
**crap** 114:3
**crappy** 56:22
**crazy** 49:21
**creating** 146:7,7
**Creek** 43:17,20
43:22
**criminal** 39:13
88:21,22
136:16

**cringe** 8:4
**Cross** 2:5,6,8
**CROSS-EXA...**
141:12 150:5
159:5
**crossing** 51:13
**Crystal** 116:24
116:25 117:6
118:8 119:11
119:13,23
121:5 134:25
138:17 142:2
148:17
**Crystal's** 119:24
**currently** 42:11
65:23 72:16
**custody** 14:13
14:18 15:11,18
15:18 16:1,2,3
18:2 20:22
146:12,24
147:10
**cut** 4:14
**CVS** 75:2,13

**D**

**D** 2:1
**dad** 27:18
**daily** 50:1 54:4
**Dana** 135:5,6,8
135:12,14
138:5 142:3
148:17 158:14
**dancer** 50:19
51:15 53:4
55:1,20 82:22
83:13
**dances** 84:6,13
**Danville** 11:2
18:23 39:9
65:24 71:12,18
72:7 74:25
75:2,2,18
76:25 77:17

79:13,18,18
80:9 81:19
82:6 87:22
**dark** 91:6 107:5
107:7,12,13
108:13
**dash** 120:9,9,9
120:10
**date** 12:23
132:12 143:5
**dating** 62:15
**David** 9:25 10:1
10:3 14:16,17
14:18 15:2,4
15:12 22:3
35:23 36:5,7
48:4,5 49:15
49:25 77:1
**David's** 11:4
34:24
**Davis** 149:2,3,5
**day** 49:8 52:17
70:5 95:6,16
113:15 116:16
122:1 124:3
134:4 138:16
143:8 155:21
162:21
**daylight** 95:5,22
96:4
**days** 46:9,13,14
46:20 51:22
54:9 90:15,18
90:19,19
114:16 117:15
128:23 129:20
**Daytona** 82:25
**dead** 48:18
**deal** 22:4 46:21
59:1 69:13
**dealt** 64:14
**death** 47:13
**deceased** 24:10
24:19 28:1

**December** 101:6
101:9,15
124:19 129:22
132:11,20
133:5
**decided** 59:22
160:12
**defend** 81:5
**DEFENDANT**
3:5
**Defendants** 1:8
1:13 3:9,13 4:4
**define** 131:12
**defined** 131:13
**degree** 39:16
**delivered** 76:25
77:8 78:3,4,8
**denomination**
44:12
**deny** 98:11
**denying** 154:24
**department** 1:14
69:20 101:11
145:19 147:24
153:15
**depended** 21:5
**dependency**
16:4 17:15,23
88:20
**deposition** 1:12
4:1,12,23 5:6
41:18,24 86:11
161:18 162:7
162:12,15,16
**depositions** 1:15
109:1
**deputies** 101:5
145:20 151:19
152:14 161:8
**deputy** 87:3
101:18 126:21
128:2,3 155:4
**Derek** 10:23
134:8 141:16

**describe** 20:23
49:18 91:5
99:16
**desk** 124:12
154:20
**detecting** 144:5
**detention** 86:24
90:1,10,14,25
92:6 93:25
95:2 104:11,22
105:6 106:16
118:20 120:22
126:21 128:3
132:1,5 134:10
136:5 142:10
144:22,23
145:3,7 148:25
150:9,14 151:6
151:8 152:6
153:12,18
154:3 155:4,10
156:2,11,21
157:4 161:7
**determined** 85:4
**developed** 88:19
**dick** 96:24 125:3
125:12 127:22
**die** 24:21
**died** 24:12,23
46:11,12 48:16
**difference** 57:16
**different** 24:7
43:19 44:6
56:3,8,21
74:16 80:15
116:13 144:18
126:10 160:4
**differentiate**
61:7
**difficult** 5:20
50:4 110:1
**diploma** 36:17
38:12
**direct** 2:4 4:8

134:13
**directly** 12:16
30:15 31:8
145:15,16
151:13,15
152:15 156:9
**disability** 85:2
**disagree** 124:15
**disciplinary**
128:21 129:17
**discipline** 80:23
81:1
**discovery** 1:16
**discussed** 69:12
84:4
**discussions** 89:2
**DISTRICT** 1:1
1:1
**diversion** 94:5,6
121:19,20
**DIVISION** 1:2
**divorce** 7:15,16
8:13,14 9:9
13:8 16:14,16
16:17 29:19
59:18
**divorced** 9:7
24:14,17 27:19
53:25 62:5
**DNA** 136:1,7,10
**doctor** 71:2,4,5
71:12,19 72:7
72:22 74:13,15
75:23 76:1,2,8
76:14,14,15,25
77:5,8,13,21
77:24 78:10,14
78:14,15 85:5
**doctors** 75:23
76:11,19 77:19
78:12 79:10
**documenting**
144:18
**documents**

41:20
**dog** 32:2,2
142:22
**doing** 37:14
84:13 145:20
**door** 93:5,6
97:20 99:10
100:7
**double** 73:20
**Dr** 72:2
**draw** 59:4
138:20
**drawn** 117:11
**dressed** 100:13
100:14 120:21
**drink** 61:6 89:16
105:16 106:3
107:16
**drinks** 60:13
92:21
**drive** 18:23
19:12,16 99:20
**driver's** 109:5
109:17 120:17
**driveway** 107:21
107:22
**driving** 106:25
118:23
**dropped** 140:25
**dropping** 143:13
**drove** 31:25
77:22 156:23
**drug** 87:15,16
87:25 88:5,8
89:3,21 94:4
**drugs** 17:19
88:18
**drunk** 67:24
**DUI** 85:15 88:23
**duly** 4:5 162:11
**Dunlap** 22:20,24
**Dustan** 1:5,12
4:4 6:19 7:1,5
162:8

**Dusti** 4:11 47:7
86:11 159:8
**duty** 45:4
**DVO** 64:16

---

**E**

**E** 2:1 3:1,1,11,11
**E-L-M** 13:12
**E-R** 66:22
**ear** 78:14
**earlier** 135:17
136:16 138:14
139:16 141:22
151:2
**early** 107:8
135:9 147:23
**earn** 80:22
**easier** 4:25
**East** 3:8 53:11
55:14,20,23
56:4,14 57:10
57:18 58:2,5
78:11 79:21
80:6
**Eat** 126:6
**economy** 57:14
**educate** 89:12
**education** 35:19
36:17,20,23
37:7 39:4,6,21
**effect** 139:11
**effort** 108:6
**either** 5:9 57:20
77:15 83:13
97:5,11 101:4
102:24 107:5
110:12 142:9
144:21 148:25
**ejaculate** 97:15
111:13 112:9
**elastic** 140:11
**Elizabeth** 11:7
11:12
**Ellis** 27:23 28:1

28:4,5
**Elm** 13:12,14
14:2,7 18:1,4
18:19,21
**else's** 154:13
**Email** 1:24
**emancipated**
35:1
**embarrassing**
96:17,20,23
108:21 110:2
126:7
**emergency** 49:7
70:2
**emotional** 46:25
**emotions** 49:21
**employed** 40:22
40:24 58:13
**employee** 41:3
155:4
**employees**
126:15 147:14
150:18
**employment**
47:8
**EMS** 49:9
**encounter** 157:6
**encounters**
115:20 133:12
133:19 134:25
135:20
**encouraging**
5:10
**enforcement**
67:16 69:18
**engage** 132:13
**engaged** 70:25
108:10 111:20
**enjoyed** 115:19
115:19
**entertainment**
50:17 52:19
81:16 82:13
83:14 84:3

**entire** 14:10
79:17 135:10
**entirety** 60:21
**entities** 85:11
**entity** 36:20 39:3
39:18
**entrance** 99:20
**entranceway**
99:21
**Eph** 155:17
**Ephriam** 79:18
**equally** 56:22
**equipment**
48:24 49:4
**escape** 128:20
129:19,21
130:1,5,9,13
133:12
**especially** 140:7
**estate** 40:4
**estimate** 8:3,5
**et** 1:8 56:18
**events** 4:20
**eventually** 76:13
97:12 107:24
**everybody** 72:20
74:5 113:4
**evidence** 124:14
135:21
**evidentiary**
140:21
**evidently** 116:16
118:7 129:20
**ex-husband**
132:21
**ex-military** 60:1
**exact** 19:19
125:6,18
130:25 156:24
**exactly** 90:16
102:16 107:12
114:17 123:3
157:10
**examination**

1:16 2:4,5,6,7
2:8,9 4:8 158:1
**examined** 4:5
**exception** 12:12
**excited** 139:2
**Excluding** 70:17
**existence** 54:14
**exotic** 50:19
**expand** 70:9
**experienced**
72:14
**expiring** 162:6
**explain** 20:20
**explained** 94:3
129:2,8
**explains** 50:3
**expressed** 115:8
**extend** 5:22
**extent** 61:20
99:2 110:3
139:22 161:10
**extremely** 6:2
**extricate** 49:11

**F**
**F-I-N-N** 80:12
**face** 61:17 65:16
73:23
**Facebook** 30:5
**facilities** 85:12
**facility** 87:16,18
**facing** 109:14
**fact** 140:23
141:23 146:19
147:4
**factory** 45:18
46:1 81:19
82:2,9 84:17
**factual** 151:14
**failed** 94:4
**fair** 6:15 89:2
105:1 106:17
108:5 139:9
158:17,25

**fairly** 48:17
**fall** 5:7 41:10
82:17,19
**falsify** 94:2
**familiar** 99:15
104:15 108:3
114:1
**family** 33:15
59:8 71:2,4,18
72:7 76:2,8,14
76:15 139:12
**far** 51:4,4 54:17
105:24 109:21
153:17
**farm** 47:18 49:5
49:6
**fast** 68:7 118:23
**faster** 33:5,6
**father** 10:8,23
11:2,4 15:13
15:14,22 24:25
25:3,15,17
26:19 34:3,23
48:7 137:9,19
**father's** 10:9
**fathers** 15:15
**favorite** 145:8
**favors** 101:21
**Fayette** 85:19,23
**February** 83:7
103:13,14
105:6 111:21
112:16 118:14
121:10,21
122:11,17
123:5 138:7,8
**Federal** 1:17
4:19
**feel** 8:4 97:1
110:4 115:10
126:10
**feeling** 102:1
**feelings** 138:15
139:2,3

**feet** 160:12
**fell** 112:25
**fellow** 147:7
**felony** 94:2
**felt** 137:18
138:14,19,23
139:3
**female** 71:8,17
77:5,13 113:20
117:13 133:9
146:2 147:9,20
149:15 150:24
156:6
**females** 136:24
**fence** 99:21
**Fern** 43:17,20
43:22
**field** 97:7 99:19
105:24 106:10
106:24 107:3
107:17,24
112:19,20
**Fifteen** 35:24
37:20
**Fifth** 3:15
**Fifty** 14:25
**fight** 80:15
**fights** 61:8
**figure** 25:17
**file** 144:21
**filed** 4:19 7:17
8:14 9:9 13:8
16:14,16,16,17
17:15 44:21
**final** 84:16 122:1
**finally** 64:5 97:7
108:12
**find** 5:9 97:4
121:17,23
139:1 143:22
**finding** 140:23
142:5 143:10
**fine** 8:7 30:23
47:3 57:1 74:8

