UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| DUSTAN HALE, | ) |
|       Plaintiff | ) |
| v. | ) Case No. 3:18-CV-2-CRS-RSE |
| BOYLE COUNTY, KENTUCKY, *et al.* | ) |
|       Defendants. | ) |

************

**AFFIDAVIT OF DUSTAN HALE**

Dustan Hale, having been duly sworn, states as follows:

1. When Jim Gies transported me between Marion County and Boyle County in late 2016, I sat handcuffed in the back seat for the entirety of both transports. We had no personal conversations. He did not ask me about my criminal charges. He did not buy me a soft drink or provide me a cigarette. He did not stop anywhere along the way. He drove me directly from Marion County Detention Center to Boyle County Detention Center and back.

2. In January 2017, during the first time Thomas Pennington transported me, he asked about my criminal charges. I told him I was facing a possible ten-year prison sentence.

3. When Pennington said, "you're in control now," after uncuffing me and placing me in the passenger seat next to him, I believed he was suggesting that I

engage in sexual activity with him because he let me go with him to Taylor County and ride up front without handcuffs.

4. During the transport from Marion County to Pulaski County, Pennington told me he would talk to the prosecutors in my criminal case and try to help me avoid ten years in prison. He continued to say that during later transports.

5. As far as I know, he never talked to the prosecutors on my behalf. I was sentenced to ten years in prison on April 4, 2017.

6. After the first encounter, I had sexual contact with Pennington because he convinced me I could trust him, that he cared for me, and that he would help with my criminal case. I now realize he did those things so that I would have sexual contact with him.

7. At my deposition, Pennington sat next to his attorney, who was directly across from me asking me questions. He stared at me when she asked me questions about sexual contact with him. I felt intimidated from answering those questions freely.

I reviewed this affidavit and it is true and accurate to the best of my knowledge.

*Dusti Hale*
Dustan Hale

COMMONWEALTH OF KENTUCKY )
                         )
STATE AT LARGE           )

Subscribed, sworn and acknowledged before me by Dustan Hale on August 12, 2019.

*Morgan Trigg*
NOTARY PUBLIC

My commission expires 11/02/20

[Notary seal: MORGAN TRIGG, NOTARY PUBLIC, STATE AT LARGE, KY]

3