90:17,20
**finish** 5:18,23
32:22,24 130:4
158:10
**finished** 36:14
81:15 119:6
**finishes** 18:13
**Finn** 80:9,11
**Finn's** 80:9
**fire** 46:18 49:9
**fired** 46:8,11
84:24
**firm** 123:2
**first** 4:5,14 12:6
23:14 35:25
37:15 43:5
45:13 52:17
57:17 61:16
64:24 71:10,15
77:15 86:19,20
87:6 89:24
90:5,6,12,14
92:3,5,5 93:24
94:18 97:23,23
97:25 98:1,1,6
98:18 103:13
104:18 105:6
111:20 112:16
118:9 119:1,8
121:9 122:11
122:12,13
123:1,20 132:2
134:24 147:17
148:12 155:10
155:24 157:6
160:2 162:11
**Fister** 133:1
**five** 22:14 29:14
122:24,25
123:3 129:23
158:16
**fixing** 100:13
**flat** 109:10
**flip** 58:19

**flippant** 111:25
**flipped** 64:3
**floor** 61:18
84:17,18,21
**Florida** 23:11
83:1
**folks** 89:3 139:6
**follow** 25:6
**followed** 49:12
**following** 39:12
**follows** 4:6
**food** 89:19
**foot** 93:9
**force** 47:24
98:17,17
**forced** 115:18
**foregoing** 162:7
162:14
**form** 121:7
**formal** 39:6,20
41:9
**formality** 4:14
**Fort** 36:21,22
37:5,6 79:20
**found** 97:7
105:23,24
107:24 108:12
134:3 135:22
137:10 138:9
139:15,17,23
155:6,16 160:9
**four** 22:13 25:13
26:14 27:14
30:5 63:18,19
73:21 90:15,19
94:2 112:1
128:23 147:6
148:23
**fracture** 73:20
**Frankfort** 85:14
85:24
**Franklin** 85:16
**freak** 47:17 73:1
**freaking** 120:1

**freedom** 105:3
**freshman** 36:2
  36:11
**Fresno** 22:17,24
**Friday** 155:21
**friend** 11:24
  68:25 117:9
  119:11 131:10
  131:16 132:23
  158:15
**friendly** 94:8,12
  118:10
**front** 92:13,17
  92:24 93:4,6
  93:13,14,15
  99:24 100:22
  101:1 105:17
  108:1,13
  118:17 154:20
**full** 50:20 57:19
  83:18 137:25
  162:14
**full-time** 46:5
  51:18 59:1
**fully** 57:21 73:24
  111:19
**funeral** 46:10,17
  46:19
**funny** 125:10
  126:7,8,10,11
  126:12 127:4
  139:1
**further** 149:25
  160:18 162:18

---

**G**

**Galilee** 43:16
**garage** 61:17
**gas** 37:15,18
  45:13 92:20
  93:3,7 96:7
  105:14,18
  106:2 107:15
**gear** 47:22

**GED** 38:12,13
  38:16,17,20,24
  39:7
**generally** 44:13
**gentlemen's**
  50:10,14,16
  53:5,18
**gesture** 128:1
**getting** 63:1
  110:20 121:23
  121:25
**Gies** 101:19,21
  147:18 148:1,6
  148:10,14
  156:15
**girl** 96:13,25
  116:15,16,18
  116:24 117:19
  125:11,15
**girls** 57:14 126:4
  126:5 135:11
**give** 5:5,11 8:3,4
  19:18 23:4
  43:3 52:3
  74:15 136:3
  153:25 157:16
**given** 41:24
  110:5 162:15
**giving** 7:25
**go** 4:24 14:1,16
  27:25 31:4,7
  33:13 34:11
  35:4 43:25
  48:12 54:3
  64:10 65:12
  68:10 72:12
  86:5 95:2,3,8,9
  104:12,13
  106:13 114:8
  116:6,21
  118:20 137:25
  141:5,19
  146:25
**goal** 25:5 139:21

**God** 42:6,10
**goes** 65:20 94:7
  94:8 109:21
**going** 4:24 5:3,4
  5:9,16,17 8:3
  14:2 21:5 24:6
  33:8 36:7 37:5
  46:25 50:12
  63:2,4 68:7
  72:10,11 80:3
  86:4 96:8,18
  102:13 119:14
  122:5,7 124:14
  125:12,21
  126:14 128:11
  129:12 134:11
  134:20 135:24
  136:13 137:11
  137:25 138:20
  139:12,17
  140:3 141:2,5
  141:7 143:11
  150:15 155:13
  159:21
**Golden** 37:25
  38:7 45:14,17
**Goldie** 20:5
  65:19,22
**good** 11:24
  43:18 44:7,9
  52:1,23 67:4
  81:3 84:9
  102:8,9 107:13
  115:22
**gosh** 119:22
**gotcha** 9:22
  82:11
**grade** 35:8,12,14
**graduate** 35:6
**graduated** 72:17
**grandfather**
  27:17,20
**grandma** 28:11
  46:11,12 49:16

**grandmother**
  27:13,19 28:14
  28:19 29:4
  46:9 48:9 73:8
  73:15
**grandmother's**
  27:2,21 46:24
  47:13
**grass** 99:12
**Gravel** 23:15,17
  23:19 32:5
  48:23 120:6
  160:3
**grew** 48:9
**Greyhound** 51:9
**grief** 43:18
**grievance**
  144:21
**groomer** 32:2
**ground** 4:24
**group** 3:3 42:23
**groups** 152:5
**growing** 34:8
**guard** 151:11
**guards** 150:24
  160:11
**guess** 20:21
  41:10 56:23
  59:7 88:17
  94:9 98:2
  101:25 102:13
  112:24 138:19
  143:12 146:5
  156:22
**guessing** 38:21
**guilty** 64:7
**guy** 59:13 91:7
  94:14 103:7,9
  114:2 117:1
  134:9 137:12
  138:2
**gynecologist**
  76:16

---

**H**

**H-A-I-R** 11:7,8
  11:9
**H-E-D-R-I-C-K**
  26:5
**H-E-N-D-R-I-...**
  71:14
**habit** 5:7
**hair** 11:7,8,10
  11:14,17,23
  91:6 140:10,11
  140:12,16,18
  140:25
**Hale** 1:5,12 4:4
  6:19 9:2,3,7,11
  11:1,2 13:7,9
  14:9 16:7,14
  20:4 60:8,13
  62:25 63:7,13
  63:17,23 65:19
  65:20 67:12
  84:16 132:23
  141:15 150:1,8
  162:8
**half** 93:22
  129:14
**hallway** 126:24
**hand** 120:12
  162:21
**handcuff** 96:9
  105:20
**Handcuffed**
  93:13
**handcuffs** 93:8
  93:10 100:17
**handful** 124:3
**hands** 96:10
  106:14,18
**hang** 137:13
**happen** 48:5
  97:10 136:15
  136:15 137:15
  138:1
**happened** 48:22

64:20 68:9
92:19 100:6
102:23,24
110:13 112:3
112:17 125:3
147:18 160:1
**hard** 19:17 61:7
74:7 109:6
**hardware** 73:22
**hardwood** 84:21
**harm** 146:1,9,13
147:2
**Harrodsburg**
7:13 10:2 38:1
38:7 45:18
75:1
**head** 5:8 31:16
63:11 89:19
113:24 121:24
**health** 70:23
89:19
**healthy** 75:5
**hear** 138:24
**heard** 91:17,19
95:11,15 96:19
113:22 119:9
139:1
**heat** 111:23
**Hedrick** 26:1,5
26:20,22
**held** 48:16 54:25
96:10 137:16
**hell** 68:7 118:25
**help** 25:5 57:7
63:2 139:13
**helpful** 51:14
**Helton** 155:18
**Henderson** 76:4
**Hendrickson**
71:12,13 72:7
75:25 76:2,4,5
76:9,15,20
79:13
**Henry** 3:15

**hey** 140:24
**high** 35:4,9 36:2
36:12,16 38:11
39:2,5 68:5
**high-risk** 78:10
**highway** 3:4
96:8
**Hill** 24:24 65:23
**hiring** 41:6
**hisself** 100:13
112:22
**history** 47:8
75:19
**hit** 73:11
**hold** 39:23
**holding** 106:14
106:17
**holds** 60:13
**holy** 114:3
**home** 16:16
19:23,25 33:21
63:24 64:19
65:4 68:11,12
147:20
**honestly** 64:21
90:16 106:13
110:11 134:19
134:21 154:1
158:15
**hooked** 128:24
**hopes** 140:2
**horse** 32:1
**hospital** 48:16
49:12,13 78:6
80:1 128:24
129:13
**hospitals** 79:16
**hour** 46:4 93:22
93:22 129:14
129:14 157:10
**hours** 48:6 51:22
54:8 56:5
94:22 138:16
144:6,7 151:4

152:20
**house** 19:1 49:25
65:25 68:13
69:7
**housed** 150:17
**huh-uh** 5:8
**husband** 8:9 9:1
13:7 52:10,13
58:15,20
150:23 159:12
159:16,16,20
**husband's** 53:1
**husbands** 44:25
60:6,11
**husbands'** 7:11
**Hustonville**
11:14 13:5,10
13:13 63:25
92:12,17,21
93:16 95:10

_____
**I**
**idea** 23:4 30:25
43:3 75:10
102:9 106:11
**identified** 148:1
148:2
**idiot** 136:17
**immediately**
12:9,24 104:11
118:15
**important** 6:2
137:4,6,9,18
138:3
**incapable**
110:20
**incarcerated**
12:1,2,5,21,24
16:18,22 17:6
18:7,10 19:12
42:2 85:8,11
85:22 124:19
131:23 132:11
135:16 136:21

152:2
**incarceration**
12:25 18:19
84:19
**incident** 65:16
66:2,4,12
67:11,17 68:17
69:4,15,19
98:25 129:18
**incidents** 60:24
60:25 61:2,10
62:23 63:22
64:22 65:7,10
65:15
**included** 70:23
**incredibly** 50:4
**Indiana** 22:10
22:12,23 25:7
149:5
**Indianapolis**
22:10,23 25:7
25:11,18 28:23
28:24,25 29:4
29:21 30:19
31:1,4,8,20
**individual** 78:1
133:6
**individuals**
158:12
**industry** 81:16
82:13 83:14
**infant** 25:4,15
28:11
**Info@kydepo....**
1:24
**infrequently**
102:9
**injuries** 65:6
73:19
**inmate** 92:14
96:16 100:23
101:1,24 103:4
145:2 147:20
**inmates** 89:7

135:2 146:24
147:7,11
154:16 161:8
**inside** 100:15,16
111:13,15,23
**insinuated** 96:13
**insinuating**
96:14
**installation**
84:21
**instance** 20:16
**instances** 70:7
**instant** 48:14
**intense** 80:20
**intentions** 136:7
**intercourse**
108:16 109:4
110:6,8 111:8
111:20 112:6
112:13,15
122:10,17,20
123:3 124:25
135:21
**intercourses**
123:7
**interest** 115:9
**interested**
150:14,16
162:20
**intoxicated** 61:1
61:4,8,9 63:25
**introduced**
145:12
**involuntarily**
84:24
**involved** 28:14
44:15 62:10,14
63:16 73:7,10
**involving** 62:23
63:22
**ironworker** 30:2
**issue** 74:11,12
150:22
**issues** 60:12 71:3

72:21

**J**

**jail** 12:10 64:13
71:25 85:14,16
89:8 91:23
95:5,15 96:16
99:4 100:19
102:11 104:12
104:22 114:5,8
114:15,20
115:16 117:7,9
117:16,22
118:9 124:2,11
126:15 128:20
129:5 130:3,5
130:10,13
134:12 135:17
149:17 150:18
150:19,21
151:20 152:4
152:13 154:8,9
154:21 155:22
158:23 159:17
160:4,5,6,11
160:14
**jail's** 101:4
**jailer** 150:9
**jailers** 126:21
128:2,3
**jails** 85:7,21
103:24 146:25
147:11 153:1
159:21
**January** 86:20
87:6 90:6
97:23 98:6,18
101:5 104:19
122:12,13
125:3 129:22
**Jean** 24:1 25:7
**JEFFERSON**
162:3
**Jim** 101:19

147:18
**job** 6:9 27:2
29:25 30:1
35:20 37:15,24
38:4 41:3
51:18 58:25
60:13 67:4
84:16,24
139:13
**jobs** 31:2,4
45:13,15 84:3
**Johnny** 32:12,16
**joint** 14:13,18
15:11,13,20
16:3 20:21
108:6
**joints** 53:5
**joke** 96:15
125:11 127:2
127:25
**joking** 125:23
127:25
**Joseph** 78:10
79:21
**jumpsuit** 91:6
**Junction** 21:16
**June** 12:8,13,16
124:20,21,24
**justice** 39:13
136:16

**K**

**K** 66:20
**Karate** 80:10
**Kari** 11:14,22,24
12:1
**Kat** 66:17
**Katrina** 66:19
66:20 67:10
**KCIW** 9:13 12:7
12:11
**Keeneland**
40:22,24 43:3
41:5

**keep** 33:4 42:16
58:19 88:14
135:19,23
136:6 141:8
**keeping** 152:22
**Kenneth** 43:9
**Kenpo** 80:9,17
80:20
**Kentuckiana**
128:11
**Kentucky** 1:1,8
1:14,15 3:5,9
3:12,16 7:13
11:2 13:5
19:20 22:7
23:12,12,13,14
23:20,21 24:24
32:1,5,13
35:20 37:3,16
40:8,17 49:24
50:11 71:11
73:9 83:22
116:24 117:16
117:19,23
162:1
**kept** 9:11 73:21
136:11,17
146:11,12,24
147:10 160:11
**Kevin** 133:1
**key** 96:9
**kickboxing**
80:18
**kidding** 96:24
**kids** 18:1 19:7
20:10,20 58:4
58:7 88:2,5,15
111:5 139:13
**killed** 47:25
**kin** 162:19
**kind** 5:6 22:4
25:6 28:13
30:24 31:14,16
46:22 47:17

48:9 49:2,4
51:19 54:5
59:1,24 64:13
67:24 68:3
69:13 74:7
80:15 81:17,24
82:5,17,17
85:17 94:6,20
96:5,8,13,25
97:1,1,9 98:2
104:14 109:6,6
109:16,23,25
111:23 112:25
113:24 115:2
116:11 117:11
118:19,22
125:9,10,12,13
125:23 129:11
134:19 138:15
144:5,10 146:3
150:25
**kinds** 43:19
80:15 88:4
**King** 55:5,6
**Kinkead** 3:7
**kissed** 106:15
**kissing** 97:11
98:22 106:20
110:9,10
120:15
**knew** 26:22 97:4
112:3,12 129:4
136:10,17
138:17,18
139:1 143:4,8
144:1,9,12
145:13 155:24
**know** 6:5,13
7:16 8:2,6,21
9:13,15,16
12:18,23 17:22
19:19 22:21
23:6,9 25:10
26:8,19 27:1,4

27:5,6,8,8
28:17 29:1,2
29:15,23 30:12
30:22,23 31:5
31:10 32:23,24
33:3,7 36:24
37:1 40:16
41:13,15 42:23
43:13 45:13
46:24 49:1,7
50:6 51:4 54:6
54:13,17 56:16
60:14 64:6,8
64:13,14,20
65:14,20,22
66:5 67:25
69:17,21 72:4
72:6 73:1,5
77:15,20,24
78:11 81:18
82:7,15,18
83:10 86:25
87:11,13 89:18
89:22 91:4,7
91:14,18 94:8
94:10 97:1
99:14,19
101:18 102:12
102:16,23
103:8 104:14
107:19,21,23
108:18 110:25
112:20 113:14
113:22 114:1,9
114:16 115:3,5
115:6 116:22
117:6,7,8,11
117:14,22
119:13,25
120:1,2,10
121:25 122:5,8
123:2 124:3
125:10 126:24
127:3,9,10,12

127:13,14,18
127:24 128:15
130:7,15,25
132:4,8,8
135:6 137:7,25
138:1,16,17
139:21,22,25
140:2,3,7
141:7 142:19
142:22 143:16
144:9,10,12,17
144:20 147:4
148:13,17,19
148:23 149:2,5
149:7,9,14
150:20 151:3
152:6 153:17
153:24,25
154:1,24
155:14,19,24
156:20,23
158:11,16
159:10 161:10
**Knowing** 139:20
**knowledge** 22:22
22:22 26:17
34:5 60:11
67:10 69:24
119:15 144:15
148:3,14,15,16
149:6 150:18
155:9
**known** 6:22
**knows** 44:9
**Kroger** 74:25
75:1,10,13
**KSR** 129:2
**KY** 1:23

**L**

**L-A-Y** 7:4
**L-O-O-P** 13:12
**L-O-W-E-L-L**
10:24

**labor** 78:7
128:25
**laborer** 46:2
**lady** 78:7,9
81:10 116:22
119:12 121:5
127:14 138:18
**LaGrange** 129:7
129:7
**Lake** 23:11
**landed** 64:3
**Lane** 1:23
**language** 64:18
**Lanham** 127:15
127:16 135:5
**lap** 84:6,13
112:25
**Large** 162:5,25
**late** 107:7,9
113:1
**Latham** 127:14
**laugh** 44:8
**laundry** 133:23
134:2,2,5
**law** 3:11 67:15
69:17
**Lawn** 58:24
63:10
**lawsuit** 4:18
70:14,18
145:14 146:17
149:7
**lawsuits** 44:16
**lawyer** 148:2
**lawyers** 6:4
137:2,3
**Lay** 7:3,5 24:3
25:8
**learn** 91:16
155:10
**learned** 136:9
143:12,17
**learning** 31:15
**leave** 6:15 34:21

37:9,24 46:7
61:19 140:16
160:13
**leaving** 144:17
**Lebanon** 77:8
77:22 79:21
104:15 127:11
**led** 57:6
**left** 16:15 25:10
34:19 38:2
59:14 68:22
82:12 94:5
105:15 106:16
140:10,12,14
140:18 153:6
160:9
**leg** 93:11
**legal** 3:3 6:17
151:17
**legally** 11:17
35:1
**length** 20:23
**Leonard** 10:10
**let's** 78:23
106:13 109:12
114:24 132:12
141:7
**letting** 106:8
**level** 110:14
**Lexington** 3:9
8:11 40:11
50:10 51:2
53:11,11,19
78:3,4,6 79:21
79:25 85:18
**Liberty** 32:12
**licensed** 40:1,17
**licenses** 39:24
40:6
**lien** 13:25
**life** 25:6,17 50:1
50:2 72:9
74:23 75:12,19
78:16 139:21

140:7
**ligation** 110:23
**light** 73:9
**lighter** 103:9
**lights** 107:22,25
**Lincoln** 10:21
12:10,15,18,25
23:24 69:20,24
71:25 85:10,23
129:5 136:5
**Linda** 24:1 25:7
117:21 119:17
119:19 142:2
148:17
**line** 31:6 152:23
**lips** 98:23,23
**listening** 155:23
**little** 4:14 33:3
41:6 68:5,8
73:22 95:16
97:6,7 99:20
108:2 113:1
116:12 120:5,7
120:8,10 126:8
129:11
**live** 10:1,7,22
13:4 14:7 15:7
18:22 19:3,15
20:1,10,15,22
21:15,19,25
23:13 34:1
48:13 62:19
63:19 65:23
75:17
**live-in** 32:8
**lived** 10:11
13:22 14:6,23
17:25 18:4,18
18:21 19:11
20:11,14 22:6
22:14,15,23
23:7,23 27:12
27:22 28:17
29:21 30:13

31:25 32:9,17
33:14,15 34:3
45:7 53:19
63:21 75:4
**lives** 11:1,13
15:25 21:6
26:8,23
**living** 20:24
21:12,14 24:23
24:25 28:11,18
29:3 31:23
32:3 33:9,24
48:21 64:2,4
**LLC** 1:22
**located** 37:2
51:1,5,7 53:10
54:18 129:2
**log** 153:5
**Logan** 36:21,22
37:5,6 79:20
**logical** 86:6
**logs** 9:14 153:19
153:22
**Lollipops** 83:1,5
83:18
**long** 13:14 19:3
20:1 21:19
28:25 29:15
30:12,25 32:19
33:7,14 37:6
38:9 40:24
42:15 46:22
48:13 53:20
54:1,2 62:18
74:7 81:1,23
90:13 93:21
95:21 96:1
102:10,12
107:15 114:14
144:13 146:5
150:14,16
156:16,24
157:2,4,7
**long-lost** 149:4,6

**longer** 24:7 67:1
95:17 146:12
146:20 147:10
147:24
**look** 14:2 61:8
112:24
**looked** 94:10
96:23 114:1
**looking** 5:4
108:4,6 160:8
160:11
**looks** 7:24
**Loop** 13:12,14
14:2,7 18:1,4
18:19,21
**lose** 16:1 139:12
**lost** 129:6
**lot** 5:14,15 33:5
33:6 51:7
57:16 60:1
74:6 81:11
83:22 92:23
93:2 108:3
109:1 137:1
**lots** 44:5 135:11
**Louisiana** 23:12
**Louisville** 1:2,23
3:16 129:4
**love** 43:16
131:12 138:25
**loved** 131:5,6,9
131:17
**Lowell** 10:23
15:23
**luckily** 73:22
**lumping** 98:3
**lying** 109:9
128:8
**Lynn** 3:7 141:15

**M**

**M** 162:4
**M's** 71:6
**M-A-R-K-L-...**

29:11
**ma'am** 4:16 6:21
9:23 10:17
18:17 19:14
20:12 21:24
23:1,6,22 24:5
24:13,20 26:16
28:5,8,12
30:11,17 32:7
32:10,15 34:17
34:20,25 35:7
35:13 36:1,13
36:25 37:13
38:25 39:22,25
40:13 41:12,19
41:21,23 42:1
42:13 44:14,17
44:22,24 45:1
45:6 46:6
47:14 50:14
54:22 67:13
70:1 72:1,17
73:25 75:15
84:5 85:3,6
87:1 93:17
95:18 100:24
101:8,19
103:23 105:12
108:15,19
114:7 132:3
133:8,10,14
142:11 148:7
149:10
**MAC** 150:19
**mad** 134:16
**Madison** 10:6,7
14:17,19 15:12
22:3 77:9
**maided** 7:3
**maiden** 24:8
27:23 28:7
**Main** 3:8,12
**major** 65:8
136:16

**making** 56:10
57:10 136:8
145:5 154:2
159:9
**male** 71:8,9,17
71:18 77:5,6
77:13,14 91:2
92:14 93:19
100:23 101:1
103:4 126:15
128:3 133:9
148:9,11
**mall** 53:13
**man** 32:9 70:11
96:12 112:9
**man's** 109:10
**manage** 124:8
**management**
28:15
**manager** 55:3
**mandatory**
38:20
**mandible** 73:20
**manner** 125:23
**March** 123:8
162:6
**Marion** 3:13
10:8,12,13
12:22,24 17:4
49:9 85:10,23
86:23 90:1,22
90:24 95:3,8
96:15 101:17
103:21 104:10
104:21 105:6
106:16 118:20
120:22 125:15
126:21 127:19
128:3 132:1,4
133:24 134:10
135:2,11
142:10,16
143:11,19,20
143:23 144:3

144:22 148:19
148:22 150:9
150:13,22
151:6,11
153:12,17
154:3,11,12,15
154:20 155:4,7
155:9 156:2,10
156:11 157:1
158:5 159:22
161:7
**Mark** 20:9 24:3
25:8
**Markland** 29:9
29:13
**marriage** 7:14
8:12 29:18
59:22,25 94:3
94:7
**married** 7:7,12
7:20,25 8:10
9:3 10:3 24:4,7
24:9,11 26:10
26:24 27:20
29:6,13,16
30:7 31:21
32:6 45:4
52:10 59:6
61:23 62:1,4,6
62:10,14,16
63:13,17 66:24
67:1 70:10,11
115:4,5,6
139:12,20
140:5
**Martin** 7:13
11:3 62:6
**Marty** 49:15
**Mason** 11:1 14:9
21:10,12 66:7
66:8 67:17
76:1
**Mason's** 76:14
**master** 40:4

**Masters** 45:18
45:19,22 50:9
58:24 63:10
84:23
**mat** 119:23
**material** 136:1
**maternal** 27:13
**mates** 125:25
**math** 19:16
72:10 74:4
**Matt** 149:18
**matter** 136:23
136:25
**matters** 137:1
**Matthews** 79:22
**Mattingly** 10:6
10:10,14
**McDowell** 79:18
**McKinney**
19:19 65:3
**McNear** 127:7
**mean** 6:7 44:18
50:1 56:16
57:3 74:9,16
75:5,25 78:15
89:9 94:13
102:25 108:18
113:22 115:3
119:13 124:17
135:20 136:25
145:19 156:13
**means** 98:14,23
**meant** 96:12,22
97:2 131:15
**mechanics**
109:25
**medical** 65:9
70:2 79:5,6
85:4
**medicine** 74:17
74:18
**meet** 52:12,18
86:19,22
117:10 131:25

141:17
**meeting** 134:9
134:11 143:12
143:14
**meets** 120:5
**Melissa** 1:21
5:20 162:4
**Melissa's** 130:4
**member** 42:9,16
**members** 33:15
**membership**
42:14
**memory** 80:19
**men** 70:10
**men's** 129:9
**mental** 70:8,10
70:15,22
**Mercer** 23:24
**Meridian** 26:9
**met** 4:11 52:10
52:16,17,24
89:7,24 90:5
90:14 98:7
131:23 132:2
145:10 148:6
151:22 152:9
**Methamphetа...**
17:13
**Mexico** 22:15
23:2 30:16
31:8,11
**Michael** 9:2 11:2
13:7,9,11,17
14:3,7 16:14
16:17 17:14,25
19:7 20:4 60:8
60:13,18 61:11
62:25 63:7,13
63:17 84:16
130:7,20
132:23
**mid** 91:13
**middle** 14:17
15:2 159:14

**mileage** 144:19
153:6
**miles** 156:20
**military** 44:23
44:25
**Miller** 72:4
**Mills** 133:1
**mine** 11:24
68:25
**minutes** 86:4
102:13 120:22
129:10 151:4
152:20 156:17
157:7,10
**mirror** 112:24
**miscarriages**
136:15
**misconduct**
145:25
**missed** 46:13,20
141:20
**missing** 46:8
**missionary**
109:6,8
**Mississippi**
22:14,24 25:12
26:9,23 28:10
28:18
**mistreat** 145:17
**mistreatment**
145:16 151:14
151:16 152:15
154:3
**misunderstand**
76:7,10
**Mitchellsburg**
42:6,9
**mixed** 31:17
**Moco** 8:21,24
**mom** 25:20 27:2
27:10 28:10,19
29:5 32:4 33:8
33:22 49:20
50:1 69:6

**mom's** 24:10
27:2,18
**moment** 111:23
**Monday** 134:2
**Monet** 149:9
**money** 37:22
51:24 52:1
54:3 56:18
59:7 84:9
133:16
**monitor** 145:19
**monitors** 128:25
**Montgomery**
8:16 23:24
38:18 39:2
**month** 36:5 43:6
43:11 73:13
103:15 110:5
**months** 11:13
31:3 37:8
51:17 59:19
62:17,20 63:18
63:20 73:5
81:24 94:5
127:19 136:4
136:22 138:17
139:25 140:2
158:16
**Morgan** 55:11
55:15 83:2
**morning** 43:24
107:8 144:8
159:12,20
**mother** 20:4,6
24:11,19 25:13
26:24 29:6,13
30:7,9 31:21
31:23,24 32:6
33:16 34:14
35:2 65:17
68:16
**mother's** 24:8
32:21 33:18
**motivation**

138:12
**Mount** 75:4,8
77:21,22,24
78:5,6 79:13
**mouth** 97:15
**move** 29:20
30:15,18
134:20
**moved** 23:14,19
25:12 27:1
28:9,21,23
29:24 31:19,20
32:1,21 33:18
33:21 34:14,15
34:18,22 49:24
49:24,25 63:24
**moving** 64:25
66:13 67:23
69:8 141:8
**Mt** 8:15
**Muay** 80:18
**multiple** 17:7
**mutual** 106:12

___
### N

**N** 2:1 3:1
**naked** 50:22
57:21,24 99:2
110:14,16,17
**name** 4:11 6:17
7:3 9:11 10:9
11:17 14:16
15:2 24:8
25:25 27:21,23
28:4,7 29:8
36:19 40:12
41:7 43:8
50:15 53:1
55:10 69:1
71:10,15 72:2
72:3 73:15
77:21 82:4
83:2 87:13,15
91:4,17,19

113:17,22,24
117:14,20
127:6,8,9
141:15 148:13
150:8
**named** 127:14
135:6,13 149:4
**names** 4:14 6:23
7:11 8:25 9:24
14:17 23:25
24:7 43:13
65:18 77:15,25
116:20 127:12
158:11
**Nathan** 10:19,22
14:14 15:4,7,9
15:17,19 16:7
20:16 22:2
72:23 73:7
77:23 78:5
**nature** 16:12
70:25 105:10
106:23 110:7
147:22,23
**near** 65:4 75:16
**nearly** 61:4
**necessary**
146:13,20
**neck** 106:15,20
**need** 6:7,12
136:19
**needed** 54:2
73:22
**negative** 6:4
120:14
**neglect** 16:5
17:15,23
**negligence**
151:20
**negligent** 88:20
**neither** 97:5
162:18
**nervous** 97:9
129:11

**never** 12:2 45:7
67:20 74:14
75:20 83:23
88:16 89:10,12
110:22 111:4
114:24 115:18
128:2,5,6
130:4,18
132:15 135:13
140:6 141:23
142:9,12,21
147:5 149:21
155:3 160:9
**new** 17:3,8,10
22:15 23:2
30:16 31:8,10
51:6,7 54:19
**Newton** 26:23
**nice** 40:19 57:12
82:18 95:24
102:5
**nicer** 56:13,15
56:17,19,21,24
57:1
**Nicholasville**
3:12
**night** 43:24
64:12 107:7,9
113:23 134:3
159:14
**nights** 114:18
**nine** 62:17,20
121:24
**ninth** 35:11,14
**nipples** 83:23
**nobody's** 135:24
**nodding** 5:7
**nondenominat...**
44:10
**nondetainee**
145:21 146:2,7
147:9 156:5
**normal** 118:19
129:15

**normally** 33:3
**northern** 116:23
117:16,19,23
**Norton** 79:22
**nose** 78:14
**Notary** 162:4,25
**notes** 58:19
**notice** 1:13
140:10
**November** 13:1
13:3 16:20,23
17:7
**nudity** 50:20
57:19 83:19
**number** 22:12
65:25 123:2,17
124:6,11 154:9
154:13 158:5
158:12
**numbers** 158:7
158:18,19,23
**nurses** 40:2
128:24 155:17

---

## O

**O-A-K-S** 73:17
73:18
**O-C-H-S** 73:17
**O-R** 67:3
**Oak** 21:16,18
**Oaks** 73:16
**oath** 6:1
**OB** 75:25 77:24
**OB-GYN** 76:16
**OB-GYNs** 76:23
**object** 104:17,17
105:7 151:17
155:13
**objecting** 108:9
**objection** 152:16
**obtain** 34:16
38:11,12 39:15
40:10
**obtained** 39:7

135:9
**obviously** 68:18
85:25 86:1
99:1 126:25
127:2
**occur** 65:1
105:10 106:11
**occurred** 74:2
128:14
**occurring**
144:14
**October** 36:6,8
36:11 83:7
**odd** 46:16 144:7
151:1 159:13
159:19
**oddly** 146:5
**offer** 101:20
102:3 130:23
**offered** 98:9,13
132:13,18
**offering** 102:2
**office** 69:25
101:15 142:13
147:15 148:25
155:20,21
**officer** 115:25
129:1,6
**officers** 69:21
**Offices** 3:11
**official** 155:4
**officials** 144:5
148:24
**oh** 9:16 24:9
28:24 37:4
55:22 94:8
109:11 113:1
119:22 122:16
128:13
**okay** 4:17 5:12
5:13,24,25
6:10 7:2,5,16
7:19,22 8:7,8
8:21 9:9,22

10:5,18,25
11:6,12 12:3
13:3,20 14:1,6
14:18 15:11,17
16:4 17:1,19
17:22 18:15,18
19:7,15,18
21:14,19 22:6
22:12,18 23:2
23:7,19 24:2,9
24:11,14,16
25:14 26:21
27:15,17 28:24
29:3,8,23
30:21,23 31:12
33:11,17 34:7
34:13 35:17,22
36:11,16,19
38:7,14,23
39:1,6 40:19
41:16 42:5,7
42:16 43:10,23
44:8,15,21
45:7,12,23
46:23 47:1,15
47:23 48:11,15
48:19 49:22
50:3,6,12
51:11,21 52:3
53:8,16 54:25
55:25 56:16
58:18,22 59:20
61:14,20,23
62:3,9 63:4,5
63:12,13 67:4
67:19 69:14
70:7,22 72:13
73:24 74:8,19
75:22 76:24
77:19 78:12,16
78:19,25 79:3
79:4,7,14,19
79:24 80:4,22
81:3,8 82:11

82:21 83:12
84:9,15 85:17
85:21 86:16,19
87:5,23 88:10
88:24 92:16
93:8 94:12,17
95:11,13,14
96:1 97:17,19
97:22 98:2,5,6
99:4 101:20
102:8,15
103:11 104:5
105:13,22
106:16 107:2
108:2,12,16
109:2,5 110:1
110:14,14,19
111:7,16 112:5
112:8,12 113:4
113:14,19
114:3,11,19,23
115:7,12,18,22
115:24,25
116:11,14
118:4,6,21
119:7,11,21
120:20 121:3,6
122:9 123:2,5
124:24 126:2,5
126:20 127:18
128:22 129:15
130:20 131:2
132:16 133:2,5
134:16 135:4,8
137:16 138:9
138:20,22
139:6,19,23
140:9,17 141:1
141:5 143:24
144:21 145:5
145:14 146:5
149:9 153:17
157:8,16
158:22 160:15

**Oklahoma** 23:9 31:11
**old** 23:16,18,20 24:16 25:10 26:6 27:10 29:12 32:16 33:20 34:15,18 34:19 35:22 37:18 51:16 58:10 66:8 73:12 91:12,12
**older** 81:11
**oldest** 14:21 21:2
**once** 59:16 81:9 100:22 107:2 118:16 138:1
**one's** 137:11
**ones** 45:2 75:3 75:21 85:12 126:17
**ongoing** 125:10
**open** 51:3 53:14 99:19 120:9,13
**opened** 93:5 97:20 120:8
**opening** 7:23
**operating** 49:2
**operations** 129:24
**opportunity** 146:8
**option** 19:23 84:12
**options** 74:17
**oral** 1:16 97:14 98:9,13,20 99:1,9,25 100:5 102:19 110:8,11 120:18 122:14 123:1 125:2
**orange** 160:5
**order** 30:20,22 31:9 64:18

144:16 153:25 161:8
**orders** 152:24 153:3
**outcome** 64:8 162:20
**outpatient** 80:2
**outside** 22:6 43:12 47:21 61:18 100:14 111:14 115:15 157:17
**outstanding** 17:16,18
**overheard** 116:18 118:8 119:25 121:5 142:3,7
**owned** 13:23,25 58:23 59:6 80:9
**owner** 55:5 58:15
**owners** 14:3

---

**P**

**P** 3:1,1
**P-E-R-R-E-L-L** 78:18
**P-H** 26:3
**p.m** 161:19
**Padgett** 130:7 130:16,21
**Page** 2:3,4,5,6,7 2:8,9,10
**paid** 83:25
**paint** 30:24
**Palm** 23:11
**Pamela** 68:25
**panties** 83:23 135:23,25 136:6 137:14
**pants** 97:12,13 99:1 100:9

110:18
**paper** 94:10
**Pardon** 161:13
**Parell** 78:15,17
**parents** 27:6
**parents'** 23:25
**parked** 49:3
**parking** 92:23 93:2
**part** 4:25 20:10 21:25 31:25 50:2 75:2 110:12
**partake** 52:19
**partial** 50:20,21 57:19 83:18,20 83:21
**participant** 98:15
**participate** 151:16 152:15
**participated** 145:15 151:13
**particular** 82:9
**parties** 162:19
**parts** 98:4
**passed** 46:9 103:8 152:11 152:12
**passing** 28:3 33:19
**pasties** 83:23
**path** 25:6
**patient** 79:16
**Patricia** 127:7
**Patrick** 29:9,13 30:4,7,9 31:21 32:3
**Patrick's** 29:25 30:1
**patron** 52:23,24
**Patterson** 27:24 27:24,25 28:6
**peed** 112:19,20

120:14
**pending** 121:24
**penetrated** 108:20
**penis** 108:20
**penises** 125:25 126:18
**Pennington** 3:5 3:18 4:17 86:12,16 90:23 103:7 104:18 123:14 127:22 132:14,20 133:6,19 136:10 137:19 138:6 141:24 143:1,5,9,18 144:1,2,24 145:22 146:12 147:6,17 148:12,15,21 148:24 152:25 153:8,9,11 155:5,12,18,20 156:7,14 157:3 160:12
**people** 5:21 8:22 19:6 40:1 43:19 57:15 61:6,8 62:13 66:14 89:7 117:10 132:21 137:2 138:15 152:7 158:13 158:17,23
**people's** 37:21
**percent** 20:22
**percentage** 14:23
**perform** 98:9,13 101:20 102:2 110:8
**performed** 78:21 79:8 97:14

98:20,25 99:9 99:25 100:5 120:18 122:14
**period** 15:12 18:2,7,8,19 19:11 25:21 37:12 41:14 51:15 53:22 55:19 59:17 61:13 62:9 71:19 72:6 75:22 80:5 81:13 83:4,9 124:18
**periodic** 87:16
**periodically** 83:15 152:4
**permanently** 16:2 18:6
**Perryville** 37:16 37:19 120:6 156:25,25
**person** 14:2 32:11 91:3 92:1 95:4 128:8 131:6,17 140:6 142:19
**person's** 154:9 158:4
**personal** 103:6
**personally** 145:15,16 151:13,15,22 152:14
**persons** 32:11
**Petitt** 2:4,7 3:3,3 4:9,11 47:6 53:19 67:7 86:2,5,10 128:13,18 141:2,5 154:6 157:14,16 158:2 159:1 160:17 161:16

**Pewee** 1:15 3:5
**pharmacies**
74:23 75:13,16
75:17
**pharmacy** 74:22
75:7,8
**Phillips** 113:11
113:14,21
123:21
**phone** 124:10
132:9 154:14
154:16,18,23
155:1,23 158:5
**phrase** 125:16
125:18 127:21
**phrased** 146:6
**physical** 60:9,25
61:11,20 62:23
63:7,23 65:6
70:8,9,15
106:22
**physically** 60:3,6
**physician** 71:20
**physicians** 71:18
72:7,8
**PI** 85:19
**pick** 68:9,21
82:19 95:4
105:5 113:7
134:7 147:11
161:8
**pick-up** 161:5
**pick-ups** 151:7
**picked** 64:1 66:4
68:24 90:21
91:2,22 92:14
93:18 94:14
103:4,21 104:3
107:11 113:20
114:2,5 117:18
123:21 143:15
144:7,8 145:13
147:18 148:9
148:12 149:16

149:19 159:11
159:11,13,19
**picking** 69:18
143:13 146:24
152:19 159:15
**picture** 109:24
126:13
**piece** 48:24
129:8
**pin** 124:6,11
154:9,13 158:4
158:7,12,18,18
158:22
**pissed** 118:23,24
**place** 22:18
40:12 50:13
56:13 57:4
81:12 87:25
88:5,11 107:20
108:7,12 144:6
144:11 145:8
152:20 162:9
**places** 45:15
56:3,8,17
57:12 84:7
**PLAINTIFF** 1:5
3:17
**plan** 88:12,17,19
88:25 133:11
133:15,17
**plans** 130:1,5,9
130:12,18,19
135:15
**plant** 31:2
**Platinum** 53:9
53:23 54:12,13
54:16,23 55:8
55:14,17,22
56:1,4,14,15
56:18,23 57:10
57:18,22,25
58:5 80:6
82:25
**PLC** 3:15

**please** 6:8,17,25
7:11 9:1,5,24
23:25 25:25
26:2 31:18
43:15 47:16
51:8 65:18
69:1 71:13
78:17 80:11
102:22 111:7
127:8 130:3
132:16
**pled** 64:6
**PLLC** 3:3,7,11
**plumber** 40:4
**plus** 109:21
142:7
**pocket** 96:9
120:10
**point** 15:5 17:20
24:4,14 26:24
29:7 35:2
75:19 86:7
99:2 100:18
104:5 106:14
110:3,19
111:17 113:19
119:2 120:2
121:4 122:4
137:21,23
139:23 142:24
144:13 154:6
156:19,19
**points** 160:4
**police** 67:20
69:17 136:5
**policy** 145:24
147:8 153:24
**popped** 112:18
**portion** 17:23
19:13 35:12
**position** 54:25
109:3
**positive** 7:24
117:21 120:18

123:20 137:24
**possession** 17:4
17:11 88:23
**possible** 110:12
122:8 124:16
**possibly** 75:2
91:17 131:4
133:3 140:8
**postnatal** 77:2
77:11
**postpartum**
76:12
**power** 31:2
**practical** 40:1
**practice** 72:3
78:1,2
**pre** 77:2,10
**preceded** 110:6
**preceding** 12:24
**precipitated**
67:22
**predictable** 5:16
**pregnancy** 35:25
71:22 76:1,12
120:3,11,13
137:15,25
156:1
**pregnant** 35:23
49:25 110:20
111:21 112:10
112:12 113:25
134:3 135:8,15
135:23 136:9
136:18,20,22
137:11,12
138:10 139:15
139:18,23,24
140:2,23 142:6
143:10 155:7
155:16
**prenatal** 77:23
**prepare** 41:17
**presence** 162:13
**present** 3:18

65:14 89:25
132:12 141:16
145:23
**presume** 11:3
80:3
**preterm** 78:7
**pretest** 38:18,23
**pretrial** 88:8
94:5 121:19
**pretty** 22:3,4
39:4 75:5
80:20 81:3
94:9,11 95:16
105:24 107:5
108:25 109:20
120:17 123:20
147:17,19
152:13
**previous** 150:21
**primary** 71:20
72:8
**prior** 12:9,21
13:3 117:15
121:25 142:5
143:5,8 144:2
145:10 148:18
148:21
**prison** 129:7
130:3,5 135:17
139:24 150:19
**prisons** 85:21
129:9
**probably** 5:9 8:3
54:12 75:1
78:2 81:7 88:1
94:22 96:19
103:6,9 106:12
106:14 107:11
109:20 110:18
115:10 127:1
127:24 131:7
131:11 138:7
139:12 140:4
140:24 141:7

152:18 155:22 155:23 156:22 157:7,10 158:6 158:14
**problems** 59:21 59:24 140:7
**procedure** 1:18 153:24
**proceeded** 104:13
**process** 4:23 13:19 57:7
**professional** 39:23 40:6
**program** 43:17 72:15,16
**promised** 119:14
**promoter** 80:15
**proof** 136:18,19 137:14
**property** 13:17 14:1,4 129:9
**protection** 121:7
**prove** 136:12,14 137:9,18 140:13,21
**provide** 153:20
**psychiatrist** 70:24
**psychologist** 70:24
**PTSD** 60:2
**Public** 162:4,25
**Pulaski** 104:13 113:13,20 114:3 123:21 159:23
**pull** 97:7 107:16 108:7 112:23
**pull-off** 120:7
**pulled** 92:22 93:2,7 97:5,22 100:10,19 102:11,17

104:10 105:24 107:18,21,24 108:4 110:18 118:9 160:7
**pulling** 106:10 134:20
**purpose** 162:10
**purposes** 1:16 135:21 140:21
**pursuant** 1:13
**push** 109:19
**pushed** 61:17 65:16
**pussy** 126:6
**put** 92:7,13,17 92:24 93:4,6 100:11,17 118:9,17 121:20 124:11

---

**Q**

**quality** 57:14
**quantify** 53:21
**Quantrell** 54:19
**question** 5:18,24 6:6,8,9,10,14 8:20 18:14 20:20 32:25 39:15 56:25 57:5,6 60:16 63:3 119:16 121:22 122:14 137:5 140:17 146:4,6,11,23 156:4
**questioning** 154:7
**questions** 4:20 5:4,14,15 6:3,5 33:13 46:24 49:23 110:5 129:20 137:3 141:3,6,18 150:1,10

157:13 158:10 160:16
**quick** 82:19
**quickly** 48:17
**quite** 64:17 94:23 96:12

---

**R**

**R** 3:1
**R-I-T-C-H-I-E** 7:1
**racetrack** 40:22
**radio** 144:16
**ran** 47:18,24 48:24 73:9
**random** 158:22
**range** 52:3
**rape** 136:8
**rash** 68:8
**read** 67:4 129:24 162:16
**ready** 48:11 104:12 160:13
**real** 7:25 40:4
**realized** 160:7,9
**really** 11:24 27:4 27:9 31:5,11 57:4 64:8 68:2 69:12 72:24 97:10 106:12 118:23 146:3 158:15
**reason** 6:2,12 27:8 28:17 29:23 30:12 45:10 122:5 130:15 140:22 143:3,7,24,25 145:13 150:13
**reasonable** 147:10
**reasons** 79:5,5
**recall** 23:3 25:16 28:25 29:12

32:16 33:20 41:7 46:3 50:8 55:3 61:14 72:2 78:13 81:13 82:4 87:19 89:6 90:3 91:3,19 94:20,24 110:11 124:17 126:20 154:25 159:21
**received** 145:2,6
**receptive** 102:2 102:6
**RECESS** 47:4 86:8 128:16 157:18
**recline** 109:22
**recognize** 86:17 113:19
**recognized** 22:11 94:13
**recollection** 28:16
**record** 4:13 5:12 6:18 8:24 42:17 47:7 126:9
**recordings** 41:22
**recover** 73:24
**Recovery** 43:17
**Recross** 2:9
**RECROSS-E...** 161:1
**red** 73:9
**Redemption** 43:17
**Redirect** 2:7 158:1
**reduced** 162:12
**Reed** 149:9,14
**refer** 74:19
**referring** 87:25 139:11

**regard** 16:5 67:17 72:22 88:20 122:15
**Regional** 85:16
**regularly** 42:3 83:13
**related** 87:23
**relation** 11:22
**relations** 148:5
**relationship** 49:18 60:22 61:25 62:11,14 62:16 63:16 130:13 131:22 142:25 143:4,8 144:1,23 146:8 147:6 148:15 148:24 149:12 149:23 155:5 155:11
**release** 135:9
**released** 132:9
**religious** 44:2
**remain** 100:22
**remember** 16:10 16:12 18:24 25:21 31:13 54:20 71:7,16 78:7 86:14 90:16 103:2 106:13 113:17 125:2 135:13 152:12 157:2
**remind** 53:1
**removed** 99:1 160:5
**rent** 13:18
**rephrase** 6:8 20:19
**report** 55:8 87:15 88:5
**reported** 55:4 88:7 147:5 148:23

**Reporter's** 2:10
**Reporters** 1:22
**represent** 4:17
4:18 86:12
110:19 150:9
**representation**
155:22
**request** 156:5
162:15
**reside** 13:14
32:19
**resided** 12:11
18:6 23:21
33:7
**residing** 33:22
**respect** 146:23
**respond** 70:3
97:3
**responded** 49:8
69:22,25
**response** 5:5,12
119:1,8
**responsibilities**
35:21
**responsible**
60:14 151:20
**restaurant** 37:16
**restrained** 93:8
**result** 65:7,9
146:1
**retained** 135:25
**retirement**
147:23
**return** 35:17
100:3 116:8
118:12 142:15
**returned** 92:22
159:15
**review** 41:20
**revocation** 122:7
**revoke** 42:14
**revoked** 94:6
**rewind** 108:2
**rhinoplasty**

78:21 79:4,24
**ride** 92:11 95:7
104:13
**right** 4:15 9:1
16:7 21:11
25:5,14 27:5
28:9,11,13,22
31:14,18 35:15
36:9 37:17
39:20 41:8
42:20 47:7
48:9 49:21
50:15 51:9
54:11 55:3
56:8 62:19,22
63:6,9 72:23
76:7 77:23
78:8,16 79:10
80:5 81:8,12
82:19 84:10
85:18,19,20
92:9 94:15
95:1,13 96:1
98:2 99:10
100:21 101:13
105:7,8 107:2
107:15 112:5
112:15 114:4
115:1 120:7
122:9 126:10
126:25 133:3
139:9 140:9
141:24 142:3
142:13,14,17
146:21 152:19
153:2 155:2
**Ritchie** 7:1,13
7:20 8:1 9:25
49:15
**Rite** 75:18
**road** 19:19 20:11
20:25 21:13,14
21:16 23:17,18
43:17 51:6,8

51:10,13 61:16
65:2 68:6,8,12
97:4 99:18
102:11 105:23
107:19 113:5
118:22 120:6,8
129:7 151:5
152:21
**roads** 54:20 97:6
**Robbins** 3:9
134:8 141:17
142:16,20,24
143:4,20 144:1
144:12 145:10
145:15 148:18
**Robert** 11:14,23
**rode** 132:6
**Rodney** 80:9
**romantic** 62:15
131:21
**room** 6:15 64:2
64:4 96:19
**Rose** 149:18,21
**roster** 42:17
**round** 74:5
**rude** 58:18
**ruin** 139:21
**rules** 1:17 4:24
**run** 4:24
**running** 92:22
96:15 127:2,25

_____
**S**

**S** 3:1,3
**safe** 11:3
**sake** 130:4
**salary** 59:4
**sales** 41:1
**SAP** 72:15,16
**sat** 48:16
**Saturday** 43:25
134:3
**save** 133:18,20
**saw** 25:15 48:5

49:19 71:2,24
76:12 77:21
103:11 107:22
123:13 152:8
**saying** 5:8 20:20
20:21 31:15,18
62:4 75:20
96:25 119:9
125:11,12
126:13 135:12
138:25
**says** 43:22 44:12
**scare** 68:7
**scared** 119:2
**scene** 49:8
140:12
**schedule** 51:19
54:4
**school** 10:16
23:17,18 35:4
35:9,18 36:3
36:12,16 38:11
39:2,5 40:11
39:13
**science** 24:24
39:13
**screen** 89:3
**screens** 88:8
**seasonal** 40:25
81:25 83:6
**seasons** 40:25
**seat** 92:8,12,13
92:16,17 93:15
99:24 100:2,22
101:2 105:17
108:1,13 109:5
109:17,19,22
118:17 120:17
**second** 19:18
29:20 39:11
43:6 49:20
52:10,13 53:1
78:22 98:7
106:1,11 121:6
**seconds** 157:17

**Security** 22:11
**sedated** 73:21
**see** 8:20 22:11
34:7 48:19
50:4 67:3 74:4
75:23 95:5,22
96:4,10 97:2
103:17 159:16
**seeing** 88:15
**seek** 65:9 72:21
**seen** 71:22 76:12
76:19,23 78:16
79:11 87:2,5
135:13 142:21
159:20
**semen** 99:10
**semi** 73:9,11
**send** 134:4
**sensitive** 47:9
**sent** 129:15
**sentenced**
121:18,23
122:1,5
**separated** 59:17
**September** 1:13
162:21
**series** 4:19 5:3
**serious** 80:8
128:1
**server** 38:4
45:14
**service** 41:4,6
43:6,24
**services** 1:22
42:20,24 43:4
46:10 49:7
64:15 70:2
88:1,8,12
**sessions** 71:1
**seven** 73:10
**sewing** 46:1
**sex** 97:14 98:9
98:13,20 99:1
99:9,25 100:5

102:19 105:10
108:1,7,13
110:8 114:20
114:25 115:3
116:8 117:1
118:8 120:15
120:16,18,19
121:9,13
122:14 125:3
130:20 131:3
132:13,18
133:20 136:12
138:2,6 140:13
141:24
**sexual** 70:13
96:14 101:20
102:2 105:9
106:23 110:7
115:19 130:13
131:10 132:19
133:7,11,19
134:25 135:20
135:20 142:25
145:25 147:14
148:4 155:5,11
157:4
**sexually** 70:18
131:18,19
**shackles** 93:9,11
**Shelby** 22:3
**sheriff** 87:3
141:16 142:16
142:20,24
143:4,19,25
144:12 145:10
145:15 148:18
**sheriff's** 69:20
69:25 101:11
101:14 142:13
145:19 147:15
147:24 148:25
153:14
**sheriffs** 101:5
**shift** 52:4 56:11

57:9,11
**shipped** 71:23
**Shirley** 27:23,24
28:4,19 48:8
**shirt** 100:8
110:17
**shits** 94:3,7
**shoe** 140:14,15
140:24,25
160:7,9
**shoes** 160:5,13
**shops** 89:19
**short** 27:3
**shorter** 115:23
**shorthand**
162:13
**shortly** 34:15
**shoved** 64:25
66:12 67:12,19
69:8
**shoving** 67:22
69:15
**show** 88:17
152:6
**showed** 69:18
70:5 120:14
**shows** 124:14
**shutdowns** 31:3
**siblings** 25:23
26:15
**sic** 78:18
**side** 48:16 92:23
93:2 102:11
105:23 107:19
**sign** 104:12
162:16
**significant** 103:1
**silly** 37:1,4
**simplest** 11:11
**Sims** 71:5,19
72:5,22 74:13
74:15 75:24,25
76:9,12,14,17
76:20

**Sims'** 72:2
**singe** 115:23
**single** 114:24
**sir** 117:5 153:10
153:13 156:8
**sister** 65:17
68:16 69:6
**sit** 143:25
**sits** 68:5
**sitting** 5:1 86:17
109:15
**situation** 48:15
50:4 74:10
**six** 51:16,22 54:8
56:4 121:14,25
122:22 136:21
140:2
**six-year** 61:13
**Sixteen** 27:11
32:18
**sleeping** 116:17
116:22 117:15
**slower** 33:3
**small** 75:16,17
84:18
**smaller** 120:12
**smiling** 97:3
**Smith** 2:6,9 3:11
3:11 91:10
117:3 150:6,8
157:12 161:2
161:15
**smoke** 103:8
106:8
**so-and-so** 119:9
**social** 22:11
64:15 70:24
88:1,11
**Soergel** 1:22
**soft** 92:21 106:3
**Solid** 53:9,22
54:12,13,16,23
55:8,14,17,22
56:1,3,13,15

56:18 57:10,18
57:21,25 58:5
80:6 82:25
**somebody**
116:23 126:13
127:2 135:6
138:24 139:4
140:24 143:21
154:13 158:19
**son** 69:8
**soon** 107:18
120:7
**Sophomore** 36:9
**sorry** 10:11
14:14 18:15
19:16 27:23
28:6 32:23
33:1 47:22
48:10 49:20,22
50:25 71:7
91:10 93:1
108:22 109:11
117:4 119:22
119:25 122:24
139:18
**sort** 31:16 47:11
64:18 108:7
135:9
**sought** 74:13
**sound** 58:18
**sounds** 73:2
**South** 3:12,15
**Sowards** 3:7
**speaking** 41:16
148:1
**specific** 94:19
110:11 132:17
**specifically** 51:8
122:15 126:20
**spell** 26:2 29:10
69:1 71:13
78:17 80:11
127:8,9
**spiel** 7:23

**Spirit** 43:16
**spit** 61:16 65:16
97:20 99:9
100:6
**spitting** 66:1
**split** 32:4 59:16
59:20
**splitting** 56:8
**spoken** 4:22
**sporadically**
83:13
**sports** 99:3,7
**spot** 107:23
108:4
**spouses** 70:8
**Spring** 79:20
**squat** 112:18
**SS** 162:2
**St** 78:10 79:21
79:22
**staff** 82:9 90:1
**Staffmark** 82:6
**stage** 55:10 83:2
**Staley** 135:5
158:14
**standard** 151:3
**standing** 100:12
**Stanford** 35:20
37:3 71:11
73:8 79:20
**STAR** 40:7
**start** 5:17,19,23
148:20
**started** 4:12
35:19 37:25
57:9,17 58:4
58:10 86:11
94:4 97:11
120:15 121:20
**state** 6:17 31:21
40:8 48:19
136:5 144:5
155:8 162:1,5
162:25

stated 102:23
143:11 162:10
162:17
statement
139:10 140:4
151:15
states 1:1 22:25
23:7 30:19
31:10
station 37:15,19
45:13 51:9
92:20 93:3,7
96:7 105:14,18
106:2 107:16
155:17
stationed 82:5
stay 49:10 90:13
95:16 99:24
114:14
stay-at-home
31:24
stayed 28:25
29:15 31:1
99:7
stemmed 88:22
stenographic
5:12
step 157:17
stepfather 29:6
Stephen 26:1,3,6
26:13 30:6
33:24 34:1,3,7
Stephen's 26:19
Sterling 8:15
75:4,8 77:21
77:22,24 78:5
78:6 79:13
Steve 26:20,22
Stevens 116:24
135:1
stick 120:14
Stilz 3:7
stood 100:8
stop 6:7 52:9

63:4 104:11
106:1 107:16
153:6 157:4
160:5
stopped 92:20
105:14 147:20
160:3
stopping 86:7
stops 157:3
stores 89:19
story 46:22
Straight 156:19
Streble 150:23
151:10 159:9
161:4
Street 3:8,12,15
streets 127:3
strict 83:22
150:20
strip 50:13 53:5
53:12
stuck 113:24
study 39:12
43:18
stuff 51:7 61:18
64:14 74:6
80:16 89:16,19
100:6 103:1
144:6 150:21
stumbled 47:9
stupid 92:24
93:4 137:3
subject 47:9
subsequently
91:16
substance 17:11
60:12
Suburban 79:22
suck 96:23 125:3
125:12 127:22
sue 133:15
sued 44:18,19
suffer 146:1
suggested 95:21

suggestions
148:4
Suite 1:23 3:4,8
3:16
summarizing
95:12
summer 34:9
113:25
Sunday 43:6,24
Sundays 43:11
sunny 95:6
supported 59:8
supposed 126:2
supposes 152:22
sure 4:22 8:6
21:7 22:21
30:14 31:7,19
39:4 43:22
46:15 47:2
51:10 55:9
56:21 62:18
64:17 65:25
66:23 68:19
71:7,11 78:2
82:18 83:16
89:9 96:12
97:10 102:7,25
103:7 107:5,12
108:23 109:12
116:17 134:12
134:15 141:20
147:17,19
151:9 152:13
153:23 154:1
157:11
Surgery 79:25
80:2
surrounding
47:12
suspect 144:4
suspected
152:18
suspicion 155:10
155:14

suspicious
144:10
sustain 65:6
swallow 97:17
Switch 23:15,17
23:20 32:5
48:23 120:6
160:3
switched 76:9
sworn 4:5 6:1
162:11
system 154:13

**T**

T-boned 73:9
T-R-U-S 19:21
T-Y 19:22
take 5:1,21 6:12
42:19 47:1
86:4,6 95:21
103:22 109:1
120:3 134:11
147:16 151:4
156:16,24
taken 1:12,15
47:4 49:12
86:8 88:16
90:24 97:24
99:4 128:16
147:10 157:18
162:9
takes 102:10
Talbot 43:9
talented 5:20
talk 33:5 68:17
74:20 78:19,22
81:10 102:21
150:11 154:7
talked 41:13,16
49:19 69:3,14
94:23,24
102:25 121:15
146:1,15,16
147:1,7 155:8

talking 5:17,21
5:23 33:2
41:15 47:8
63:10 70:14
79:17 103:3
109:12 116:18
127:4 129:18
148:11
talks 105:9
tall 91:6 109:20
Tanner 14:13,15
14:16 15:3,4
Taylor 91:2,23
93:19 95:5,8
96:2,6 99:18
100:10,19
102:11 103:4
148:9 159:23
Technical 39:8
technically 44:8
Teddy 133:1
tell 5:11 6:25
7:11 8:5 9:16
9:24 12:6 22:9
24:16 27:6
32:11 33:11,14
43:15 47:15
48:11 49:19
53:20,21 61:10
61:14 62:22
63:22 72:11
73:6 74:23
92:19 95:12
102:22,25
104:8,17,21
105:13 112:16
114:19 116:20
116:21,25
118:25 119:4,8
119:12,14,15
119:17,19
120:23 121:1
123:6 128:11
128:22 131:2,5

131:8,9 132:16
138:4,4,19,24
139:3,16,17,18
140:9,11,20,24
142:2,2,5,6,24
145:9 149:11
150:13 158:7
162:11
**telling** 88:15
89:13 118:8
133:13 138:12
158:15
**tells** 57:11
**temp** 82:3,4
**temporarily**
16:2
**temporary** 41:4
82:1,8
**ten** 11:13 29:17
62:17,20
121:18,23
122:1,5
**tendency** 5:16
**tenth** 35:12
**term** 137:25
**terminated**
84:24
**test** 8:20 38:18
89:21 94:4
120:3,11,13
156:1
**test-clean** 89:18
**tested** 38:24
**testified** 4:5
141:22
**testimony** 128:7
154:8 155:3
**testing** 87:15,16
87:25 88:5
**Thai** 80:18
**Thank** 10:20,22
11:11 20:8
26:4 51:14
53:4,16 58:22

76:6 77:7
80:13 81:22
91:22 105:5
127:16 150:1
**Thanks** 72:19
**theirs** 124:9
**theirselves** 113:4
**therapeutic** 71:1
**therapy** 74:20
**thing** 6:13 27:3
39:5 54:4
72:24 81:18,25
82:17 106:11
109:6,13,23
111:24 138:3
**things** 11:11
27:6 33:5
37:22 88:2,4
115:23 136:15
138:1
**think** 8:6 27:3
38:4 42:16,19
51:11,13 53:14
56:4,18 62:2
67:3 75:18
79:21 80:1
87:21,21 97:4
97:9,11 100:25
104:16 105:16
106:12 107:20
111:24 118:24
130:16 131:11
133:3 134:6,16
134:18,22
136:13 137:2,2
144:8,16,18
147:21,22
148:4 150:25
151:3 152:3,10
154:19 155:7
156:24 157:12
**thinking** 129:12
137:22
**third** 64:23

**thirty** 156:17
**Thirty-two** 26:7
**Thomas** 3:5,18
**thought** 7:25
10:14 19:24
37:4 46:17
57:7 74:6 76:8
102:5 115:2
116:18 117:14
119:12 127:4
134:19,21
135:16,23
136:1,6,11
137:4,6,8,11
138:3 150:25
**three** 7:10 21:2,4
21:20 22:13,25
25:13 27:14
48:2 51:22
54:9 56:5,19
56:25 58:6
61:13 64:22
66:9 72:24
73:13,14 90:15
90:16,19 94:5
114:17 123:6
129:9 142:7
151:4 152:20
**three-quarter-...**
49:5
**three-week** 18:8
**three-year-old**
47:18 48:1
**threw** 61:18 64:2
66:5 160:10
**throat** 64:1 66:5
69:19 78:14
**throwing** 69:19
**tie** 140:10,16,18
140:25
**tied** 111:3
**tile** 84:21
**till** 18:13 155:6
**Timberland**

81:19,20 82:6
**time** 5:5,22 14:5
14:14,24 15:12
16:22 18:2,7
19:11 20:11,23
20:23 22:1,1,2
25:2,14,16,21
25:22 26:12,21
27:16 28:3,17
29:7,20 30:3
31:1,3,6,8,20
31:20 37:12
40:16 41:14
42:15 47:5,19
48:1,3 51:15
51:22 53:22,24
55:19,21,22
56:8,12,14
59:17 61:4,16
61:22 62:9
64:13,16,24,25
66:8 67:14,15
71:19 72:7
74:7 75:22
76:13 78:23
80:5 81:13
82:21 83:4
86:2,9 87:3
90:12,14 92:6
97:6 98:7
100:3 103:11
107:5,9,10
110:11,13
111:19 112:8
113:11,24
114:15,17,24
115:23 118:16
119:2,3 120:23
121:6 122:10
122:11,12,13
123:1,13
124:18 126:12
128:17 132:2,6
132:8,11

133:21 134:7
134:24 135:10
137:21,23
143:6,15,18,19
144:2,7,10,14
145:11 147:17
148:6,18,21
150:24 152:23
153:5 154:10
154:23 155:24
155:24 157:19
158:14 159:10
159:17 161:5
162:9
**timeline** 30:25
**times** 7:9 56:5
56:21 83:8,11
101:14 110:5
118:15 121:12
122:23,25
123:3,5 124:3
144:19 156:24
157:11
**timing** 153:3
**title** 14:2
**today** 4:18,20
5:4 6:3 41:25
50:7 84:4
86:17 123:14
143:25 155:3
**told** 45:12,15
55:25 56:2
57:13 61:23
64:23 65:14
67:15 69:7
85:7,12 86:12
106:6 110:22
111:4 114:25
116:15,24
118:7 119:11
119:11,23
121:12 122:13
122:22 126:14
130:18 134:24

135:2 136:16
138:9,18 139:6
139:16 142:3,9
142:12 143:14
143:17,21
149:21 155:3,7
159:20
**Tommy** 4:17
86:12,16,19
89:24 90:5,14
90:25 92:2,5
93:24 98:7,14
98:17 99:1
100:6 101:12
102:5,19
103:12 104:1,9
104:23,25
106:18 110:20
111:20 114:21
114:25 115:25
117:15 118:1
121:13 122:10
123:7,13,24
127:22 130:13
132:14,19
133:5,12,19
134:6,16,25
135:21 136:10
137:19 138:6
139:11 155:18
**Tommy's** 108:20
123:17 136:1,7
**Tonya** 149:2,2,5
**top** 109:7,10,14
109:15
**touching** 110:9
110:10
**tough** 109:23
**town** 23:3,9
**townhome** 19:2
**Toyota** 68:4
**track** 152:23
**tragic** 46:21
**train** 80:17 81:1

**trained** 80:18,25
144:5
**training** 41:9
81:6 151:3
**transcript**
162:14
**transferred** 12:6
12:15
**transpire** 146:8
**transport** 101:15
115:25 123:12
124:4 144:15
152:24 153:3,4
153:25
**transportation**
37:10 147:9
**transported** 78:6
90:11 91:1
92:5 101:4,9
101:18 103:19
104:23,25
116:16,23
117:15 122:10
123:15 128:24
129:1 133:24
142:17 143:18
143:20 144:2
145:11,22,22
146:2,6 148:5
148:7,19,22
**transporter**
114:2
**transporting**
86:23 87:6
90:6,9 104:18
117:2 129:1,6
137:12 151:1
**transports**
144:13
**trauma** 47:12,25
**traveled** 45:8
**treated** 101:24
**treating** 78:13
**treatment** 65:9

70:23 72:22
74:13,15 145:2
145:6
**trick** 8:1
**tried** 74:4 89:12
107:23 120:12
139:25
**Trim** 45:17,20
45:21,22 50:8
84:23
**trip** 92:2,3,11
93:24 94:18
97:23,23,25
98:1,1,3,18
100:3 101:16
101:16,25
104:2,5,9
105:10 106:11
114:5 116:3,9
116:12 118:2
118:12 122:18
123:15 129:21
133:20 134:21
138:7 142:15
148:10,12
149:20 151:8
160:2
**trips** 93:9 140:15
148:8 150:15
150:16 156:6,9
156:11,12,14
**trooper** 155:8
**trouble** 94:2,10
127:1 134:18
**truck** 47:18 49:5
49:6 73:11
**true** 45:19
120:25 162:14
**trusted** 115:10
119:14
**Trusty** 19:18
20:11,24 21:13
21:14 61:16
65:2 68:12

**truth** 162:11,11
162:12
**try** 49:10
**trying** 5:1,10,11
8:1 19:16 25:6
30:24 31:16
58:19 109:24
111:25
**tubal** 110:22
**tubes** 111:3
**tucked** 100:9
**turn** 120:7
**turned** 49:3
72:24 95:1
97:6 105:23
107:19,21,25
107:25 118:18
152:25
**Twelve** 23:17
**twenty** 33:13
**Twenty-five**
156:17
**twice** 122:20
**two** 5:21 13:16
14:6,10,21
18:5,18 19:4
21:4 24:18
34:9 38:10
45:24 51:22
54:8 56:3,5,8
58:9 60:8 61:1
61:10,13 64:22
64:23 71:6
73:12 76:2,3
76:13 81:2
90:15 97:6
98:3,3 107:20
114:17 116:17
121:15,20
123:5 132:23
135:2 138:5,5
148:5,8 151:8
154:24 156:21
157:3,15

**two-lane** 96:8
**two-year-old**
74:10
**type** 15:18 16:1
17:19 23:4
33:5 39:6,15
39:23 41:9
42:3,20 62:15
67:15 70:22
72:21 74:10,15
74:19 85:1
93:23 94:17
104:8 110:7
111:16 131:21
132:13,19
133:7
**typed** 108:22
**types** 44:6
106:22
**typing** 33:4

**U**

**U-turn** 95:10
**uh-huh** 5:8 8:17
21:9,18 23:10
28:8 59:24
60:3 79:2 85:9
93:20 99:11,13
112:20 121:16
132:10 134:14
**unable** 85:5
**uncuff** 119:3
**uncuffed** 96:11
104:11 105:17
118:16 119:3
120:8
**undergarments**
135:19
**understand** 6:3
6:7,9 31:7,17
55:25 56:2
57:4 137:4
138:25 155:2
**understandable**

50:7 74:9
**understanding**
17:14 88:24
109:8 117:13
145:18
**understood**
34:13
**underwear**
50:24 58:1
99:3,7 133:18
134:4
**undid** 97:13
**undone** 49:2
97:12
**unexpected**
48:17
**unfamiliar** 129:3
**Union** 120:5
**UNITED** 1:1
**unprotected**
111:9 121:9,13
**unsure** 25:1 31:2
31:9 96:21
154:23
**unusual** 47:12
**upset** 50:6 68:18
**urine** 89:3
**use** 74:22 75:7
98:17 109:3
113:2 121:7
124:10 130:12
154:23 158:4
158:23
**usually** 7:22
34:9 109:9
126:23

**V**

**v** 1:7
**vacation** 34:11
**vagina** 108:20
**vaginal** 108:16
109:4 110:6,8
111:8,20 112:6

112:13,15
120:16 121:9
121:13 122:9
122:17,20
123:3,7 124:24
**Valley** 1:15 3:5
**valuation** 14:1
**van** 132:7
**varied** 51:25
157:6,9
**Vaughn** 3:3
**vehicle** 47:20,21
64:25 66:13
67:12,23 68:3
69:9,15 73:1
92:2 93:15
142:20 156:11
**verbal** 5:5,12
**verbally** 60:3,7
**versa** 156:10
**vice** 156:10
**Vicki** 127:14,15
135:5 138:5
142:3 148:18
**victim** 70:9
**Video** 1:22
41:22
**View** 79:20
**vigil** 48:16
**violation** 145:24
**violations** 147:8
**violent** 67:25
**visit** 20:13,21
34:10
**visited** 20:14
**visiting** 20:24
**visor** 112:24
**vocational** 41:9
**voluntarily** 38:2
98:20 106:17
106:20,23
108:10 112:5
115:1
**voluntary** 98:14

**volunteer** 42:23

**W**

**W-H-I-T-I-S**
69:2
**wait** 18:13 32:24
**Wal-Mart** 75:14
**Walgreens** 75:14
**walk** 67:8 152:2
**walk-throughs**
152:4
**walked** 68:11,12
69:7 126:25
**walking** 126:24
**Walter** 58:21
**Walters** 7:3 8:10
9:14,17 10:19
45:3 53:3
**want** 32:24
41:15 47:1
53:6 54:5
56:20 59:22
78:19 82:6
104:23,25
117:20 128:10
139:18 140:6
160:13
**wanted** 22:5
51:20 60:2
95:16 106:6
131:2 138:24
139:3 146:19
150:11
**wanting** 78:15
155:21
**warrants** 16:15
16:25 17:1,8
17:16,18 94:2
**Warren** 55:5,6
**washed** 134:2
**wasn't** 17:24
21:10 48:15
60:2 64:11,18
64:19 84:12

85:17 88:18
96:11 97:10
99:15 111:22
118:10 119:14
120:25 126:24
129:22 133:23
134:2,15
137:24 139:17
139:21 140:22
151:1 157:6
**watch** 49:10
**watching** 86:2
**way** 6:6 27:7
93:24 94:13,18
95:2,9,21 96:1
96:5 104:14,15
110:16 118:19
118:19 123:10
123:21 125:2
139:24 162:19
**ways** 89:9,15,21
144:18
**we'll** 5:7
**we're** 5:5,10,11
70:12 109:12
128:11
**we've** 145:25
146:14,16
147:1,4
**wear** 83:23
160:13
**Wednesday**
134:1
**week** 21:3,8 34:9
51:23 54:9
56:5 82:16
83:7 86:20
87:6 90:6 98:6
98:18 103:13
104:18 105:6
111:21 112:16
121:10
**weekend** 20:16
21:1

**weekends** 15:8
15:18 21:7
**weeks** 64:19
73:22 96:16
129:23
**weird** 57:7 73:2
**went** 12:18 28:4
29:4 31:10
38:24 47:7
57:17 76:14
77:24 79:12
82:16 92:21
95:10 99:20
104:16 105:15
105:18 106:2
113:5 114:9,10
118:22 127:12
132:6 134:11
140:15,25
149:17 159:17
159:25 160:10
**weren't** 38:22
57:12 68:7
108:3 129:15
134:12
**West** 3:4 51:12
53:15
**WESTERN** 1:1
**when's** 25:2
26:12,21 30:3
103:11 123:13
134:24
**where'd** 68:10
**whereabouts**
26:22 54:12
**Whidbey** 43:18
**white** 21:16,17
21:18 91:8,9
91:10,11 93:18
**Whitis** 68:25
**wife** 87:11
155:20
**willing** 120:3
**Wilson** 20:5

**witness** 67:17
162:10,13,16
162:21
**witnesses** 65:15
66:1,10,13
67:11
**woman** 109:9
145:23 146:7
151:1
**women** 142:7
148:23
**Women's** 77:18
**wondered** 67:5
**word** 52:23
108:23,23
126:3
**words** 5:2 97:3
125:6,8
**work** 28:13 38:9
40:20 51:21
52:12,16 53:4
53:22 54:3,7
80:7 81:16,23
82:24 83:4
85:5 88:12,17
153:11
**worked** 37:16,18
45:13,16,17,24
50:8,13,14
51:20 55:22,23
56:1,14 58:7
58:16,17 81:18
82:16,22,25
83:12 150:19
153:14 159:12
**worker** 70:24
**working** 37:11
37:14,25 52:9
52:21 56:3,4
57:8,9,15 58:5
58:10 80:6
81:13,15
**works** 84:17
150:23 159:16

**worse** 96:19
**wouldn't** 52:17
54:3 102:25
119:15 120:23
**wrist** 140:11
**write-up** 128:21
129:17,23
**writing** 162:13
**written** 63:9
**wrong** 62:5
95:12 100:25
111:8
**wrote** 62:3 67:3
129:21

---
**X**
---

**X** 2:1

---
**Y**
---

**Y-V-E-T-T-E**
6:20
**yeah** 11:10
35:21 44:11
56:23,23 57:15
59:13 61:9
63:9 65:17
68:6 73:11
79:24 83:16,17
83:24 84:11
85:17 86:3
94:6 97:8
99:22 101:25
103:7,10
106:15 107:1,6
108:24 109:16
109:24,24,25
111:3,24
112:20,21
114:3 115:9,13
117:10,12
127:5 133:22
133:25 140:8
140:17 144:11
149:16 151:5
159:18

**year** 20:2 24:21
35:14 36:2,9
36:12,14 38:14
56:21 79:7
82:16
**years** 7:19,25
8:6 9:5 11:25
13:16 14:6,10
18:5,18 19:4
21:20 23:18,20
26:14 29:17
30:5 33:20
34:15,18,19
37:17 38:10
39:10 42:18
45:16,24 51:16
54:6 58:10
63:1 72:6
73:12 75:5,11
76:21 77:20
81:2,18 83:9
83:10 84:19
121:18,23,24
121:25 122:1,6
**Yep** 11:13 79:23
**you-all** 27:1,12
28:9,17 32:9
33:24 34:1,10
59:6,17,20
61:24 62:15,19
68:1 102:10
107:16 109:3
110:15 113:5
114:4,11 116:8
140:13 141:2
160:17
**young** 8:22
27:12 28:10
35:20 81:9
**Yvette** 6:19 7:1
7:5

---
**Z**
---

**Zellen** 2:5 3:7

141:4,13,15
149:25 150:10
160:18

---
**0**
---

---
**1**
---

**1:00** 43:6
**10** 120:22
**10:00** 43:6
**10:38** 4:2
**100** 3:4 20:22
**11A** 1:23
**12** 22:15 23:20
75:11 129:20
156:25
**1200** 52:4 56:10
57:9
**13** 11:25
**13-something**
46:4
**14** 10:19
**1400** 3:16
**141** 2:5
**146** 3:4
**15** 29:17 42:18
86:3 120:22
**150** 2:6
**158** 2:7
**159** 2:8
**16** 13:1,3 18:11
33:20 34:15,18
34:19 101:15
**161** 2:9
**162** 2:10
**17** 10:6 12:13
13:2
**18** 14:14 74:25
156:25
**19** 1:13 75:1
**1998** 72:12 76:8

---
**2**
---

**2:00** 128:12
**2:24** 161:18

**2:30** 144:8
159:11,19
**20** 9:25 51:16
58:10 77:20
157:10
**200** 56:12 57:11
**2001** 7:21 8:6
**2002** 24:22
33:19 58:13
59:10 62:1,12
83:14
**2002-ish** 58:11
**2004** 7:21 8:7,11
38:15 61:24
62:4,6,7,12
79:9
**20042129** 1:21
**2005** 40:15
**2006** 8:11 53:25
54:21 58:13
59:11 61:24
62:5 74:1
**2008** 54:21
82:13
**201** 3:12
**2010** 9:6,17
63:14 88:7
**2011** 121:21
**2012** 71:21 72:9
75:22 76:9,10
**2013** 39:11
**2016** 9:6 16:8,20
16:23 17:7
18:9 39:11
63:14 71:21
82:23 83:14
101:7,10
124:19 132:11
132:20 133:5
**2017** 12:8,16,20
71:21 75:23
86:21 90:6
101:5 111:21
122:3,18

124:22
**2018** 1:14
162:22
**2019** 162:6
**20th** 129:22
**239** 3:15
**23rd** 12:20 13:1
**24** 138:16
**25** 156:22 162:6
**28th** 162:21
**2950** 1:23

**3**
**3** 2:3
**3:18CV-2-CRS**
1:2
**30** 102:13 151:4
152:20 156:25
157:16
**300** 52:4 56:10
57:9
**3000** 1:14
**301** 3:8
**30s** 91:13
**30th** 12:8,13,16
**34** 118:18,22
120:4
**353** 13:12

**4**
**4** 2:4
**40037** 13:13
**40056** 3:5
**40202** 3:16
**40220** 1:23
**40356** 3:12
**40507** 3:9
**45** 102:13
129:10 157:10
**459-4000** 1:24
**4Runner** 68:4,4
**4th** 122:3

**5**
**50-50** 22:4

**500** 56:12 57:11
**502** 1:24

**6**
**6** 11:1
**60** 157:17
**68** 120:5
**6th** 13:1,3

**7**
**7600** 3:4

**8**
**800** 3:8

**9**
**9:30-ish** 107:11
**911** 64:5